FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2015 MAR 12 PM 1:07

TIM J. ELLIS, CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| In RE: REBECCA ANN WATSABAUGH<br>Private Business Trust<br><br>***Watsabaugh, rebecca ann,*** third party intervenor, real party of interest, Private Capacity, Private American National, privately residing within a non-militarily occupied private estate, Without the emergency war powers jurisdiction of the militarily-occupied "United States"<br><br>Jurisdiction Protected by Your Constitution for the United States of America, Article III, Section 2, Clause 1; and My Exclusive Equity Proceeding Governed by Maxims of English/American Equity<br><br>*Special & Priority*<br>By Special and Restricted Visitation | **FILE ON DEMAND** |

## UNITED STATES BANKRUPTCY COURT
### For the District of Wyoming

| | | |
|---|---|---|
| In re<br><br>REBECCA ANN WATSABAUGH<br><br>Debtor: REBECCA ANN WATSABAUGH,<br>Now Private Business Trust<br><br><br>Trustee: Randy L Royal | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 15-20026<br>Chapter 7<br>AMICUS CURIAE AFFIDAVIT<br>FOR THE RECORD<br>NOTICE OF PRIVATE AMERICAN<br>NATIONAL STATUS TO THE<br>MOVING PARTY AND TRUSTEE<br>RESERVATION OF RIGHTS<br>DEMAND FOR SHOW CAUSE FROM<br>THE MOVING PARTY<br><br>Verified |
| Watsabaugh, rebecca ann<br>Third Party Intervenor and Real Party in Interest (Cestui Que) by<br>Special, Private and Restricted Visitation | | *[INTERNATIONAL FLAG OF PEACE seal]* |

## Notice of Private American National Status

I, **rebecca ann**, a Private "American National" *in esse* and *sui juris*, owing no temporary allegiance to the present *de facto*, provisional, emergency war powers **military government** established by Congress (via its "Emergency Banking Relief Act" on March 9, 1933), by first approving and confirming all national emergency Proclamations of President Franklin D. Roosevelt (numbers 2039 and 2040) and then within the said Emergency Banking Relief Act amending the "Trading With the Enemy Act" to apply to every artificial "person" subject to ("within") the military "jurisdiction" of the "United States" occupied by the army and the navy; and Authorized Representative for Public "citizen of the United States" Private Business Trust "REBECCA ANN WATSABAUGH," in order to correct the record of any presumptions, misconceptions and/or mistakes, do hereby solemnly affirm and declare the following:

*I*, Watsabaugh, rebecca ann, (hereinafter "Declarant" or "Affiant"), do herewith affirm, declare and depose that the following material facts are stated under oath and affirmation, that I am competent to so state the matters set forth herein, that I am of majority age, and with full standing to do so, based on first-hand and direct knowledge that these facts are true, correct, complete and certain, except as to the matters stated to be based on information and belief, and these matters declarant believes to be true, without intent to mislead or distort the record in this matter, and herewith make Oath and Affirmation as follows:

1. Affiant, a third party intervener and now **real party in interest** in this matter, is herewith making a restricted, special, ministerial visitation as a friend of this Court of Record under threat, duress and coercion, with potential loss of life, liberty and/or property due to a case of mistaken identity and/or false presumption of law on the part of the moving party and this court;

2. Affiant is not the "Debtor" in this action, nor is Affiant volunteer/surety for, and/or property of, and/or bonded as one entity with the "Debtor" in this action;

3. REBECCA ANN WATSABAUGH was entered as debtor by voluntary petition into this court for purposes of protecting secured equitable interests of Watsabaugh, rebecca ann, further, REBECCA ANN WATSABAUGH is now a Private Business Trust with no

surety attachment or relationship to Affiant (See Exhibit A[1], attached court of record document "*Declaration of Status of Watsabaugh, rebecca ann: American Freewoman; Private American National,*" hereinafter "Declaration", Exhibit 5 therein)

