FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

| | |
|---|---|
| **Recording Requested By:** 2015 MAR 12 PM 1:05<br><br>rebecca ann, House of Watsabaugh<br>TIM J. ELLIS, CLERK<br><br>**Recorded Document Attention To:**<br>1. OFFICE OF PRESIDENT OF THE UNITED STATES, CURRENT OR SUCCESSOR OFFICE HOLDER<br>2. OFFICE OF SECRETARY OF UNITED STATES TREASURY, CURRENT OR SUCCESSOR OFFICE HOLDER<br>3. OFFICE OF ACTING COMMISSIONER OF THE INTERNAL REVENUE SERVICE, CURRENT OR SUCCESSOR OFFICE HOLDER<br>4. OFFICE OF GOVERNOR OF STATE OF WYOMING, CURRENT OR SUCCESSOR OFFICE HOLDER<br>5. ANY AND ALL OTHER PUBLIC OFFICES TO WHOM THESE PRESENTS MAY, DO OR WILL APPLY |  LAMAR COUNTY, GA. SUPERIOR COURT<br>FILED & RECORDED IN CLERK'S OFFICE<br>FEB 19 2015 AT 12:12 P M<br>BPA BOOK 42 PAGES 764<br><br>DEPUTY CLERK |

ABOVE SPACE FOR RECORDER

---

*The Herein Document is a matter of Record and Notice*

*****************************************************************************************************

# Declaration of Status

# Notice
# and
# Praecipe

[This space is intentionally left blank]      COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FEB 19 2015    AT 12:12 P    M
BPA BOOK _____ 42    PAGES 765
DEPUTY CLERK

# Declaration of Status

## rebecca ann, House of Watsabaugh

### TABLE OF CONTENTS

**I. DECLARATION OF STATUS OF THE LIVING WOMAN**
Codicil to the International Will of rebecca ann, House of Watsabaugh,
Private American National, Private Citizen of the United States
.................................................................................................12 Pages

**II. BRIEF IN SUPPORT OF NOTICE AND DECLARATION OF STATUS**
Historical and Legal Basis for Declaration of Status Correction
.................................................................................................13 Pages

**III. EXHIBITS**

    **1. Release Without Consideration**
        A. Copy of Authenticated Birth Certificate
.................................................................................................07 Pages

    **2. Rescission of Signatures of Suretyship**
.................................................................................................02 Pages

    **3. Declaration of Proper Name**
.................................................................................................01 Pages

    **4. Court Reporter's Transcript Cover**
        A. Court Report's Transcript
.................................................................................................09 Pages

    **5. Notice of Private Trust Arrangement**
.................................................................................................01 Pages

    **6. Affidavit of Exemption from Withholding**
.................................................................................................03 Pages

    7. A. **Notice of Paramount Claim Upon the Divine Nature, Divine Proportion**
        Manifest Essence (Claim of DNA and Genetic Substance)
.................................................................................................07 Pages

      B. **Pronuntio Restitutum/Deed of Restitution**
.................................................................................................02 Pages

      C. **Sacred Writ of Habeas Corpus**
.................................................................................................02 Pages

      D. **Notice and Declaration of Singularity, Salvage and Claim of Living Substance**
        Annulment of Baptismal Attachment
.................................................................................................10 Pages

**TOTAL PAGES**.................................................................................................**69 Pages**

 COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED
FEB 19 2015 AT 12:12 P M
BPA BOOK _____ 42 PAGES 766






## Declaration of Status of the Living Woman

Codicil to the Living (International) Will of
rebecca ann, House of Watsabaugh
Private American National, Freewoman
De Jure Citizen of the United States[1]

**"Indeed, no more than (an affidavit) is necessary to make the prima facie case."**
*United States v. Kis*, 658 F.2d, 526, 536 (7th Circuit, 1981);
Certiorari Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982

***"In judicio non creditor nisi juratis"***
*(In a trial, credence is given only to those who are sworn.)*

### *"Equity Regards as Done that Which Ought to Have Been Done."*

**NOTICE:** the Living Woman, whose seal and hand has been placed herein below, affirms herewith by oath and affirmation that the instant declaration is made by a living being, non-surety, non-belligerent, non-combatant, non-enemy standing on the land of the native soil and country of her birth [or adopted home by right of claim], standing at all time on the dry soil, a non-militarily occupied private estate, neutral in the public, at peace with the United States, the City of London, the Holy See, Vatican City and all subordinate instrumentalities thereof, and that…

All statements and enumerations of material facts stated herein below are true, correct, complete and certain to the full awareness of this living being, based on direct firsthand knowledge or information and belief (where indicated, and relied upon as fact and believed to be true), and are made in good faith with clean hands, with volitional intent to claim all beneficial rights and equitable interests, and where and as necessary to provide for the settlement of all matters in the public in order to maintain public peace, domestic tranquility and sacred honor, and hereby does state, declare and assert the following:

1. Living Woman (henceforth "declarant") is of the age of majority and is competent to state the matters set forth herein.
2. Declarant has appended her Brief in Support for this Declaration and by reference and inclusion does make said brief a part hereof, and affirms that she has read and subscribed said brief and holds all material, legal and historical facts to be valid, true, and confirmed in the public record and to be the foundation upon which this declaration and all acts has been made.
3. Declarant is standing as a member of the Private Society known as PanTerra D'Oro, an ecclesiastical body politic established and known of public record, and has entered all herein referenced documents into the Court of the Ekklesia of said society and its permanent archival record, as evidenced by the acknowledgment and acceptance of all documents under the seal of said court, and provides this notice as public record for the requirements as herein stated and as may suit the needs, interests and preservations of rights as may be required to fulfill the Will and Intent of this Living Woman.
4. Declarant, based on the extensive and ongoing research of said society, of which this being is fully apprised and fully aligned, inclusive of the personal research and investigation of this being, has discovered and confirmed that through the incremental mechanisms fully enumerated in the above referenced brief, that upon the advent of her

---

[1] See Brief in Support, page 5 of 13, Article 17

DECLARATION OF STAT...   1

COPY

birth, an immediate, insidious and all-encompassing manipulation of her personal status was engaged by the mechanism and machinations of the State, converting her from a free born living being to the bonded surety of a legalistic/juristic Public U.S. Person/citizen, with a concomitant creation of a corporate, commercial identity that was created within the scope of a fortnight to capture the living substance and life force of this free born being and convert it to a lifetime of bonded indentured "citizen", presumptively on a voluntary basis to avoid creating involuntary servitude (slavery), and to use the mechanism of a Vital Records Certificate of Live Birth to establish such bondage and a lifetime of debt servitude.

5. This created a Public U.S. Person/citizen, a public franchise, as a "vessel in commerce" to create public funds under the military/martial, emergency war powers established on March 9, 1933, characterized as "public policy" and expanded through various congressional acts and resolutions for decades to come, up to and including the time of declarant's birth.

6. By the historical and legal method of gradualism, as described in accompanying Brief in Support, this created an intolerable status of bondage upon my being and living substance and, therefore, finding my status of original Private American National status converted to one of statutorily-altered bondage and chattel property controlled by a military/martial system that denigrates and destroys life, which is wholly destructive of my substantive and unalienable rights and wholly foreign to my equitable interests and principles, and completely abhorrent to my spirit, being and eternal relationship with the eternal essence of All That Is, in intolerable contradiction with the maxims of Holy Scripture (Proverbs 11:15), and at variance and in conflict with the originally established courts of Common Law as well as the courts or exclusive/inherent Equity/Chancery governed solely by the Maxims of Equity, I, **Watsabaugh, rebecca ann**, do solemnly declare and affirm:

7. WHEREAS, the STATUTORILY CREATED FRANCHISE/CORPORATION SOLE, represented by the CERTIFICATE OF LIVE BIRTH, being in fact a unilateral (adhesion) contract under seal, was created and offered legally, though deceitfully, its open-but-false purpose being to aid in the Census as a means of identification in the documentation of a natural birth, as well as for health reasons and purposes; its secret-but-true purpose being to rob "We the People", which includes every individual Private American National Citizen, first of our sovereignty as a People, then of our constitutionally-created status, and ultimately our lives, fortunes and sacred honor; and

8. WHEREAS, the true purpose of the BIRTH CERTIFICATE, a unilateral contract under seal, is to be a covert commercial agreement and unconscionable, adhesion contract/quasi-contract between the state of the baby's natural birth and the mother of the baby, the baby then deemed property of the Federal, *de facto* military government of the United States, acted upon as a foundling, abandoned infant, ward of the state, lost at sea cestui que (the BIRTH CERTIFICATES being recorded by the Department of Commerce then to serve as collateral securities for the unquestionable public debt as per Section 4 of the 14th Amendment); and

9. WHEREAS, the true nature of the DATE OF REGISTRATION on the BIRTH CERTIFICATE, a unilateral contract under seal, is to commence the legal birth/berth of the quasi-corporate, artificial person/Public "U.S. citizen", characterized with maritime nature as a vessel on the seas of commerce, created by all necessary legal elements of a unilateral contract (it being in writing, signed, sealed and delivered, by an unaware, unsuspecting and trusting mother, for registration and filing with a public office of the baby's state of live birth into a system of vital records for the cataloguing and capture of human "capital" as human resources, livestock on the public plantation to be branded by the corporate bonds of the public/martial system, and monetized through a stock market for the trading, selling, hypothecating, pooling, collateralizing, warehousing and other such artifices of modern money mechanics as any other domestic animal recent from the farm for harvesting); and



10. WHEREAS, the true nature of the DATE OF BIRTH of the baby named on the BIRTH CERTIFICATE is to commit the natural person/Private American National Citizen as **Surety** for, and **personal property** of, the state-created, artificial person/Public "U.S. citizen," both entities being legally wedded into one legal entity, the hybrid, federally-owned, **Public "U.S. citizen"**; and