4. My Law is my Family Bible and the twenty Maxims of Equity and I hereby grant *in personam* and Personal Jurisdiction under the rules of Exclusive Equity to the Court.
    a. Jurisdiction Governed by Article III, §2, subdivision 1, of the Constitution for the United States of America. Exclusive Equity, by authority of the Judiciary Act of 1789 and the Act of August 23, 1842. This proceeding is governed by Maxims of Equity, and §1-64 Gibson "Suits in Chancery" (1907);
5. Affiant has accepted as grantee and then released and disclaimed **Nunc Pro Tunc, Ab Initio** all personal property interests, legal and equitable, in the Public "U.S. citizen" known as "REBECCA ANN WATSABAUGH," "REBECCA A. WATSABAUGH," "Rebecca A. Watsabaugh," or any other derivation of said commercial *nom de guerre*/name of war. (See Declaration, Exhibit 1);
6. Affiant has rescinded all signatures of voluntary suretyship **Nunc Pro Tunc, Ab Initio** ever given on behalf of state-created, quasi-corporate sole "REBECCA ANN WATSABAUGH," "REBECCA A. WATSABAUGH," "Rebecca A. Watsabaugh," or any other derivation of said commercial *nom de guerre*/name of war. Said rescission of signatures of voluntary suretyship includes, but is not limited to, all signatures ever provided in any legal proceeding, state or federal, including any administrative hearing, civil action or criminal prosecution. (See Declaration, Exhibit 2.);
7. Affiant is the Grantee/Grantor/Settlor of, as well as the Authorized Representative for Private Business Trust "REBECCA ANN WATSABAUGH," inclusive of any other orthographic derivations thereof; the **legal owner** by nature of said private business trust being a special and private Trustee, and the **equitable owner** by nature being a special and private Sole Beneficiary. (See Declaration, Exhibit 5);
8. Affiant's *de jure* Private American National status has not been altered by any federal or state contract or statute, be it express or implied, public or private; and therefore Affiant's *de jure,* Private American National status has not been reduced to an inferior grade of

---

[1] For purposes of this document, all attached exhibits are labeled by capital letters, beginning with A; all use of numbers for exhibits refers to exhibits attached to the referenced Declaration

volunteer/surety "U.S. citizenship" status by the state of Affiant's natural birth or by the state of Affiant's non-statutory, private special residence on the land in exclusive Equity;

9. Affiant has rescinded and revoked the Office of Person as registered agent of the United States franchise REBECCA ANN WATSABAUGH, and therefore is not a quasi-corporate, Public "U.S. citizen" in interstate and foreign commerce. Any such Public "U.S. citizen" always holds an inferior grade of citizenship status through an implied volunteer/surety/commercial contract created by operation of law upon its filing with a third party record (Registrar, Office of Vital Statistics, Department of Health Services) keeper/public office in the state of affiant's natural birth without voluntary acceptance or full disclosure of material facts;

10. Affiant is not a *"person within the United States"* as per the original wording of your "Emergency Banking Relief Act" passed by your Emergency War Powers Congress on March 9, 1933, it having "confirmed and approved" Presidential Proclamation 2039 of March 6, 1933, and Presidential Proclamation 2040 of March 9, 1933 (12 USC 95b); for the Congress at that time was composed of only quasi-artificial "persons" being Public "U.S. citizens" no longer representing the once sovereign "**We the People**" (formerly composed of all the Private "American Nationals, Citizens of the United States"), each Congressman having also been reduced in his citizenship status to the inferior grade of a *"person within the United States*," i.e., a Public "U.S. citizen," the once sovereign "**We the People**" being represented as mere volunteer/surety for and/or bonded into one legal entity with their *"person within the United States*," i.e., Public "U.S. citizen;"

11. Affiant is not *"subject to the jurisdiction thereof [the United States]"* as per the original wording of your "Emergency Banking Relief Act" passed by the Emergency War Powers Congress on March 9, 1933; for the Congress, in passing said "Emergency Banking Relief Act," consented on behalf of every *"person within the United States"* to the Emergency War Powers Jurisdiction (executive, legislative and judicial) of the United States imposed by Presidential Proclamation 2039 on March 6, 1933; therefore, Affiant is not a *"person . . . subject to the jurisdiction of the United States"* under 12 USC 95a and 50 USC App. 5(b), and therefore owes no temporary allegiance to the present provisional, *de facto*, extra-constitutional, "temporary", emergency war powers military governments, national and/or state;

12. Affiant is neither "**similarly situated**" nor under "*the equal protection of the laws*" as are all state-created, statutory, Public "U.S. citizens" deemed "enemies, belligerents and rebels" living in "occupied territories" under your "Trading With the Enemy Act" (50 USC App. 5(b) of October 6, 1917, as amended by your "Emergency Banking Relief Act" (12 USC 95a) of March 9, 1933;