11. WHEREAS, the BIRTH CERTIFICATE is a COMMERCIAL INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the corporate sub-division STATE OF_____, defined in revised statutes in most if not all STATES, as federally owned territory within the boundaries of the de jure original, organic state of the Union), also sent to the Bureau of Census, a division of the Department of Commerce in Washington, D.C., placing the **NAME** of the Public "U.S. citizen" into interstate and foreign world commerce as a statutory, legal "person" (as are corporations, partnerships, trusts, franchises, etc.), distinct and separate from the "natural born living being," i.e., the **Private American National, Private Citizen of United States**, and completing the compact upon the event of this being's unsuspecting act of applying to be a driver in commerce whereby acceptance of the Office of Person and Registered Agent for martial/legal/commercial service of process was established, and other such adhesion contracts that pledged and hypothecated my labor, capital, children, marriage and substantive rights to the military usufructuary STATE, in exchange for a hand full of base metal coins and non-negotiable military script wrapped prettily in a package of public/civil benefits and privileges as a landless serf to do the bidding of her master; and

12. WHEREAS, said FRANCHISE/JURISTIC PERSON, being a facility by which the underlying ancestral/lineal estates, as a form of genetic claim using a false pretense presumptive covenant of genetic claim out of the Book of Genesis, to monetize the underlying value of the estate during the lifetime of the being, without diminishing the estate until the DEATH CERTIFICATE provides a "sweep account" function once the estate is abandoned by the equitable heirs and beneficiaries for want of knowledge and awareness of such a right of claim and inheritance, using rules of maritime salvage and claim unknown to most save the initiated few, was used or to be used for the lifetime of the living being for purposes of maintaining the public policy creation of public funds as monetized debt held in the Bureau of Public Debt whilst the real substance was beyond reach in the hands of the Custodian of Alien Property in the guise of said sureties/U.S. persons/citizens being the Enemies of the State per the acts of March 1933; and

13. WHEREAS, the Secretaries of State (of corporate "STATES OF_____"), manages and maintains a Roman equity system of secured interests in the form of Uniform Commercial Code registrations and a myriad of other mechanisms to reap the continual harvest of the persons, property and lives of the living people, as well as charters corporations and issues franchises, therefore, any natural born Private American National with a BIRTH CERTIFICATE is attached as the surety/trustee, carrying all the liabilities incumbent thereto, adhered thusly to the Franchise Tax Board of the STATE Department of Revenue for income/excise/privilege/use taxes, as well as being liable to the Internal Revenue Service collecting the internal revenue for the "Federal Corporation" of the United States (see 28 USC 3002(15)(A)) for the privilege of use of the military script Federal Reserve Note, via excise/income/privilege/use taxes in payment of the interest on the national debt (proven by President Ronald Reagan's Grace Commission) which interest is owed to the Roman papacy's Federal Reserve Bank and declared inviolate and unchallengeable per the Fourteenth Amendment; and

14. WHEREAS, this BIRTH CERTIFICATE, functioning as a security instrument of a public franchise, business trust, a controlled security instrument, and all subsequent derivative negotiable bonds, securities, chattels, papers, equities and currency derived

FILED & RECORDED IN CLERK'S OFFICE

BPA BOOK _____ 42 ___ PAGES 762
DEPUTY CLERK

there from, in effect a BUSINESS/COMMERCIAL INSTRUMENT, has, UP UNTIL NOW, hoodwinked **Private American National, Watsabaugh, rebecca ann**, allegedly named on said certificate, yet as stated in the Government Style Manual of the United States, that ALL CAPITAL LETTER NAMES are only those of Maritime Vessels, ships as in citizen ships, converting declarant's living substance into an unknown and covert implied contract by operation of law, placing Declarant and her fellow Private American Nationals under an alien, foreign and yet "temporary," *de facto* military jurisdiction of the United States created at first by the "**Emergency Banking Relief Act**," its initial paragraphs containing a congressionally-amended WWI statute known as the "**Trading With the Enemy Act**" and codified as 12 USC 95a, and secondly by President Franklin D. Roosevelt's Emergency War Powers Proclamation 2039 decreed on March 6, 1933 and Proclamation 2040 decreed on March 9, 1933; and

15. WHEREAS, the above *de facto* jurisdiction of the United States includes the jurisdiction of the constitutionally-created, federal and state civilian courts (IN FORM) sitting in a martial Roman Equity/at law (IN SUBSTANCE), fused into "one civil process", Federal Rules of Civil Procedures controlled, military tribunal contrivance, leaving this living being to no longer have lawful jurisdiction or a forum to access and achieve true preservation of substantive and equitable rights with the mode of a Common Law **civilian due process**, but rather bound and constrained with only a Roman Civil Law **martial due process** that, if unchallenged by producing state-filed public records and other prima facie evidence, will confer a martial jurisdiction over the living being (in process whether "civil" or "criminal" all being nothing more than commercial (see 27 CFR 72.11 that defines as commercial such crimes as commercial as offenses against the revenue laws, burglary, kidnapping, and conspiracy to commit such acts), then, if indicted under a militarily derived true bill from a "grand jury" forced to plead in a court imposing **martial due process** and procedure derived from a congressionally-amended, World War I statute as of March 9, 1933, all judicial officers, federal and state, acting as nothing more than military field officers pursuant to the Lieber Code (1863) on behalf of the *de facto* military dictator/Commander-in-Chief sitting in Washington, D.C.; and

16. WHEREAS, upon the public filing of the BIRTH CERTIFICATE with its attached Private American National serving as Surety and personal property, another "source" was created that would generate "internal revenue", which could then be income/excise/privileged/use taxed, the natural person/baby/Private American National Citizen now wedded to his or her new artificial person / Public "U.S. citizen" as its **Property** and subordinate **Surety**, the new "**source**" (deemed a "rebel" and "belligerent" residing according to state statute in a "this state" "in this state" federal zone, in actuality corporate federal domestic district of a purported Zone Improvement Plan ("ZIP"), within the borders of the original state of the Union, now deemed an "occupied territory"), thus being in commerce and subject to the **absolute legislative powers** of the "temporary" Emergency War Powers Congress (1933-present) to regulate without limit interstate and foreign commerce pursuant to Article I, Section 8, Clause 3, of the "United States Constitution" during this time of a "temporary" declared state of National Emergency now (2015) in its eighty second year; and

17. WHEREAS Declarant, a Private American National, has ceased to be **Surety** for and the **personal property** of, Public "U.S. citizen" "REBECCA ANN WATSABAUGH" by means of the following privately established records held within the permanent archival system of the PanTerra D'Oro Court of the Ekklesia (henceforth "COTE"), to wit:

    a. Creation of the REBECCA ANN WATSABAUGH TRUST, a private contract trust holding all equitable and legal rights of the REBECCA ANN WATSABAUGH franchise

COPY



     b.  Decree of the Authentic Declaration of Inter Vivos Trust of rebecca ann, that has entered into the permanent record of COTE the following:

        i.  Absolute Proof of Life rebecca ann

       ii.  Absolute Claim of Life rebecca ann

      iii.  Absolute Paramount Claim of Genetic Substance (DNA) of rebecca ann (see Exhibit 5)

      iv.  Established record of material facts that the living being, this declarant, has:

- Returned from being lost at sea;
- Is present here in Life, standing on her native soil;
- Claimed her ancestral/lineal estate concomitant with the above reference paramount claim of genetic/living substance of her body (see Exhibit 5);
- Appointed a living man/woman to the Office of Executor for purposes of settling all public claims/liabilities against the REBECCA ANN WATSABAUGH public franchise, U.S. person/citizen, and for assuring preservation of beneficial and equitable interests of rebecca ann to the remainder/reversionary interests of said ancestral estate.

     c.  Sealing of the COTE Writ of Habeas Corpus placing the living body of this being into the protections, immunities and seal of the PanTerra D'Oro Society and Court of the Ekklesia

     d.  Established and Sealed a Deed of Restitution to preserve and protect my life and unalienable, substantive right of self-determination as a Private American National, Citizen of United States of original and organic jurisdiction (see Exhibit 6)

     e.  Executed an Acknowledgment and Acceptance of the Deed (Birth Certificate) for purposes of returning an authenticated copy thereof as an instrument preserved within the Full Faith and Credit of the United States to the Commander-in-Chief and Secretary of the United States Treasury for the transfer of surety and trusteeship under the requisite rules and duties of Usufruct per the Lieber Code and other military field orders, international treaties and any other binding requirements for the Safe Harbor, Safe Passage and Hospitality of said United States until the end of the temporary emergency and the return of full beneficial value to the estate for which I am the true owner as beneficiary thereof.

18.  WHEREAS, along with this Declaration of Status, Declarant has created, signed and sealed, and recorded concurrent herewith, a duly filed Declaration of Severance of Suretyship, inclusive of a "**Release Without Consideration—*Nunc Pro Tunc Ab Initio*,**" and "**Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*,**" with exhibits of all specific rescissions of license and contract, revocation of voter registration, rescission of registered agent and office of PERSON (see exhibits attached and appended hereto), thereby returned to the former status of being a Private American National, Private Citizen of the United States (*de jure*, see Brief in Support and definition of American National and Citizen of the United States) not citizen of United States (*de facto*), said status held for less than sixteen (16) days after Declarant's natural birth, attached and made a part hereof by reference and inclusive; and

19.  WHEREAS, along with both this Declaration of Status and Declaration of Severance of Suretyship, declarant has issued a Declaration of Trust with all the relevant elements of trust establishment, points and principles as public notice whilst preserving the private integrity of said documents held in the permanent and private archive of the COTE, attached and made a part hereof by reference and inclusive; and