13. Affiant has the unalienable right to a **civilian due process of law** (as opposed to a **military/emergency war powers due process of law**) secured from federal infringement by your Fourteenth Article of Amendment to the Constitution for the United States of America and secured from state infringement by the Constitution of the State of Wyoming Article 1 Sec. 6: Due process of Law. No person shall be deprived of life, liberty or property without due process of law, and, Universal Declaration of Human Rights Article 17: "Everyone has a right to own property alone as well as in association with others. No one shall be arbitrarily deprived of his property";

14. Affiant is neither the volunteer/surety for/property of, nor a *de facto,* conquered "*person within the United States*" defined by your "Emergency Banking and Relief Act" (12 USC 95a) and ruled by the *de facto* Emergency War Powers military government of the United States; therefore, Affiant is neither a *de facto* "belligerent" nor a *de facto* "rebel" publicly residing according to statute within any state deemed a *de facto* "conquered territory" by the *de facto* emergency war powers military government of the United States imposed by President Franklin D. Roosevelt on March 9, 1933, via Proclamation 2040 "approved and confirmed" by Congress (12 USC 95b) on that very same day, March 9, 1933;

15. Affiant is neither a "sovereign citizen" nor has ever claimed such a status promoting anarchy and dissolution of western civilization;

16. Affiant hereby declares that *I* have proven *I* am alive and have claimed my life and my estate and thereby am grantee and/or receiver per revesting of all property and hereby perfecting and securing public claim to all property, including, but not limited to; all Securities, Birth Certificates, Social Security Accounts, Drivers license and applications, Banking applications, accounts, deposits and securities, property titles, licenses, registrations, certificates, court dockets, complaints, summonses, motions, pleading, orders, writs, and any other public instruments ever created bearing the name of person

Rebecca Ann Watsabaugh (nee Heward) or any derivatives thereof, and specifically make claim to the **Specific Property**; 2012 Subaru Outback Vehicle ID Number 4S4BRBGCXC3274699; WY-102 10/31/2010 Retail Installment Contract and Security Agreement: Seller: TETON MOTORS, INC Buyer REBECCA ANN HEWARD dated 09/17/12; and JPMORGAN CHASE BANK NA/SUBARU MOTORS FINANCE Account Numbers: 0807, 11226118100807; and WYOMING CERTIFICATE OF TITLE NUMBER 5967564, holding absolute title by nature under Maxims of Equity pursuant to the Cestui Que Vie Act of 1666 and all derivative acts, statutes, codes and treaties established there from (all legal titles to Property may be or have been transferred to Trustees in Private Trust Arrangements);

17. Affiant is without notice of a superior, prior, equal equitable or legal right or title to the above referenced property that can suspend or confuse my equitable and legal rights by nature from having absolute title by nature; and

    a. WHEREAS, by authority of Chancellor Gibson[2] §55: "Where there are Equal Equities, the First in Order of Time shall Prevail." This maxim is generally given in its Latin form: ***"Qui prior est tempore potior est jure"*** (He who is prior in time is superior in right). The maxim is sometimes misunderstood and misapplied. Its true meaning is this: As between persons having equitable interests only, if their interests are in all other respects equal, priority in time gives superiority in right. And, in a contest between persons having only equitable interests, priority of time will give superiority of right, provided there is not other sufficient ground of preference between them. For, if the equities are equal, and one of the parties has, in addition, the legal title, then another maxim would apply: Where there is equal equity the law must prevail. In a Court of Chancery, in a conflict of equities, the party having the superior equity will prevail; and if the equities are equal, and neither party has the legal title, then priority prevails; and if no priority the defendant prevails (Gibson §55);

18. **THEREFORE, BE IT RESOLVED, *I,* Watsabaugh, rebecca ann**, am bona fide owner of all of the above listed Property;

---

[2] Treatise on Suits in Chancery, Second Edition (1907), by Henry R. Gibson (Library of Congress Call Number 29018200)

19. Affiant hereby declares that John C. Patton is a complete Stranger to Affiant and REBECCA ANN WATSABAUGH. Therefore, any motions by John C. Patton must be stricken from the record.