20.  WHEREAS Declarant, *in esse*, has irrevocably separated herself from the state-created FRANCHISE, CORPORATION SOLE, "UNITED STATES CITIZEN," created by

means of the publicly filed BIRTH CERTIFICATE which, per the accompanying Notice of Trust, has been claimed, acknowledged, and accepted as Grantee, per registered Acknowledgment and Acceptance of the Deed, as entered into the permanent archival record of the PanTerra D'Oro Court of the Ekklesia and hereby revokes all powers, including, but not limited to, Powers of Attorney and/or Agency that Declarant may have granted to any third party, public and/or private (see Exhibit 2, Rescission of Signatures of Suretyship, where you will find Revocation/Termination of Powers of Attorney). Therefore, Declarant is not a party to President Franklin D. Roosevelt's contract with all "U.S. citizens" by means of Proclamations 2039 and 2040 confirmed and approved by Congress in its passage of the **"Emergency Banking Relief Act"** thereby amending the **"Trading With the Enemy Act"** and declarant is not in commerce (as are corporations), never to enjoy any commercial privilege of limited liability as a matter of "United States citizenship" status (as do corporations being also Public "U.S. persons"), having discharged all *de facto* Emergency War Powers Military Governments, federal and state, from any duty or obligation having arisen from Declarant being the **Property** of, **Surety** for and/or wedded to the state-created hybrid, the federally-owned, Public "U.S. person/citizen" in the service of Washington, D.C., for commerce and war; and

21. WHEREAS, I, **rebecca ann, House of Watsabaugh**, have returned from being lost at sea and thus to my former status of being a *de jure* American Freeman and Private American National in Equity and therefore stand "*in personam*," "*in esse*" and "*sui juris*," possessing all God-given unalienable rights including those protected by the first eight amendments of the Bill of Rights, all Constitutional rights (federal and state) and all Common Law rights of a *de jure* Private American National, no longer under the legal disability of being the **Property** of, **Surety** for and/or wedded to a *de facto,* state-created, Public "U.S. person" owned by the Federal *de facto* Military Government of the United States, therefore no longer under the *de facto* jurisdictional power of statutorily-created, *de facto* Emergency War Powers Governments (federal and state) as those absolute legislative, absolute executive and absolute judicial powers are exercised towards a *de facto* Public "U.S. person/citizen" deemed a "rebel and belligerent" statutorily "residing" in a "this state" federal/domestic zone deemed an "occupied territory," and therefore no longer under the paternal guardianship of *de facto* Emergency War Powers Governments (federal and state) as those absolute, paternal powers are exercised towards its "**infants, children and wards**," *de facto* Public "U.S. persons/citizens who can only "appear" as a ghost apparition on a floating citizen ship on the sea of commerce and be turned ("attorned" by attorneys) inward by BAR agents of the Four Inns of Court carrying cards likened as Letters of Marque and Reprisal to plunder prize and booty from the said citizen ship to be carried off by the behemoth Ship of STATE; and

THEREFORE, BY THESE PRESENTS, LET IT BE KNOWN THAT, based upon the foregoing and accompanying Brief in Support, Severance of Suretyship, Notice of Trust, and appended exhibits herein and thereto do solemnly declare and affirm the following positive averments:

1. I am alive, a living, sentient being, an embodied manifestation of the eternal essence of creation;
2. How I choose to define my relationship with such eternal essence as the force and substance of All Life is my private right and not attachable or alienable by any man or manmade institution;
3. I stand forever under the protections of the International Flag of Peace;
4. I claim all substantive and unalienable rights that my separate and equal station within and as the substance of Life entitles me and waive no rights now or ever;
5. I commit myself unconditionally to support all of Life, to do no harm whenever and wherever I sojourn in this life, and to honor the life force and support the substance of life

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED
FEB 19 2015 AT 12:12 P M
BPA BOOK _____ 42 _____ PAGES 112

in all beings and to do what is Best for All Life however I see best to so express such intents;

6. I shall support and defend that all other beings in this Life shall have the same and equal rights as I herewith declare as my own;

7. I am the captain of my own ship and have settled the waters of the seas beneath me;

8. My bare feet touch the soil of the land upon which I entered this world or of my chosen home, and nothing separates me from the landed estate of the land or of my physical body;

9. I have proven my life and living status in a court of my peers, in a private society of mutual benefit amongst the living;

10. I am one of the **Posterity** of **"We the People"** by whom and for whom the "unanimous Declaration of the thirteen united States of America", "The Articles of Confederation and Perpetual Union", the compact trust generally referred to as the "Constitution for the United States of America" and the Resolution by the Senate and House of Representatives of the United States of America, in Congress assembled, ratified as Ten Amendments to the Constitution on December 15, 1791, generally referred to as the Bill of Rights, were decreed, declared, ratified, ordained and established as founding documents of the original and organic jurisdiction on American soil, therefore I am holding *de jure* Private American National Status conferred upon my natural birth upon the free peaceful land of America;

11. The name I am referred to at Common Law is **"rebecca ann,"** family/house/clan name is **"Watsabaugh."** This is the family name I accept as mine, and do not accept any presumption of attachment by or to the 1804 Napoleonic Code (Roman Civil Code) claim of ownership imputed thereby. I am known by no other names, publicly or privately (see Exhibit 3);

12. My name can and will be spelled at my sole discretion, without any impute of variance or jurisdictional attachment, as rebecca ann, as House of Watsabaugh, rebecca ann, as Watsabaugh, rebecca ann, or as Rebecca Ann Watsabaugh in both upper and lower case letters, without capitonyms (without using an all capital-lettered name), in accordance with proper rules of English grammar (see Exhibit 3);

13. I am not now and never have been REBECCA ANN WATSABAUGH, nor am I surety to said public vessel/franchise/citizen/person;

14. I was naturally born on the twenty-first day of the sixth month of the year one thousand nine hundred eighty-three. My natural and legal parents were **Heward, jeffrey paul** and **(Remus) Heward, sylvia susan;**

15. I was naturally born in the city of Petoskey, on the land of the county of Emmet within the geographical jurisdiction of the Michigan, a nation dejure of the original, organic Perpetual Union, The United States of America, on equal footing with the original thirteen Free and Independent States as guaranteed by the Constitution for the United States of America (henceforth "Nation dejure Michigan, state of the Union").

16. On the day of my natural birth I became a *de jure* **Private American National** of the geographic Union of states, known as The United States of America (composing the fifty organic states) born upon the free, dry and peaceful land of America.

17. On the day of my natural birth I became a *de jure* **Private American National** born upon the land of the geographic Nation dejure Michigan, state of the Union.

18. On the day the U.S. person/citizen "Certificate of Live Birth" was registered with the STATE OF MICHIGAN, by operation of law I became the **Property** of, **Surety** for and wedded to "REBECCA ANN WATSABAUGH," a state-created, MICHIGAN corporation sole, United States franchise and statutory Public "U.S. citizen" of the *de facto* Emergency War Powers Military Government of the "United States," it governing the states of the Union as "conquered territories" and its state-created "U.S. citizens" as a conquered people.

19. Said property has been claimed by the natural owner, said attachment as surety has been terminated, the marriage has ended and my former status of Private American National of



The United States of America has been restored, pursuant to the maxims of the Law of Contract, the American Common Law, Equity Maxims, Equity Jurisprudence and the Uniform Commercial Code, by means of a duly filed and publicly recorded "Release Without Consideration—*Nunc Pro Tunc Ab Initio*", (see Notice of Severance of Suretyship, Exhibit 2)

20. My *de jure* Private American National status of the Republic of The United States of America is "paramount and dominant," and my *de jure* Private American National, citizen of the Republic of Wyoming status is "subordinate and derivative" of said Private National Status of the United States. (see *Selective Draft Law Cases*, 245 U.S. 366, 389 (1918).) Private American Nationals of the United States were called "American freemen" by pre-14[th] Amendment presidents George Washington, Andrew Jackson, Zachary Taylor and Abraham Lincoln, as well as by post-14[th] Amendment Supreme Court Justice John Marshall Harlan evidenced by his dissents in *Maxwell v. Dow*, 176 U.S. 581, 607, 617 (1900) and *Downes v. Bidwell*, 182 U.S. 244, 381 (1901).

21. I am now Specially and Privately Domiciled without the military jurisdiction of the "United States" as defined by the "Trading With the Enemy Act," and therefore Privately Reside within a non-militarily occupied private estate within the territorial jurisdiction of the geographic Nation dejure Wyoming, state of the Union. Therefore, I am a Special and Private American National domiciled on the Nation dejure Wyoming, state of the Union.

22. My flags are the civilian flag of the Republic of the United States of America (4 USC 1) and the civilian flag of the Nation dejure Wyoming, state of the Union, of which said flag includes a white silhouetted bison, once being the "Monarch of the Plains", facing away from the pole in the center; surrounded by blue, the bluest blue of Wyoming skies and the distant mountains, symbolic of fidelity, justice and virility; with a white border as an emblem of purity and uprightness over Wyoming, surrounded by a red border symbolizing the Red Man who knew and loved our country long before any of us were here. Neither civilian flag, representing its nation under a republican form of government, displays gold fringe and/or gold cords with gold tassels as do military colors displayed by the Commanders-in-chief of the *de facto* Military Governments of both the United States of America and the State of Wyoming.

23. My law is my family *Bible,* good conscience, and the Twenty Maxims of English/American Equity.

24. My seal is my own personal and private seal.

25. Being a non-statutory, constitutionally-protected Private American National of the Republic of The United States of America and a non-statutory, protected Private Person/Special and am domiciled privately on Nation dejure Wyoming, state of the Union and therefore no longer the Property of, Surety for and/or wedded to MICHIGAN Corporation Sole / Public "U.S. citizen" "REBECCA ANN WATSABAUGH," I am not in commerce as a matter of personal status, as are statutory, state-created, Surety-backed, Public "U.S. citizens" of the United States, and therefore artificial person "REBECCA ANN WATSABAUGH," without a Surety and personal property, is a "Non-Taxpayer" described in *Economy Plumbing & Heating vs. United States*, 470 F. 2d, 585 at 589 (1972).