20. Affiant is being mistakenly treated by the moving party and any alleged creditors/landlords as though Affiant is a *de facto* "rebel" and/or a *de facto* "belligerent" publicly residing in a state deemed a *de facto* "conquered territory" ruled by a *de facto* emergency war powers military government at the direction of the President of the United States sitting in a "temporary," extra-constitutional, emergency war powers capacity as a *de facto* martial Conqueror and Military Commander-in-Chief over every **"person within the United States"** (defined by your "Emergency Banking Relief Act") and **"subject to the jurisdiction thereof** [*the United States*]" (12 USC 95a), both artificial and natural, both civilian and military;

21. Affiant owes no "temporary" allegiance to the "temporarily" established, *de facto*, Emergency War Powers military government imposed on March 9, 1933 (your 12 USC 95a), it having ousted and replaced the *de jure*, government of the United States of America intended to be restored once the "temporary" emergency has been terminated by the president, acting in the capacity of Commander-in-Chief, by repealing Proclamation 2040, the Emergency War Powers Congress also repealing your "Emergency Banking Relief Act" (12 USC 95a & b) as well as your "Trading With the Enemy Act" (especially 50 USC App. 5(b)) and thereby, on that glorious day, restoring non-volunteer/non-surety, *de jure*, Private American National status to all Americans as well as restoring peacetime, *de jure* **"jurisdiction of the United States"** (executive, legislative and judicial) throughout the land.

22. Affiant believes that this court and the Named Trustee are required under the character and nature of the aforesaid context of military occupation and emergency status, including but not limited to the duties and requirements of the usufructuary trustee consistent with the General Orders 100, c.1863, AKA Lieber Code, and all subsequent statutes, codes and treaties as derivative extensions therefore, to wit:

> The *five duties* of the *Usufructuary, according to the Rules of Usufruct in the Lieber Code* are:
>
> 1. ***"To make an inventory of the thing subject to the usufruct, in the presence of***

*those having an interest in them."*
2. *"**To give** security for their restitution; when the usufruct shall be at an end."*
3. *"**To take** good care of the things subject to the usufruct."*
4. *"**To pay** all taxes, and claims which arise while the thing is in his possession, as a ground rent."*
5. *"**To keep** the things in repair at his own expense."*

23. Therefore, this court and the Named Trustee should settle all valid, bona fide debts under the United States Bankruptcy case by and through the Office of the Secretary of the United States Treasury, as rebecca ann is not the surety for the debtor, a United States franchise, or Private Business Trust REBECCA ANN WATSABAUGH; and

24. Being that rebecca ann is the Cesti Que of REBECCA ANN WATSABAUGH, the Court and Trustee are required to protect her inherent interests and private use and enjoyment of all property until such time as the matter is formally and finally settled by a court of competent jurisdiction sitting in special term pursuant to exclusive equity of American/English jurisprudence. Until this is accomplished by a court of competent jurisdiction, any proceeding by an inferior court, or by any alleged Creditors would be a destruction of Affiant's rights;

25. **This protection of private rights includes any proceedings by 2010-1 RADC/CADC PROPERTY XV, LLC, and FREDRIC J HAHN currently presented to THE CIRCUIT COURT OF THE NINTH JUDICIAL DISTRICT OF THE STATE OF WYOMING, IN AND FOR THE COUNTY OF TETON in Case Number CV-2014-242, which should already be abated, but may require the additional protections of this court.**

26. Therefore, this Court must protect rebecca ann's equitable rights and use of all property until all matters as stated herein are permanently settled and extinguished.

**Notice On and For the Record:**

➢ Owing to my legal disability, *I* hereby reserve all rights Lawful and Equitable, in this matter.

➢ *I* have not violated any soul, intent or spirit of any law, nobody has been injured, no property has been damaged; and *I* am not a Debtor; and *I* am not in wrongful possession of any property.

> You are hereby noticed of a private, proprietary and special trust which governs this matter, and no Public Court can see any party to it.
> Any and all proceedings in this venue would be destructive to rebecca ann's rights, and would be done in bad faith unless the Trustee merges all accounts and provides a full accounting from both public and private accounts and/or Settles and extinguishes all debts through the Office of the Secretary of the United States Treasury.

**Demand for Show Cause from the Moving Party and any alleged Creditors/Landlords**

THEREFORE, *I*, Watsabaugh, rebecca ann, a living being, and Authorized Representative for "REBECCA ANN WATSABAUGH," hereby put the moving party, and any alleged creditor/landlord, ON NOTICE of my protected, non-volunteer/non-surety, *de jure*, Private American National status which is a matter of public record as per the attached certified copy of *"Declaration of Status of Watsabaugh, rebecca ann: American Freewoman; Private American National"*.