26. I have rescinded every Signature of Suretyship—*Nunc Pro Tunc, Ab Initio*—ever executed on behalf of corporate sole/"U.S. PERSON/citizen" "REBECCA ANN WATSABAUGH" (including any derivative of the NAME thereof) be it public and/or private, perfected by means of a duly filed "Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*." (see Notice of Severance of Suretyship, Exhibit 2)

27. To complete the public record, I have rescinded all licenses, registrations, and connections to said U.S. PERSON/citizen, referenced according to public filing in the said Notice of Severance of Suretyship, to wit:



LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015 AT 12:12 PM
BPA BOOK 42 PAGES 114

a. Rescission of Registered Agent and Office of Person for corporate sole/"U.S. PERSON/citizen" "REBECCA ANN WATSABAUGH" (including any derivative of the NAME thereof);

b. Rescission of Driver's License, and termination *Nunc Pro Tunc, Ab Initio* of any status, employment or presumption of being a Driver in Interstate Commerce;

c. Rescission of Marriage License(s), commercial contract(s) with state of Wyoming, inclusive of any presumption of grant of property claim or ownership to my natural born children;

d. Rescission of Voter Registration, and termination *Nunc Pro Tunc, Ab Initio* of any presumption of voluntary acceptance of government employee status; any such status from this day forth will be held by Private Business Trust REBECCA ANN WATSABAUGH;

e. Annulment of Baptismal Attachment *Nunc Pro Tunc, Ab Initio,* whereby I have annulled any form of baptismal certificate and purported attachment to the Roman Catholic Church and all its various extensions through ecclesiastical and crown constructs, whether that certificate is original from the said Church, a non-Catholic Church denomination or via the Birth Certificate as a baptismal record in the waters of commerce;

f. Affidavit of Exemption from Withholding and Revocation of Voluntary Taxpayer Status.

28. The Legal Title holder(s) and the Equitable Title holder of all legal property of Private Business Trust "REBECCA ANN WATSABAUGH" is private in nature evidenced by a **"Notice of Private Trust Arrangement"** filed in the public record, (see Exhibit 5).

29. I am the Authorized Representative for Private Business Trusts "REBECCA ANN WATSABAUGH TRUST" and "REBECCA ANN WATSABAUGH" in the acquisition of its legal property by nature evidenced by a "Notice of Private Trust Agreement" filed in the public record (see Exhibit 5).

30. Private Business Trusts "REBECCA ANN WATSABAUGH TRUST" and "REBECCA ANN WATSABAUGH" if and as in domestic and world commerce, all income thereof being equitable property by nature of a special and private Sole Beneficiary holding the status of a Private American National protected by the Constitution for the United States of America. Therefore Private Business Trust "REBECCA ANN WATSABAUGH" has no "income," and therefore the trust is a Non-taxpayer (see Notice of Severance of Suretyship, Exhibit 2).

31. My special, private and confidential location of Domicile in Equity on the land of the County of Teton is:

> Claimed Land is in Section 32 of Township 41 North, Range 116 West of the Sixth Principal Meridian in Wyoming; being a Portion of the Southeast quarter of the Northeast quarter of Section 32, Township 41 North, Range 116 West of the Sixth Principal Meridian in Wyoming of the Land Patent Certificate Number 147, authorized by Theodore Roosevelt, dated March 17, 1902, more accurately described as follows:

> Beginning at the south-west corner of said Land which bears South 12°30'13" West, 1793.33 feet from the Northeast corner of Section 32, Township 41 North, Range 116 West, Sixth Principal Meridian; thence North 3°49'20" West, 144.78 feet to the Northwest corner of said Land; thence along a curve to the left, having a radius equal to 630.0 feet, and delta equal to 11°26'00", and a radial bearing of North 12°10'40" West, 125.80 feet; thence South 02°45'24" East, 179.38 feet to a point on a curve; thence along a curve to the left, having a radius equal to 682.20 feet, and a delta equal to 9°57'28", and a radial bearing of South 3°02'50" West, 118.69 feet, more or less, to the point of beginning; containing 0.44 acres more or less.



DECLARATION OF STATUS          9

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED AND RECORDED IN CLERK'S OFFICE
FEB 19 2015 AT 12.12 P M
BPA BOOK _____ 42 _____ PAGES 175
DEPUTY CLERK

32. My location for Post from the public is:

> **Watsabaugh, rebecca ann, American Freewoman**
> Private American National
> Private Citizen of the Nation de jure Wyoming, state of the Union
> Free Rural Route Delivery
> c/o BAW Service Trust at 970 West Broadway, E421
> city of Jackson, Wyoming status of the Union
> DMM & ZIP Exempt, Zip Code Excepted [*83002*]

Further, I, Watsabaugh, rebecca ann *in esse* and *sui juris*, do solemnly declare and affirm the following negative averments:

1. I am not **alieni juris**, with presumptive status of being the Property of, Surety for and/or wedded to an artificial, *de facto*, hybrid Public "U.S. citizen" created by state statute in the state of my natural birth for the benefit of the *de facto* Emergency War Powers Military Government created on March 9, 1933; hence, I am neither an infant, imbecile, incompetent, insurgent, belligerent, rebel or a child under the power of a paternal and martial Emergency War Powers Military Government, federal or state.

2. My name is not "REBECCA ANN WATSABAUGH", "REBECCA WATSABAUGH", "REBECCA A. WATSABAUGH", "Rebecca Watsabaugh", "Rebecca A. Watsabaugh" or any other derivative of this nom de guerre/name of war carried by all Public "U.S. citizens," which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record (see Exhibit 3).

3. My name is not spelled in solely upper case letters or with abbreviations, which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record.  (see Exhibit 3)

4. I am not "REBECCA ANN WATSABAUGH", "REBECCA WATSABAUGH", "REBECCA A. WATSABAUGH", "Rebecca Watsabaugh", "Rebecca A. Watsabaugh" which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record (see Exhibit 3).

5. I am neither the **Property** of, nor **Surety** for, nor wedded to artificial entity not "REBECCA ANN WATSABAUGH", "REBECCA WATSABAUGH", "REBECCA A. WATSABAUGH", "Rebecca Watsabaugh", "Rebecca A. Watsabaugh" or any other derivative of this *nom de guerre*/name of war carried by all Public "U.S. citizens," said NAME being the legal property by characteristic of the *de facto* Military Government of the United States of America.

6. I am neither a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States nor am I **Surety** for and/or personal property of and/or wedded to a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States as a matter of **Status** and/or a matter of **public and/or private contract**. Therefore, I am not a state-created, federally-owned, statutory **Public "United States citizen"** (artificial person / "U.S. citizen") of the sovereign, *de facto* Military Government of the United States for income/excise/privilege tax purposes.

7. My flags, national and state, are **not military colors** bordered with gold fringe and/or draped with gold cords with gold tassels.

8. I am not a **rebel, belligerent** or **enemy** publicly residing within a **conquered territory** of the "United States" ("the territory over which the sovereignty of the United States exists," *Hooven*, supra, p. 671), its sovereign, *de facto*, Military Government having been created by Franklin D. Roosevelt's presidential proclamation 2040 **approved and confirmed** by Congress "Emergency Banking and Relief Act" (12 USC 95b), which act also the amended (via 12 USC 95a) the "Trading with the Enemy Act" (50 USC App. 5(b)), on March 9, 1933.

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015 AT 12:12 M
BPA BOOK _____ 42 ____ PAGES 116

9. I do not publicly reside according to STATE OF WYOMING revised statutes within a "this state", "within this state", conquered territory or within a federal military district.

10. I do not publically reside according to statute within any of the ten regions of the geographic United States of America designated by ZIP codes of the Federal Zone Improvement Project begun in 1963 and take exception to whenever and wherever possible in the use of either a ZIP code or a Postal code, both being synonymous.

Further and finally:

I, Watsabaugh, rebecca ann, am a *de jure*, Private American National of The United States of America, (Private Citizen of the United States, see definition per Brief in Support) and therefore, I am a protected, *de jure* Private National of the Nation dejure Wyoming, Specially and Privately Domiciled in English/American Equity on the land of county of Teton

Therefore, I, Watsabaugh, rebecca ann, holding the protected private right to a civilian due process of law on both a federal and state level, as well as being unaffected by the "Emergency Banking Relief Act" having imposed a martial due process of law (by way of the amended "Trading with the Enemy Act") on any substantively, artificial "person within the United States" deemed federal "booty of war," am as foreign by nature and by characteristic, to the extra-constitutional, alien, *de facto*, "temporary" Emergency War Powers Military Government of the United States and owe no temporary allegiance to said "temporary" Emergency War Powers Military Government. Therefore, I am as foreign by nature and characteristic, to the extra-constitutional, alien, *de facto*, "temporary," Emergency War Powers Military Government UNITED STATES and STATE OF WYOMING, as well as the extra-constitutional, alien, *de facto*, "temporary," Emergency War Powers Military Governments of the other forty nine (49) states and owe no temporary allegiance to said "temporary" Emergency War Powers state governments, said extra-constitutional, alien, *de facto*, "temporary," Emergency War Powers Military Governments having been "temporarily" created by Congress (12 USC 95a) and by President Franklin D. Roosevelt (Presidential Proclamation 2040) on March 9, 1933, that most notable, Jesuitical coup d'état, that great day of infamy and high treason against the Sovereign American People of The United States of America, they having ordained and established the Constitution for the United States of America, by the plenipotentiary authority of the United States, in Congress Assembled (c.1781), with its Bill of Rights, for themselves and for their **Posterity**—of which I am a beneficially interested member thereof.

This "**Declaration of Status of Watsabaugh, rebecca ann, American Freewoman, Private American National**," supersedes any previous filing with any public office of said Declaration of Status, or any other filing, public or private, in which previous mistakes may have been made, all of which are rescinded and revoked hereby *Nunc Pro Tunc, Ab Initio*.

Further Declarant Sayeth Not.