Further, as a third party intervener and real party in interest, as well as a friend of this Court, *I*, Watsabaugh, rebecca ann, a Private American National, hereby **absolutely deny** the following **presumptions of law** upon which the moving party, and any alleged creditor/landlord, rests and therefore demand said parties **show cause** under sworn testimony, under the pains and penalty of perjury:

27. That *I*, rebecca ann, am "REBECCA ANN WATSABAUGH" (or any other derivation of said commercial *nom de guerre*/war name) as named in the above-captioned action;
28. That *I*, rebecca ann, am volunteer/surety for "REBECCA ANN WATSABAUGH" (or any other derivation of said commercial *nom de guerre*/war name) as named in the above-captioned action;
29. That *I*, rebecca ann, am not the Grantee/Grantor/Settlor of non-statutory Private Business Trust "REBECCA ANN WATSABAUGH" (or any derivation of said commercial *nom de guerre*/war name) as named in the above captioned-action;
30. That "REBECCA WATSABAUGH" (or any derivation of said commercial *nom de guerre*/war name) as named in the above captioned-action is not a non-statutory, private business trust;

31. That *I*, rebecca ann, am not the Authorized Representative for Private Business Trust "REBECCA ANN WATSABAUGH" (or any derivation of said commercial *nom de guerre*/war name) as named in the above-captioned action;

32. That *I*, rebecca ann, am a statutorily-created, volunteer/surety, Public "U.S. citizen" and not a constitutionally-protected, non-volunteer/non-surety, non-statutory, Private American National as declared and proven in the attached certified copy of said *"Declaration of Status of Watsabaugh, rebecca ann: American Freewoman; Private American National"*;

33. Why the moving party or any alleged creditors/landlords rests upon its **presumption of law** that *I*, rebecca ann, am in contract, express or implied, with the federal government and/or with any state government which contract(s) has/have altered my Private American National status;

34. That *I*, rebecca ann, am a *"person within the United States"* and *"subject to the jurisdiction of the United States"* as defined by your "Emergency Banking Relief Act" having amended "Section 5(b) of the Act of October 6, 1917," the "Trading With the Enemy Act" on March 9, 1933 (12 USC 95a) and therefore subject to a military jurisdiction set by the moving party any alleged creditors/landlords;

35. That *I*, rebecca ann, a Private American National, may be deprived of my property by **wartime/military/emergency war powers due process of law** within a constitutionally-created, civilian court in accordance with your 12 USC 95a and 50 USC App. 5(b) (which process includes a non-judicial process on a federal and state level including mortgage foreclosures thereby comingling the rights of a Private American National with the privileges of enemies, rebels and belligerents) as opposed to a **peacetime/civilian due process of law** in accordance with the Fifth Article of Amendment and Section 1 of the Fourteenth Article of Amendment of your Constitution for the United States of America;

36. That Private Business Trust "REBECCA ANN WATSABAUGH" (or any derivation of said commercial *nom de guerre*/war name) as named in the above-captioned action, may be deprived of property by a **wartime/military/emergency war powers due process of law** in accordance with your 12 USC 95a and 50 USC App. 5(b) (which also includes any non-judicial processes on a federal or state level including mortgage foreclosures thereby comingling the rights of a Private American National with the privileges of enemies,

rebels and belligerents, said imposition of military process being a provable breach of trust) as opposed to a **peacetime/ civilian due process of law** in accordance with the Fifth Article of Amendment and Section 1 of the Fourteenth Article of Amendment of your Constitution for the United States of America;

37. By what authority does this movant and any alleged creditors/landlords in this court proceed as if Private Business Trust "REBECCA ANN WATSABAUGH" (or any derivation of said name) as named in the above-captioned action, may be a debtor to alleged creditors.
38. Why the rights of a Private American National can be comingled with the rights of an enemy belligerent and corporate fiction at law?
39. Why there has been no attempt to handle this matter in private, and why this matter can't be handled Privately? And that affiant has not presented numerous private attempts to settle the accounts, including Settlement in full, which was accepted by Marianne Lake, CFO of JPMORGAN CHASE BANK N.A. on September 10, 2014 and never returned.
40. How moving party has a claim to property listed as 2012 Subaru Outback Vehicle ID Number 4S4BRBGCXC3274699 that is superior to the Equitable claim of rebecca ann?
41. How, and by what authority does this movant and any alleged creditors/landlords in this court unlawfully hold property titles when there is no actual debt that is proven by a signed sworn Statement of a bona fide Creditor?