*THIS IS MY WILL AND AS PROCLAIMED SO SHALL IT BE DONE*

**WITNESS MY HAND AND SEAL APPLIED HERETO:**

_ _ _ _ rebecca ann _ _ _
Autograph/Seal of Living Woman

**rebecca ann, House of Watsabaugh**

\* \* \* \* \* \* \* \*

COPY

# ATTESTATION OF NOTARY AND ADMINISTERING OF OATH

I, __Cloud, Ivan Lynd_____, the below subscribed Notary in and for the PanTerra D'Oro Court of the Ekklesia, do solemnly attest that I administered an Oath to the Living Woman of the House of Watsabaugh, known as rebecca ann; the Living Being made oath to the veracity and validity of this Declaration of Status and the accompanying Brief in Support, that is issued in conformance with the Inter Vivos Trust and International Will of the Living Woman, rebecca ann, whose Will was expressed herein and hereby of Her own volition and freewill act and deed, and that I personally witnessed Her execution of same with original wet ink signature and seal as entered and signed above.

Be it further known by these presents that I, as Witness for the herein matter, on this Seventeenth day of the Second month in the year Two Thousand Fifteen, am a third party and not a party to the matter. As Witness in this matter I am acting for the purpose of taking and administering the oath of the Living Being as stated and of sealing same into the record of the Court of the Ekklesia.

_____*Ivan Lynd*_____
Affirmed on the date as set forth herein

PanTerra D'Oro Court of the            )        Affirmed and Subscribed  **JURAT**
Ekklesia                               )
                                       )

Subscribed Affirmed before me on this Seventeenth day of the Second month in the year Two Thousand Fifteen, by the Living Woman of the House of Watsabaugh, known as rebecca ann, known and confirmed to be with standing in the Rolls of the Court as an active member of the PanTerra D'Oro Private Society and Private Contract Association.

_____*Ivan Lynd*_____  *'15*
Court of the Ekklesia Notary # ____

02/17/2014
Date



## Acceptance and Acknowledgment of the Court

The PanTerra D'Oro Court of the Ekklesia hereby accepts and acknowledges the Declaration of Status and Brief in Support pursuant to the Living Perpetual Will and Authentic Declaration of Inter Vivos Trust of rebecca ann, House of Watsabaugh, and by such Acceptance and Acknowledgment affirms authenticity thereof.

FOR THE RECORD OF THE COURT
Entered into the Record of the Court on this
Seventeenth day of the Second month in the year Two Thousand Fifteen

With Court Record Number:  IVT.0254.0024.DOS
By and For the PanTerra D'Oro Court of the Ekklesia:

By: Summers, christopher jamaar
Title: Clerk of Court

Justice Number One, Autograph and Seal

Justice Number Two, Autograph and Seal

Justice Number Three, Autograph and





**12  DECLARATION OF STATUS**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED IN CLERKS OFFICE
FEB 19 2015 AT 12:12 PM
BPA BOOK ___42___ PAGES 778
DEPUTY CLERK



BRIEF IN SUPPORT OF NOTICE AND
DECLARATION

   

# HISTORICAL AND LEGAL BASIS FOR

# DECLARATION OF STATUS CORRECTION

## Presented under the Sacred Seal of the

## PanTerra D'Oro Society Court of the Ekklesia

### In Special Term and Exclusive

### English/American Equity Jurisprudence and Maxims of Equity

This brief in support of the Declaration of Status by rebecca ann, House of Watsabaugh, a living woman who has perfected her proof and claim of life in the private court of the PanTerra D'Oro Society by and through her Authentic Declaration of Inter Vivos Trust, with supporting and ancillary documents and decrees attached thereto, who has returned from being lost at sea (submerged in the sea of commerce) and pursuant to the Cestui Que Vie Act (1666) has claimed her ancestral/lineal estate, all within said court and made a permanent part of the archival record thereof, which is forever sealed in fulfillment of the disciplines and doctrines of said ecclesiastical court and private society, doctrines and disciplines that are fully accepted by this living being, with said discipline embraced in the highest expression as the cognizance of the sanctity of all life and the eternal and divine mandate that we shall walk into and become one and equal with the eternal expression and manifestation of Life, that is most properly contained within and expressed by the maxims and principles of equity. This Declaration of Status is in fulfillment of this being's full acceptance of such doctrine and discipline for the purposes as more fully stated in said Inter Vivos Trust and within this declaration and accompanying exhibits that are attached hereto and made a part hereof by reference and inclusion.

Through exhaustive and continuing research and due diligence the PanTerra D'Oro Society has established that the following are part of the public record and are unimpeachable material facts appertaining to the basis of the aforesaid Declaration of Status. Such facts are irrefutable and have on innumerable occasions been presented to the relevant bodies, authorities and institutions for rebuttal or presentment of contrary facts, to which silence has stood in mute acceptance and established the validity thereof. Let this record stand as the eternal truth of the ages, and may we come to the understanding that equitable justice shall be done in this matter and in all of this world so that humanity may one day return to its own correction of status so that all may live in peace and harmony as such maxims of equity require. It can only happen with each and every one of us doing what must be done, which is to declare and stand resolute upon these facts and upon the necessary forgiveness that must be embraced by all lest we step over the precipice that looms large before us leading irrevocably to our own self-annihilation and that of our world. Denial will no longer serve any of us and by self-



LAMAR COUNTY, GA. SUPERIOR COURT
FILED IN OFFICE DEPUTY CLERK'S OFFICE
BPA BOOK _____ 42 _____ PAGES _____

**BRIEF IN SUPPORT OF NOTICE AND
DECLARATION OF STATUS**

honesty and self-forgiveness, as well as unflinching acceptance of the record, might true redemption be obtained.

The record of the Roman Catholic Church, Papacy, Society of Jesus, Crown and Corporation of the City of London and the Military Occupier known as United States is testimony of unimaginable life negating agendas, acts and deeds to the destruction of life and the desecration of all that is sacred. This is more fully explicated in the Notice and Declaration of Singularity, Salvage and Claim of Living Substance (Exhibit 7.D), which is made a part hereto by reference and inclusion.   In short, by artifice of purported "divine" right, the Roman Catholic Church, Society of Jesus, Roman Papacy and all organs of its global design have spearheaded the overthrow of the American Republic and the Perpetual Union of States as declared in 1776 and established in 1781 (per the "Unanimous declaration of the Thirteen united States of America", (AKA "Declaration of Independence") and the Articles of Confederation, respectively, henceforth "Declaration" and "Articles") that established in equitable jurisprudence the original Union of Free and Independent States and a Perpetual Union (henceforth "Confederation") styled as "The United States of America", followed by the historical and incremental encroachment and erosion of that Union based on the following historical facts, to wit:

1. Said Confederation established a perpetual union of the Free and Independent American Freemen who had declared their independence by the Declaration, by and through the original thirteen newly established (c.1776) Free and Independent States (united), and by said Articles did appoint and establish a collective identity for purposes of national character (see Vittel, Law of Nations) styled as the "United States in Congress Assembled", which was fully authorized and empowered to enter into engagements, treaties and contracts as were befitting for the newly founded nation.
2. On July 16, 1782, a Treaty of Versailles was contracted between said United States in Congress Assembled and the King (George the Third), for the United States to accept the obligation of a total of 18 million Livres (money of France) with terms of interest and repayment stated therein.
3. A year later on September 3, 1783, the Treaty of Paris was contracted. The parties therein were King George III, the United States of America and the United States. In order to understand the subtlety and contrivance of this document, which laid and established the foundation for all such manipulations and artifices for the obfuscation and confusion of the historical record, one must analyze this document precisely and minutely.
4. The opening preamble contains all that need be seen to this effect. It firstly begins with a statement that Divine Providence is pleased to dispose the hearts (plural) of the most serene and most potent Prince George the Third, who is further identified as "king of Great Britain, France, and Ireland, defender of the faith, duke of Brunswick and Lunebourge, arch-treasurer and prince elector of the Holy Roman Empire &c [etcetera], and of the United States of America...." Therefore, in fact, this is a contract between multiple "hearts" of the Prince, identified as king of the various named states, duke of the named duchies and the United States of America, distinct and not necessarily between the Prince/King/Crown and the United States. It is in fact a unilateral adhesion contract with the principle being the multiple hearts contained in the person of the named Prince George the Third.



LAMAR COUNTY, GA SUPERIOR COURT
... ...RECORDED IN CLERK'S OFFICE
FEB 19 2015   AT   12:12   M
BPA BOOK     42     PAGES
DEPUTY CLERK

## BRIEF IN SUPPORT OF NOTICE AND
## DECLARATION OF STATUS

5.  The said Prince is identified as the arch-treasurer and prince elector of the Holy Roman Empire &c, and of the United States of America, establishing as an *a priori* fact that the "United States of America" is not the same as the United States (representing the Union of states expressed as United States in Congress Assembled, for "The United States of America" as per the Articles). So, there are in fact multiple parties to this treaty.

6.  The distinction to be noted here is the unique characters of The United States of America (a Union of states per Declaration and Articles) and the United States of America, a nation under the authority of George the Third as arch-treasurer and prince elector thereof. These two offices refer directly to the Holy Roman Empire, of which it can be determined that the said United States of America is an integral part thereof.

7.  A complete explication of the history and design of the Holy Roman Empire is beyond the scope of this document, but suffice to say that it is in fact distinct and separate from the Roman Catholic Church (since the historical record shows that the two were in fact warring enemies in various periods such as the first half of the 16th century). The titular head of the Empire had moved from Otto the Great in 962 to the Spanish Monarch in the early 1500s to the English Crown in the 1700s, now situated per this discussion in the personage of Prince George the Third in the relevant period. The title of Prince Elector is the paramount office that is designed and intended to hold all the lands of all the Earth, via the Crown, and Arch Treasurer facilitates the control of the legal and monetary systems of the world, and all the wealth and riches derived therefrom, by and through the Four Inns of Court and the Office of Exchequer, respectively, both situated in the City of London and operating through the primary joint stock companies chartered by the City as the Corporation, such as the British East India Company, the Virginia Company, the New River Company and the Hudson Bay Company.

8.  Returning to the Treaty of Paris, the first party is Prince George the Third, holding positions for various countries, duchies and the United States of America. The second party is the United States, with the parties seeking to conclude a peace based on "provisional articles signed at Paris on the 30th of November 1782" between the Crown of Great Britain and the United States.