The moving party and any alleged creditors/landlords are hereby given ten (**10**) days to **show cause**, or, **be it resolved:** A) All parties admits, confesses and accept all of the foregoing **claims** (points 1 through 26) and **denials** (points 27 through 41) of Watsabaugh, rebecca ann, Private American National and Grantee/Grantor/Settlor of, and Authorized Representative for, Private Business Trust "REBECCA ANN WATSABAUGH" as named in the above captioned action B) The moving party and any alleged creditors/landlords admits to its inherent flaw in due process and therefore shall withdraw its claim(s); C) The moving party and any alleged creditors/landlords accepts its resulting duty of extinguishing any and all forbearances and encumbrances of said claim(s) against Private Business Trust "REBECCA ANN WATSABAUGH" and its property and shall make full and complete restitution, restoration and recoupment of property previously held by "REBECCA ANN WATSABAUGH".

Additionally, the Court, being bound by its oath of office to uphold the clause of Section 1 of the Fourteenth Article of Amendment to the Constitution for the United States of America must proceed under its 12 USC 95a and 50 USC App. 5(b), to **Protect Affiant** within this **wartime/military/emergency war powers due process** case, until these matters can be settled in a court of competent jurisdiction for non-volunteer/non-surety Watsabaugh, rebecca ann, due to prima facie, non-rebutted evidence in the record proving **mistaken identity** as well as the absence of a contractual legal fiction that would give rise to a **presumption of law**, i.e., public U.S. citizenship status, said military jurisdiction evidenced by an emergency war powers due process imposed within a civilian court being unable or unwilling to provide equitable remedy for Watsabaugh, rebecca ann, a Private American National, entitled to a **peacetime/civilian due process of law** as a matter of universal and unalienable rights, as well as your "Supreme Law of the Land," constitutional right secured by the Fifth and Fourteenth Articles of Amendment to the Constitution for the United States of America.

Failure to **Provide a Full Accounting**, and/or **Seal or Transfer this case to a Court of Competent Jurisdiction** may result in a conflict and variance to be adjudicated in a district court of the United States sitting in jurisdiction of exclusive English/American Equity in special term.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant sayeth not and stands mute before the Court.
Signed of my own free will, act and deed in the spirit and intent in good conscience of Equity,

        Rebecca Ann Watsabaugh, By:
        ___*rebecca ann*_____
        **Watsabaugh, rebecca ann**, Inter Vivos
        Private American National of the Nation Dejure of Wyoming
        Specially and Privately residing in Exclusive Equity on the
        Land of county of Teton, Authorized Representative for
        "REBECCA ANN WATSABAUGH", All Rights Reserved

**VERIFICATION:** I, Watsabaugh, rebecca ann, the Undersigned, hereby verify, pursuant to the Law of God and the Maxims of Equity, that the above statements of fact are true, correct, complete and certain to the best of my knowledge and belief so help me God.

      ___*rebecca ann*_____
      **Watsabaugh, rebecca ann**, Inter Vivos

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the enclosed AMICUS CURIAE AFFIDAVIT FOR THE RECORD: NOTICE OF PRIVATE CITIZENSHIP STATUS TO ALL PARTIES; DEMAND FOR SHOW CAUSE FROM THE MOVING PARTIES was served upon all parties on the ____tenth____ day of ____March____, 2015, by;

E-Mail sent to Trustee and the Attorneys for the alleged Creditors/Landlords addressed as follows:

Name of Attorney:       John C Patton
Email Address:          JohnPatton4111@gmail.com

Name of Attorney:       Fredric J Hahn, III Wyo. Bar#: 6-4190
Email Address:          fjh@racinelaw.net

Name of Trustee:        Randy L Royal
Email Address:          rlroyal@randylroyalpc.com and rlroyal@tctwest.net

_____rebecca ann_____
Watsabaugh, rebecca ann, American Freewoman,
Private American National
Private Citizen of the Nation de jure Wyoming, state of the Union
Free Rural Route Delivery
c/o BAW Service Trust
970 West Broadway, E421
city of Jackson, Wyoming state of the Union
DMM & ZIP Exempt, Zip Code Excepted [*83002*]

All Response To this Address only.