9.  It is clear that the character of control of the United States of America is firmly held by Prince George the Third, when later in the paragraph it states: that the referenced provisional articles have been concluded, and that "...his Britannic Majesty and the United States of America (as one party)..." having appointed David Hartley, Esqr. as their representative and "the said United States of their part, John Adams, Esqr., late a commissioner of the United States of America at the court of Versailles...and Benjamin Franklin, Esqr. as 'minister plenipotentiary from the said United States of America' " as representatives (plenipotentiaries) of and for the United States, along with "John Jay, Esqr. minister plenipotentiary from the said United States", all as plenipotentiaries to conclude the instant treaty.

10. This arrangement raises the question as to why distinguish between offices held by two of these three men representing the United States that they have been or still remain in offices for the United States of America, as opposed to their current offices representing the United States? Because these are two distinct parties and national characters, the one being under the authority and control of the Holy Roman Empire, Crown and Prince Elector/Arch Treasurer, and the other empowered by the Articles as the United States in Congress Assembled. Ultimately, all three as Esquires (appointed titles emanating from the City, Corporation and



Case 15-20026   Doc 24-1   Filed 03/12/15   Entered 03/12/15 13:48:42   Attachments   Page 18 of 27

LAMAR COUNTY, GA. SUPERIOR COURT
FILED IN OFFICE
FEB 19 2015 AT 12:21 PM
BPA BOOK _____ 42 _____ PAGES 151
DEPUTY CLERK

## BRIEF IN SUPPORT OF NOTICE AND
## DECLARATION OF STATUS

Four Inns of Court), they are in fact representing the same ultimate authority as the Crown, the City of London, and the Papal authority *vis a vis* the Holy See and Vatican, with the Holy Roman Empire thrown in for good measure and the Four Inns of Court from whence emerges titles of esquire.

11. This set of facts underscores what remains to be established in this brief, that there is artifice of confusion, conflict and obfuscation in the entire historical record because who but the most astute can follow this convoluted confusion of names and facts? It is of the highest importance when determining the issue of status and standing as a living being (man or woman) on the soil and holding the substance of national character of North America as a Freeman, American National, that is of the paramount and central issue when it comes to status and standing as a private being whether called Citizen or National, American or United States.

12. For such purposes, any and all references to a Citizen of the United States or American National are herein defined in the Declaration of Status, or any other adjunct document for complimentary or related purposes, to the original status of a Freeman originating as one of the people that established the confederation of The United States of America as a perpetual union of the Free and Independent States (united), that empowered the United States in Congress Assembled, which in turn entered into a trust agreement with the United States of America (as described above) per the Constitution for the United States of America (September 17, 1787).

13. In said Constitution the parties identified are very clear, one being "We the People of the United States" which can only be determined by the above enumerated historical record as the perpetual union styled as The United States of America per the Articles [United States in Congress Assembled], and the other being the United States of America that is held per the Treaty of Paris by the office of Prince Elector and Arch Treasurer of the Holy Roman Empire by Prince George the Third, which it should be noted is a perpetual office corporation sole, and now a singular human being, held in 1783 by the said Prince George the Third, thus establishing a trust indenture for purposes of creating a federal government to hold the interests of the said Holy Roman Empire, and to act as constitutor of the obligation of the Treaty of 1782 and the eighteen million livres money of France, that shall now be "as valid against the United States under this Constitution, as under the Confederation" per Article 6.

14. It is important to further note that the flag of this new United States of America is that of none other than the British East India Company and that the primary powers and authorities vested in the United States of America are in fact the same as granted by parliament to the Virginia Company circa 1680 which therefrom morphed into another version of the United States, as referenced later in the Constitution, those powers being 1) Power to hold land of its own right; 2) Power to establish administrative courts; 3) Power to declare war and establish peace; 4) Power to coin money; and 5) Power to enter into treaties.

15. In the preamble the constitution is established and ordained for the United States of America by We the People of the United States, and ultimately establishes a second United States as the constitutor/debtor in its federal character as stated in Article 6 and various other places in the document. This second United States is none other than the Virginia Company, that will ultimately claim all the land as the collateral for that debt/obligation, and through the five enumerated powers listed above, will bond and secure the people, property and lives of the people to secure against the inevitable eventuality of perpetual and never ending debt.

16. Therefore, to recap, the players involved are:

 COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED
FEB 19 2015
BPA BOOK ____42____ PAGES 782

## BRIEF IN SUPPORT OF NOTICE AND
## DECLARATION OF STATUS

    a. The United States in Congress Assembled, the representative body for the people (free white men, land holders) of the Free and Independent States, confederated together as

    b. "The United States of America", a perpetual Union of said states, and

    c. The Virginia Company holding five principle powers that will become another United States intended to collateralize and hold all land, property and people and administer the same through its administrative courts, to declare war and peace, to coin money to bond as collateral (commercial) attachment all in perpetual bonded/indentured servitude, and to enter into international treaties as the supreme law of the land, the five principle powers vested into the United States by and through the Constitution.

    d. The federal government for whom the constitution was established and ordained, known as United States of America, that is held in the paramount power of ultimate holder of the land in the form of a perpetual monarchal corporation sole and the power to bind the people through powers of legal adhesion and monetary bonds via the Office of Exchequer by and for the Arch Treasurer of the Holy Roman Empire, and

    e. The British East India Company to hold and control all maritime/commercial interests within and as the United States of America under its flag of thirteen red and white stripes.

17. Therefore, with respect to the use of words and names, let it be clearly stated and unambiguous, that this Declaration of Status, and all supporting documents, trusts and declarations of fact in support thereof, refers specifically and only to an original and organic Free(wo)man, American National status, synonymous with the phrase "Citizen of the United States", exclusively referring to and as the original people establishing the perpetual Union of states united, Free and Independent (c. 1776 and c.1781 per Declaration and Articles, respectively), who established and ordained a Constitution for the United States of America to create a federal character for purposes of national identity and purpose, to be constrained and limited by the enumerated powers and authorities stated therein, and to incorporate therein a second United States to act as constitutor for the debt obligations that bound the confederation in 1782 per treaty.

18. Additionally, although such were only limited to free white land-holding males at that time, it is the doctrine and discipline of Our Society, a Private Body Politic, ecclesiastic in nature, character and design, with all members therein standing as one, united in spirit and purpose as fully described in various notices to the public (found at www.panterrapca.org), as a paramount component thereof, that all men and women (regardless of race, gender, ethnicity, creed or any other individual elements of their personal lives or free moral agency) stand equal and inherently capable of attaining and holding unalienable and substantive rights of status and standing, as private free beings on the land, with unlimited capacity to contract, to claim and hold land and property, and to retain and express the free and quiet enjoyment thereof, as the founders of the Union of states intended and envisioned.

19. From that founding period, a progressive and incremental encroachment of the free and unfettered liberties contained and established therein, was engaged over the next eight decades leading to the War Between the States (c.1860-1865). This was for the obvious historical purpose of debasing the liberties of Private American Nationals of the Union of States (United) by imposing a State-created, statutory, *de facto* **Public "U.S. citizenship."** This *de facto* Public U.S. citizenship status, being in substance a privileged Roman citizenship, would enable the



Case 15-20026   Doc 24-1   Filed 03/12/15   Entered 03/12/15 12:21:04   Main Document
Attachments   Page 20 of 27
LAMAR COUNTY, GA. SUPERIOR COURT
FEB 1 0 2015   AT   12:21   M.
BFA BOOK _____ 42 _____ PAGES 785
DEPUTY CLERK

**BRIEF IN SUPPORT OF NOTICE AND
DECLARATION OF STATUS**

constitutionally *de jure* civilian government of the United States (having been constitutionally altered from being a *de jure* "**Federal**" government to a *de facto* "**National**" government by the 14th Amendment, 1868) to be replaced with a Congressionally-created, statutory, *de facto* Emergency War Powers military government of the United States on March 9, 1933, and to place all of the original denizens of the free land into the status of enemy of the state by virtue of being programmed and trained to think and act only within the commercial/public/military enclave of the "United States" for purposes of jurisdiction and control.

20. Such de facto national citizen of the United States is clearly established by the fourteenth Amendment, stating that "...all persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and the State wherein they reside." This is established on the progressive institution of civil rights, which are in fact not substantive in nature and character, but merely contractual civil privileges designed for wards of the State, which were at first the freed slaves and then the citizens of the southern States who were only readmitted under the Reconstruction Acts of the 1860s as a people of conquered states, under the terms and authorities of the military field rules of the Lieber Code under presidentially presumed and unilaterally claimed war powers, which began a progressive implementation of military and martial rule to be perfected over the course of the next seventy years and further entrenched from 1933 until the present day, to eventually encapsulate all of the people, male, female, white, black, and all other races.

21. It is also important to remember that the United States as referenced in Article Six of the Constitution (ratified 1791) began as a bankrupt, due to such debt without corresponding assets. It was the future potential and revenue generating capacity of such that was the collateral for the first seventy-year period of such a bankrupt. Since international law provides for a renewal of such a bankrupt after seventy years, that entity had to renew for another seventy year period in 1861, therefore, the United States of the 14th Amendment, in order to be allowed to engage such renewal of terms, had to increase its collateral base, by now pledging via section one of the amendment, to identify who were to be property (as citizens) of the said United States, and to establish as inviolate the prohibition of such persons from challenging the validity of the debt. Additionally, section four establishes not only the unchallengeable basis of the debt, but the obligations for pensions and bounty for services in the suppression of insurrection and rebellion. When we finally arrive to the Trading With the Enemy Act, as amended 1933, the citizens who are subject to the jurisdiction of the United States are now considered enemies of the state for any and all acts done within the United States jurisdiction, and per the Lieber Code, will be subject to suppression for any acts of insurrection and rebellion, for which officers and soldiers will be assured of their pensions and bounties for services in the suppression thereof, essentially laying the foundation for the present time in which all citizens/persons of the United States, having the identity and character of a juristic person, whereby the living man or woman is acted upon as the surety for the public debt attached to each individual franchise, shall be subject to suppression for every act in the public which is technically an act of war, insurrection and rebellion in the military (commercial/civil) jurisdiction of the public domain.

22. One must also keep in mind that the term "person" had already been defined within the United States by the 1860s as an artificial entity (corporation, trust, association,


COPY

Case 15-20026   Doc 24-1   Filed 03/12/15   Entered 03/12/15 ... IN CLERK'S OFFICE
Attachments   Page 21 of 27

LAMAR COUNTY, GA. SUPERIOR COURT
FEB 19 2015   12.12P
BPA BOOK _____ 42 _____ PAGES 724
DEPUTY CLERK

**BRIEF IN SUPPORT OF NOTICE AND
DECLARATION OF STATUS**

individual and other entities). Later, the character and status of a person, described as an individual, was defined by the U.S. Supreme Court, to wit:

> "Therefore, the U.S. citizens [citizens of the District of Columbia] residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity."
> **Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56
> S.Ct. 773**

23. Therefore, a person as defined by the first section of the fourteenth amendment was in fact later established as property and a franchise of the United States, a de facto public citizen subject to tens of millions of State and Federal codes and statutes.

24. Thus, the original standing and status of one of the people, as of the posterity of We the People of the United States as per the above discussion, became debased and transformed into a juristic person, a franchise of the bankrupt United States (different from the original *de jure* United States c. 1781 et. Seq.), mere property of said United States as a known bankrupt pursuant to the Emergency Banking Relief Act of March 9, 1933, which converted such U.S. persons "born or naturalized in the United States and subject to the jurisdiction thereof" as enemies of the state per the Trading With the Enemy Act (October 6, 1917 and amended March 9, 1933 to establish persons "within" the United States as inclusive of enemies as defined), thus turning the character, status and standing of a Private American National (Citizen of the United States) into a franchise and property, Public U.S. person/citizen by attaching the living being, man or woman, to the said juristic person as surety and trustee carrying all the impairments and liabilities thereto for the mere acceptance of civil benefits and privileges under military and martial rule within a Roman civil military occupation in a state of perpetual emergencies and unending war powers.

25. All, of course, conveniently after another seventy-year period, in which for the third time, in 1931, the bankrupt United States must be rolled over for one last (as allowed in international, ready maritime/admiralty, law) bankrupt period of debtor in possession. And this third time, the collateral will be the entirety of all property, people and titles of the citizen/persons subject to the jurisdiction of the United States.

26. Within the light of this historical delineation the events of March 1933 and forward can be seen as nothing less than a military overthrow facilitated by President Franklin Roosevelt, that overthrew the civilian government exercising the constitutional, *de jure* jurisdiction of the United States (the "United States" being "the collective name of the states which are united by and under the constitution," *Hooven & Allison Co. v. Evatt*, 324 U.S. 652, 672), replacing it with a *de facto* military government exercising an extra-constitutional, alien and foreign, *de facto* jurisdiction of the United States (this "United States" being "the territory over which the sovereignty of the United States extends," *Hooven & Allison Co. v. Evatt*, supra, 671), the latter being nothing more than a municipal corporation (see Clearfield) acting in commerce for the ongoing fulfillment of the martial occupation of the original and organic Union of states and the living and breathing real men, women and children thereof.

27. The nexus of this transformation of living men and women from free beings on the land to property and franchises of the United States is created and perfected by the imposition of the cestui que trust created by the placement of the living new born into a trust indenture that creates the public franchise as U.S. person/citizen. Since

**BRIEF IN SUPPORT OF NOTICE AND
DECLARATION OF STATUS**

the military occupation is proceeding according to the codified field rules of the Lieber Code (c.1863), which operates under the rules and duties of the Usufruct and Usufructuary, it is necessary to quote those rules, to wit:

Usufructuary definition: The one who has the right and enjoyment of usufruct.

The five duties of the Usufructuary, according to the Rules of Usufruct in the Lieber Code are:

1. "To make an inventory of the thing subject to the usufruct, in the presence of those having an interest in them.

2. "To give security for their restitution; when the usufruct shall be at an end.

3. "To take good care of the things subject to the usufruct.

4. "To pay all taxes, and claims which arise while the thing is in his possession, as a ground rent.

5. "To keep the things in repair at his own expense."

28. This points to the fact that the entirety of the United States public administrative system is one large fulfillment system for rule number one, to make an inventory of the thing(s) subject to the usufruct, all the people, property and titles of the public civil/commercial administrative zone.

29. The creation of a public vessel in commerce, United States franchise, is done by the placement of the new born into the status of ward of the state when the mother signs an application for issuance of title (a security for the restitution of the property so taken per rule one), the mother acting as informant to place the corpus into the form of the trust, pledging the living being as collateral for the lifetime of debt creation via the franchise, but holding the inherent (and undisclosed) capacity to submit said receipt/security for the eventual restitution of the property contained therein when the usufruct shall be at an end.

30. This receipt is the Vital Statistics Certificate of Live Birth, and all derivative securities derived and extended therefrom, thus fulfilling rule two.

31. Rules three through five establish what the usufruct, the military occupier (United States) must do to maintain the property. It is rightfully the trustee of the original constitutional trust and now the military occupation usufructuary, and the people are the rightful beneficiaries, but should it turn out that the people "voluntarily" submit themselves as sureties to accept the role of trustee, and the inherent and concomitant liabilities attached thereto, then so be it.

32. Such acceptance becomes operative in commerce and the civil public domain, and establishes an impaired status by becoming a bankrupt, trustee, holding all the liabilities and accepting limited benefits and privileges and eschewing substantive rights unless properly and timely claimed.

33. Further, by this artifice of selective avoidance of full disclosure of these material facts, the United States, and its owners up the above described chain of title, have "legally" replaced the *de jure* Private American National Status with *de facto* Public "U.S. citizenship," thereby enabling the *de jure* jurisdiction of the "United States" (in Congress Assembled, representing the perpetual Union of states, The United States of America) to be legally bound, bonded and constrained by the statutory *de facto* jurisdiction of the "United States," the Jesuit Order would fulfill its design of



LAMAR COUNTY, GA. SUPERIOR COURT
BPA BOOK   42   PAGES 736
FEB 19 2015   AT   12:12   M
DEPUTY CLERK

**BRIEF IN SUPPORT OF NOTICE AND
DECLARATION OF STATUS**

overthrowing the liberties of the United States as plotted during the Congress of
Vienna (1814-1815) and the subsequent Secret Treaty of Verona (1822), in response
to which President James Monroe issued the "Monroe Doctrine" (1823)—and for
which he was given "the poison cup" on July 4, 1831.

34. American inventor Samuel F. B. Morse warned of this Jesuit Conspiracy against
America in his epic work, _Foreign Conspiracy Against the Liberties of the United
States_, published in 1835.

35. This progressive, incremental and insidious overthrow of the _de jure_ Private
American National at Common Law and its counterpart, the _de jure_ jurisdiction of
the "The United States of America" at Common Law, would enable the Jesuits from
Georgetown University to use the _de facto_ Emergency War Powers American
Congress—now possessing the unlimited legislative powers of an English
Parliament—to wield absolute legislative power over the _de jure_ fifty sovereign
states turned into _de facto_ "conquered territories" ruled by the statutorily-created,
_de facto_ national Emergency War Powers military government. The detail and
mechanisms of all the Acts, Resolutions and Corporate mechanics of such are well
beyond the scope of this brief, but suffice to say that once FDR declared that he
would ask and accept the emergency war powers from the Congress on the day of
infamy, March 6, 1933, which was immediately provided, and initiate the run away
train three days later with the Emergency Banking Relief Act and the amendatory
changes of the Trading With the Enemy Act, a continual state of emergency, war
powers, military occupation and commercial/monetary bondage has been now
perfected on the unsuspecting American public who haven't a clue as to how their
country was stolen from them by foreign enemies, aided and abetted by enemies
domestic, over the succeeding eight decades.

36. This unlimited, congressional power would enable the Jesuits, ruling their _de facto_
military government of their _de facto_ American Empire, to control by statute every
facet of American life "from the cradle to the grave." This control would include the
imposition of socialist-communism and the building of cartel (corporate) capitalism
(bonded monetary indentured servitude) and the destruction foundational
backbone of this once great country as the beacon of the world; parallel with the
building of a huge military industrial complex while using their _de facto_ Public "U.S.
citizens" to work in cartel-capitalist corporations in order to finance and fight the
wars of the American Empire. These international crusades, directed by the Society
of Jesus would be fought for the benefit of the Roman papacy in restoring the
Temporal/Political Power of the pope over the governments of all nations while
subsequently militarizing those conquered nations.

37. The global reach of this was effectuated by the corporatization of all nations during
the 20th century, the placement of all such corporations into similar bankruptcy, the
requirement to then pledge their central banks (and hence their bonding capacities
of their people, property and land) to the centralized monetary system of the IMF,
World Bank and Bank of International Settlements, and chartering such corporate
national characters by and through the third of the triple crown city-state
sovereignties, Washington District of Columbia (along with the City of London and
Vatican City), so that ultimately all were bound and bonded to the global debt
machine of the Federal Reserve and the global monetary system.

38. With the change of the _de jure_ constitutional jurisdiction of the "United States"
(with its Common Law civilian due process and procedure secured by the Fifth
Amendment, the Seventh Amendment and section 1 of the Fourteenth Amendment)
to a _de facto_, extra-constitutional, Roman Civil Law jurisdiction of the "United



## BRIEF IN SUPPORT OF NOTICE AND
## DECLARATION OF STATUS

States" (established by an amended World War I statute (1933), a Presidential Proclamation (1933) and the subsequent abolition of Common Law rights and Common Law civilian due process by the Supreme Court (1938)), an alien and foreign martial due process would be adopted by the federal and state courts fitted for the new *de facto* Public "U.S. citizens" living in the states deemed *de facto* "conquered territories."

39. The overlay of rules to control this were the Lieber Code (1863), international treaties at the Hague defining the nature of a belligerent (1899) and the nature of military occupation (1907), and finally the Trading With the Enemy Act and the Emergency Banking Relief Act.

40. Since these *de facto* Public "U.S. citizens" are in form Roman citizens through the above outlined hierarchy of design and control, and since these *de facto* "conquered territories" are in both form and substance Roman provinces under military rule (directed of course by and through the Empire State of STATE OF NEW YORK), it is only fitting that the Roman/Public "U.S. citizens" should be criminally and civilly subjected to a martial process imposed by their constitutionally-created civilian courts.

41. This *de facto* martial process, if unchallenged by prima facie evidence proving the accused to be a Private American National (Citizen of the United States, *de jure*) and not a Roman Public "U.S. citizen," would confer, in substance, martial *in personam* jurisdiction and in effect in rem jurisdiction based on the fact that the civil/martial courts are acting upon the living being as nothing more than bonded surety for the corporate PERSON, treated and acted upon as nothing more than property and franchises of the United States (supra., Wheeling Steel Corp. v. Fox). With this absolutist judicial jurisdiction limited only by decisions of the Supreme Court, the federal courts are in fact, form and substance territorial courts of the Conqueror, and judicial officers nothing more than field officers of a military conquering force working for the unchallengeable pension as guaranteed by section four of the fourteenth amendment, and earning bonuses in the form of bounties for services in suppressing insurrection and rebellion of the unsuspecting "conquered" people.

42. These Emergency War Powers Courts (acting as well under Administrative Procedures Acts, State and Federal, in the ongoing administration of the bankrupt debtor in possession), daily enforce the sovereign will of the *de facto* Emergency War Powers Congress, while sitting in special "Roman Equity" jurisdiction, substantially martial equity, operating upon legal fiction juristic persons, vessels in commerce, certificated receipt for the warehousing of living beings as nothing more than collateralized debt slaves.

43. Underlying all of this public debt securitized system, are the underlying ancestral estates that hold the substantive life force of all living men and women, who are presumed to be "lost at sea" under the waters of the sea of commerce. By technical, esoteric, and blatantly false presumptions, the Roman Conqueror in all of this, presumes to operate in the realm of the dead, where living beings cannot be seen or heard, but must be compelled to appear like ghost apparitions into this maritime/martial courts, floating in "ghost ships" that have been boarded under Letters of Marque and Reprisal (BAR card esquires as captains of legal ships of state empowered to legal piracy), arrested by field soldiers so that maritime insurance adjusters can determine what prize and booty is held in such ships, bringing such onto the deck of the military authorities admiralty court to be stripped of all

 COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015   AT   12:12   M
BPA BOOK ___42___ PAGES 723
DEPUTY CLERK

## BRIEF IN SUPPORT OF NOTICE AND
## DECLARATION OF STATUS

property, capacity and dignity, and thrown overboard when the deeds of legal piracy are complete.

44. Yet, the still extant and operative aforementioned Cestui Que Vie Act of 1666, enacted on the charred ashes of London town, soon to rise like a Phoenix as the City of London, provides for a man [woman] (cestui que) who has been presumed dead and lost at sea, to return with proof of life and claim his [her] estate, and claim as reversionary interests all that remains after settling the waters of commerce and attached claims and liabilities, and there after stand whole, solvent, free of impairments, and cognized as a private, living, American National, with full standing, status and capacities to stand on the free dry soil of his [her] native land.

45. Further, the issuance of a presumed security receipt by the usufructuary occupying military foreign power "Certificate of Live Birth" was clearly and deliberately patterned after the Roman Catholic "Certificate of Baptism" creating Vatican City-state citizenship. The American "Certificate of Live Birth"—by operation of law—is the trust indenture to alter *de jure* Private American National Status to *de facto* Public "U.S. citizen" status, and the acceptance thereof by action of application for Social Security Number, Driver's License (driver in interstate commerce adhesion) and any and all forms of surety attachments, creates a trustee relationship for the shouldering or pledge of death (mortgage) bondage without any disclosure of material facts.

46. With this presumption such a contract bonded upon every individual Public U.S. citizen/person (holding the living being's Private American National Status as Property and Surety), every court legally sits in martial, Roman Equity (in which the forms of Law and Equity have been merged via the judicature acts and federal rules of civil procedure) enforcing the statutes of an Emergency War Powers Congress. This *de facto* status enables and obligates all federal and state courts to sit in Roman Equity thereby fulfilling the grand design of the Society of Jesus in subverting the Common Law jurisdiction of the United States by rendering ineffective the constitutional status of *de jure* Private American National Citizens of the United States.

47. This insidious design, implemented over five hundred years against the Constitutional, Common Law liberties of the Private American National (Citizens of the United States), was set forth by one of the Order's Masonic Temporal Coadjutors, Sir Henry Sumner Maine, Regis Professor of the Civil Law in the University of Cambridge, England. In his *Ancient Law: Its Connection with the Early History of Society, and its Relation to Modern Ideas* (1864), Maine sets forth his three-part plan that, after its imposition, overthrew limited American government born out of the Protestant Reformation (1517-1648) and the First American Great Awakening (1735-1750).

48. That "unholy trinity" was first the creation of a Legal Fiction, after which the imposition of judicial/maritime/civil/martial Equity (merged with law as civil procedure) after the overthrow of American Common Law, then opening the door to congressional/parliamentary, unlimited Legislation. (The philosophic parallel to this formula is "Substance, Mode and Circumstance.") The legal foundation and substance for this *de facto* overthrow of the limited, constitutional, *de jure* Perpetual Union of States (United) is the Legal Fiction. That Legal Fiction, legally imposed by silent consent of each Private American National, was the public filing of a Certificate of Live Birth, the Baptismal Certificate of every federally created, Public "U.S. citizen."

COPY

## BRIEF IN SUPPORT OF NOTICE AND
## DECLARATION OF STATUS

49. Hence, every Private American National Citizen became subordinate Surety for and the held (military usufructuary) Property of his alter ego, the juristic public "U.S. citizen." As of March 6, 1933, all Public "U.S. citizens" —with their Surety/Property, Private American National Citizens—were seized as booty of war by President Franklin Roosevelt's martial, emergency war powers Proclamation 2039 which effectively overthrew the Sovereignty of the People of The United States of America, Union of (States United), reducing them to the status of mere franchises and property of Rome's *de facto* military government sitting in Washington, D.C., to be treated as "rebels, insurgents and belligerents", living in the fifty states deemed by the Conqueror/Commander in chief to be merely "occupied territories," the STATE OF governors ruling their *de facto* military governments in subordination to Washington, District of Columbia.

50. The legal fiction would be the presumption of fact that each individual Private American National was in contract with and enfranchised by the state of his natural birth, thereby altering his constitutional, *de jure* Private American National Citizenship conferred at birth into a statutory, *de facto* Public Federal "U.S. citizenship" upon the public filing of a unilateral contract, which change in status would enable and obligate the Emergency War Powers courts to dispose of his matter, federal or state, criminal or civil.

51. But all of this cannot be lawfully or constitutionally sound without providing a remedy, which is the unalienable right to timely and properly object, and to change one's status based on the historical and legal record as presented herein, which choice this living being has taken by proactive and volitional steps ("Equity aids the vigilant, not those who slumber on their rights").

52. By claiming and holding such perfected status, and providing for the settlement of any and all claims and liabilities attached (via the public franchise) to the underlying estate, the status of said being is effectively and permanently corrected. Such a process is purely one of equity and can only be accessed by and through a Court of Equity sitting in Special Term and proceeding exclusively within English/American Equity Jurisprudence and under the Maxims of Equity that provides, inter alia that:

53. "Equity will not allow a statute to be used as a cloak for fraud."

54. Further, for the proper and equitable settlement of all such attachments, claims and liabilities to the public juristic person that the undersigned living man has now separated from with proper steps of severance of surety status, rescission of adhesion contracts and licenses, and expression of various private trusts for the purposes that suit a living being, only a proper forum as a Court of Equity sitting in Special Term and proceeding exclusively within English/American Equity Jurisprudence and under the Maxims of Equity can provide such equitable relief and avoid any travesties of true justice, as so eloquently stated in the following two citations from a recognized paramount authority, to wit:

> "...to adjudicate upon, maintain, enforce, or protect purely equitable primary rights, interests, or estates do not at all depend upon any insufficiency or inadequacy of legal methods and remedies, but solely upon the fact that **these primary rights, interests, or estates are wholly equitable**, are not recognized by the law **nor cognizable by the courts of law**, and there is therefore no other mode of maintaining and enforcing them except by the courts of equity. Wherever the complaining party has purely equitable primary rights, interests, or



COPY

## BRIEF IN SUPPORT OF NOTICE AND
## DECLARATION OF STATUS

estates according to the doctrines and principles of the equity jurisprudence, **courts having equitable powers do and must exercise their exclusive jurisdiction over the case**, entirely irrespective of the adequacy or inadequacy of legal remedies, for the plain and sufficient reason that the litigant party cannot possibly obtain any legal remedies under the circumstances; **the courts of law do not recognize his rights, and cannot adjudicate upon nor protect his interests and estates.**"

Pomeroy's Equity Jurisprudence, Section 219, Page 302

"**Equity** does not create rights which the common law denies; but it **gives effectual redress for the infringement of existing rights**, where, by reason of the special circumstances of the case, the **redress at law would be inadequate**."

Pomeroy, Section 132, Page 151, footnote 2:
See Adams' Equity, Introduction, p.9, 6th American Edition.

55. Therefore, it is an absolute unimpeachable fact of the matter that the undersigned, a living being standing as a Private American National, has proven her life, has returned from the ghostly presumption of being lost at sea and presumed/acted upon as dead, and has claimed her estate, and can only obtain equitable relief in a proper Court in Equity, as per above, based on her Declaration of Status.

**WITNESS MY HAND AND SEAL APPLIED HERETO:**

_ _ _ _rebecca ann_ _ _ _ _
Autograph/Seal of Living Woman

**rebecca ann, House of Watsabaugh**

*   *   *   *   *   *   *   *

