LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERKS OFFICE
_____
BFA BOOK _____ 42 _____ PAGES 791
DEPUTY CLERK

DISTRICT OF WYOMING

2015 MAR 12 PM 1:05

TIM J. ELLIS, CLERK

BY_____
DEPUTY CLERK



## Notice Acknowledgement and Acceptance of Deed
## Without Consideration
### *Nunc Pro Tunc Ab Initio*

**TO:**   STATE OF MICHIGAN, grantor/issuer/transferor/assignor
   UNITED STATES OF AMERICA, grantor/issuer/transferor/assignor

**IN RE:**   **REBECCA ANN HEWARD (WATSABAUGH)**, STATE OF MICHIGAN
   CERTIFICATE OF LIVE BIRTH STATE FILE NUMBER 121-1983-0050053

**FROM:**   Watsabaugh (Heward), rebecca ann, transferee/assignee/grantee, "Grantee"

BE IT KNOWN BY THESE PRESENTS to all persons and men worldwide, and to the Grantors:

I, the undersigned, **Watsabaugh, rebecca ann**, grantee/assignee/transferee herein, with intent and purpose, freewill act and deed, send notice of this my Acknowledgement of Deed *nunc pro tunc ab initio* without consideration of the above-referenced CERTIFICATE OF LIVE BIRTH REBECCA ANN HEWARD (WATSABAUGH) (see Exhibit 1.A attached herewith) under the terms of the deed, previously conveyed by a private contract conveyance to the REBECCA ANN WATSABAUGH TRUST and now to properly correct the record and pursuant to full plenary power and authority vested by and through a private minute order of said trust and trustees therein. Grantee orders that the record on file in a court of record be updated to show my acknowledgement and acceptance without consideration of said deed. This record replaces the previously filed said acknowledgements on record with any public record custodian.

Done under my hand and seal with intent, special purpose, freewill act and deed.

Rebecca Ann Watsabaugh, By:

*rebecca ann*_____

**Watsabaugh, rebecca ann**, Grantee, Inter Vivos
Private American National of the Nation Dejure of Wyoming
Specially and Privately residing in Exclusive Equity on the
Land of county of Teton, Authorized Representative for
"REBECCA ANN WATSABAUGH", All Rights Reserved

Use of public notary is for signature identification and acknowledgment only and does not imply or grant any jurisdiction or traversal into the public venue; the living woman who has applied her autograph as her living seal hereinabove has done so in her private capacity and not in any way as an adhesion to unrevealed contracts or compelled benefits. Use of Public Notary is strictly by restricted visitation with preservation of all Rights and Equitable Interests within the Maxims of Equity and Exclusive to American/English Jurisprudence.

State of WYOMING               )
                               )               **Jurat**
County of TETON                )

Subscribed and affirmed before me on this 18 day of Feb 2015 by Rebecca Ann Watsabaugh proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*Cynthia Ferrell*

Notary Public
My commission expires on 1-22-2017

CYNTHIA FERRELL
Notary Public
Teton County
Wyoming
My Commission Expires 1/22/2017

### Exhibit 1: Page 1 of 3

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
IN BA BOOK _____ 40 _____ PAGES 792
DEPUTY CLERK





## Release Without Consideration—*Nunc Pro Tunc*

**TO:** STATE OF MICHIGAN, Releasee/Obligor
STATE OF WYOMING, Releasee/Obligor
UNITED STATES OF AMERICA, Releasee/Obligor

**IN RE:** Public U.S. Citizen "REBECCA ANN WATSABAUGH," "REBECCA A. WATSABAUGH," "Rebecca Ann Watsabaugh," "Rebecca A. Watsabaugh" and any other orthographic derivatives

**FROM:** Watsabaugh, rebecca ann, *in personam,* and *in esse,* Releasor/Obligee

Resolved that *I,* Watsabaugh, rebecca ann, *in esse,* and *in personam,* of the age of majority, competent and able to release, and now coming with express intent and purpose, being duly affirmed, hereby depose, certify and declare:

a. That *I,* Watsabaugh, rebecca ann am no longer the **Surety** for the State-created, **Public U.S. Citizen** "REBECCA ANN WATSABAUGH," "REBECCA A. WATSABAUGH," "Rebecca Ann Watsabaugh," "Rebecca A. Watsabaugh," or any orthographic derivative of said commercial NAME and *nom de guerre* thereof;

b. That *I,* Watsabaugh, rebecca ann, expressly and irrevocably terminate the guardian/ward legal relation but reserve all personal property rights, legal and equitable by nature or by characteristic, granted or secured by The Constitution of the United States of America, The Constitution of the State of Wyoming, the historic fundamental rights of American Equity Jurisprudence under the principles and Maxims of Equity and trust law where *I* am without any adequate remedy at Law and "in all matters in which there is any conflict or variance between the rules of equity and the rules of common law with reference to the same matter, the rules of Equity shall prevail" (Judicature Act of 1873);

c. That *I,* Watsabaugh, rebecca ann previously a surety to a "U.S. citizen" and therefore a statutory resident of the STATE OF WYOMING, have returned to my former **natural born American National** status conferred at my **natural birth** on June 21, 1983, that status being a **private individual** American National and defined in *Hale v. Henkel*, 201 US 43, 74 (1906) and *Selective Draft Law Cases*, 245 U.S. 366, 389 (1918);

d. KNOW ALL MEN BY THESE PRESENTS, That *I,* Watsabaugh, rebecca ann, do absolutely and irrevocably release and disclaim *Nunc Pro Tunc Ab Initio* all personal property interests, legal and equitable, in the **Public U.S. Citizen** "REBECCA ANN WATSABAUGH" created by the STATE OF MICHIGAN and the UNITED STATES OF AMERICA (severally and jointly hereinafter referred to as RELEASEES) on June 29, 1983, upon the public filing of a "CERTIFICATE OF LIVE BIRTH" (Exhibit A);

e. That *I,* Watsabaugh, rebecca ann, absolutely release and disclaim said property interests so as to limit the RELEASEES in whose favor said property interests would otherwise be exercisable, hereby discharging said RELEASEES of all duties and obligations relating to said interests;

f. That *I,* Watsabaugh, rebecca ann, upon returning to my former status defined above, intend to be identified as a beneficial member of the **Posterity** for whom the Bill of Rights and the Constitution for the United States of America was ordained and established as intended and declared in its Preamble by its sovereign creator, "We the People of the United States;"

g. That *I,* Watsabaugh, rebecca ann, reserve all personal and property rights, legal and equitable by nature, granted or secured by the Constitution for the United States of America, The Constitution of the State of Wyoming, and the historic American Equity

**Exhibit 1: Page 2 of 3**



LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 2 5 2015
BPA BOOK ___42___ PAGES 793
DEPUTY CLERK

Jurisprudence and intend to be legally bound by this Release executed and delivered in accordance with the spirit and intent of the Maxims of the Law of Contract and the Maxims of Equity;

h.  That *I*, Watsabaugh, rebecca ann, in returning to my former status defined above upon the filing of this Release with a third party public office and no longer deemed a "rebel, belligerent or enemy" of the UNITED STATES OF AMERICA during its permanent state of "temporary" national emergency and war, expressly intend to claim a purely beneficial interest by nature to all property, including "money," for the use and enjoyment of the **Protective/Spendthrift trust** established by Congress with the consent of President Woodrow Wilson on October 6, 1917, for an "**enemy**" of the United States, (the elements of which trust are articulated in the "Trading With the Enemy Act" (henceforth "the Act" amended by the "Emergency Banking Relief Act" on March 9, 1933, **the Act** subsequently applying to "any person within the United States" . . . "subject to the jurisdiction thereof"), said **Protective/Spendthrift trust** being under the care of the President as Commander in Chief, with the powers of the former Alien Property Custodian presently vested in and exercised by the Secretary of the Treasury or the United States Attorney General.

   *Maxim: "Equity regards as done that which ought to have been done."*

The public filing of this Release renders null and void any previous Release filed with any state-created public office serving as a third party custodian record keeper.

Rebecca Ann Watsabaugh, By:

_rebecca ann_

**Watsabaugh, rebecca ann**, Grantee, Grantor/Settlor, Inter Vivos Private American National of the Nation Dejure of Wyoming Specially and Privately residing in Exclusive Equity on the Land of county of Teton, Authorized Representative for "REBECCA ANN WATSABAUGH", All Rights Reserved, Without Prejudice, Without Recourse

Use of public notary is for signature identification and acknowledgment only and does not imply or grant any jurisdiction or traversal into the public venue; the living woman who has applied her autograph as her living seal hereinabove has done so in his private capacity and not in any way as an adhesion to unrevealed contracts or compelled benefits. Use of Public Notary is strictly by restricted visitation with preservation of all Rights and Equitable Interests within the Maxims of Equity and Exclusive to American/English Jurisprudence.

State of WYOMING )
                 )                    **Jurat**
County of TETON  )

Subscribed and affirmed before me on this 18 day of Feb 2015 by Rebecca Ann Watsabaugh proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Cynthia Ferrell

Notary Public
My commission expires on 1-22-2019

CYNTHIA FERRELL
Notary Public
Teton County
Wyoming
My Commission Expires 1/22/2019

**Exhibit 1: Page 3 of 3**

 COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED IN THIS OFFICE.
FEB 19 2015   AT   12:12 P M
BPA BOOK _____ 42 _____ PAGES 794

DEPUTY CLERK

# Exhibit 1.A, Copy of Authenticated Birth Certificate

 COPY

Exhibit 1.A



# United States of America



LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015    AT 12:12 P M
BPA BOOK _____42_____ PAGES 735
DEPUTY CLERK _____

## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Michigan, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this second day of January, 2015.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____
                                    Secretary of State
By_____

Assistant Authentication Officer,
Department of State

 COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERKS OFFICE
FEB 19 2015   AT   12:12 P M
BPA BOOK _____ 42 ____ PAGES 196
DEPUTY CLERK

# State of Michigan



## DEPARTMENT OF STATE

## STATE REGISTRAR CERTIFICATION

*I, Ruth Johnson, Secretary of State of the State of Michigan and custodian of the Great Seal of the State, hereby certify that, Glenn Copeland, whose attestation is affixed to the annexed instrument, was on the date thereof the duly elected or appointed and qualified State Registrar and all official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.*



*IN TESTIMONY WHEREOF, I have hereto affixed my signature and Great Seal of the State, at Lansing, this 24th day of January in the year of our Lord two thousand and fourteen.*

*Ruth A. Johnson*

*Secretary of State*

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.

**122184-1-350433-OGS**

 COPY

STATE OF MICHIGAN

FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015 AT 12:12
BPA BOOK    42    PAGES
DEPUTY CLERK



**STATE OF MICHIGAN**
DEPARTMENT OF COMMUNITY HEALTH

**CERTIFICATE OF LIVE BIRTH**

881

121 - 0050053
State File Number

| 1. CHILD'S NAME (First, Middle, Last, Suffix) | | | | | |
|---|---|---|---|---|---|
| Rebecca   Ann   Heward | | | | | |

| 2. SEX | 3a. PLURALITY - Single, Twin, Triplet, etc. (Specify) | 3b. IF NOT SINGLE BIRTH - First, Second, Third, etc. (Specify) | 4a. DATE OF BIRTH (Month, Day, Year) | 4b. TIME OF BIRTH |
|---|---|---|---|---|
| Female | Single | | June 21, 1983 | 3:46 pm |

| 5a. CHILD'S BIRTHPLACE (Hospital or Address if other) | 5b. COUNTY |
|---|---|
| Northern Mich. Hospitals,LTD, Petoskey | Emmet |

| 6a. MOTHER'S CURRENT LEGAL NAME (First, Middle, Last) | 6b. MOTHER'S FULL NAME BEFORE FIRST MARRIED (First, Middle, Last) |
|---|---|
| Sylvia S. Heward | Sylvia Susan Remus |

| 7a. STATE OF BIRTH - Name Country if not USA | 7b. DATE OF BIRTH OR AGE | 7e. COUNTY OF RESIDENCE | 7g. STATE OF RESIDENCE |
|---|---|---|---|
| Germany | 26 | Emmet | Michigan |

| 8a. FATHER'S CURRENT LEGAL NAME (First, Middle, Last) | 8b. STATE OF BIRTH - Name Country if not USA | 8c. DATE OF BIRTH OR AGE |
|---|---|---|
| Jeffrey Paul Heward | Michigan | 29 |

| 9a. REGISTRAR'S SIGNATURE | 9b. DATE FILED BY LOCAL REGISTRAR - (Month, Day, Year) |
|---|---|
| \\S\\ June M. Lescher, Deputy | June 29, 1983 |



I hereby certify that the above is a true and correct representation of the birth facts on file with the State of Michigan, issued from the Michigan Centralized Birth Certification System.

Certified by: 

Glenn Copeland
State Registrar

Date Issued: **November 18, 2013**
AFS:   2614014

☎ 20185762

DCH-0880/8(13) Authority: MCL 333.2882

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED







### Rescission of Signatures of Suretyship

#### *Nunc Pro Tunc Ab Initio*

Accordingly, I, **Watsabaugh, rebecca ann,** *in esse* and *sui juris,* being duly sworn, depose and declare that:

I, **Watsabaugh, rebecca ann** hereby rescind and revoke *Nunc Pro Tunc Ab Initio* every signature of suretyship, **public and private,** ever provided by Affiant on behalf of MICHIGAN corporate sole/artificial person/statutory Public U.S. citizen "REBECCA ANN WATSABAUGH," created on June 29, 1983;

This **Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio* extends to every **public** government contract be it federal, state, county, municipal, metropolitan and/or city. This rescission and revocation of **public** signatures of suretyship includes, but is not limited to, the initial application (SS-5) for a social security number/taxpayer identification number; every individual and/or corporate tax return ever filed, be it federal, state, county and/or city; every application for a marriage license as well as every marriage license; every court document ever signed in any legal action, civil and/or criminal; every application for an individual driver's license, federal and/or state, as well as every driver's license, federal and/or state; every application for a United States passport as well as every issued United States passport; every application for voter registration as well as every voter registration card; and every other **public** government contract, known and unknown, evidencing a **signature of suretyship,** every signature now being a **signature of agency** *Nunc Pro Tunc Ab Initio*;

This **Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio* extends to every **private** business contract. This rescission and revocation of **private** signatures of suretyship includes, but is not limited to, every application for a bank account, individual and business; every application for any form of insurance, including life insurance, motor vehicle insurance, business insurance, and home insurance; and every other application involved in any **private** business endeavor and/or **private** investment evidencing a **signature of suretyship,** every signature now being a **signature of agency** *Nunc Pro Tunc Ab Initio*;

All above referenced public and private rescissions of signatures of suretyship also apply to and include every and all signatures applied by any other public person in any office or position of and holding power(s) of attorney, whether explicit, granted or implicitly taken, whether by my natural or legal guardians and parents while acting in such position before I attained majority age.

The record of rebecca ann's previous rescissions includes, but is not limited to the following Documents included by reference herein:

**Exhibit 2: Page 1 of 2**


COPY

FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015
BPA BOOK _____ 42 PAGES 199
DEPUTY CLERK

**Recorded in Lamar County, Georgia Superior Court**
- Voter Registration Cover to Max Maxfield Wyoming SOS Recorded in BPA Book 33 Page 738 Rescission BPA Book 33 Page 739 (Recorded July 2, 2014 @ 9:47 a.m.)
- Voter Registration Cover to Sherry Diagle Teton County Clerk Recorded in Book 33 Page 740 Rescission BPA Book 33 Page 741 (Recorded July 2, 2014 @ 9:47 a.m.)
- Marriage License Cover to Max Maxfield Wyoming SOS Recorded in BPA Book 33 Page 742 Rescission BPA Book 33 Page 743 (Recorded July 2, 2014 @ 9:47 a.m.)
- Drivers License Cover to John Cox Wyoming DOT Director Recorded in BPA Book 33 Page 744 Rescission BPA Book 33 Page 745 (Recorded July 2, 2014 @ 9:47 a.m.)

**Recorded in Teton County, Wyoming**
- Registered Agent Doc number 0867853 Book 877 Page 757-761 (Filed September 24, 2014)
- Revocation of Election Doc number 0861986 Book 871 Page 754-763 (Filed June 27, 2014)
- Revocation of all Powers of Attorney Doc number 0865308 Book 874 Page 1136-1141 (Filed August 15, 2014)

The securities created by said signatures are still legal in nature and now property of the REBECCA ANN WATSABAUGH Private Business Trust with the intent of legal title to be held by the Trustee.

This **Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*** is retroactive to the date of June 29, 1983, the date of the public filing and registration of the public PERSON/U.S citizen's Certificate of Live Birth in the STATE OF MICHIGAN, COUNTY of EMMET.

> ***Maxim: "Equity regards as done that***
> ***Which ought to have been done."***

Further Affiant Sayeth Not.

Rebecca Ann Watsabaugh, By:

_~rebecca ann~_

**Watsabaugh, rebecca ann**, Inter Vivos
Private American National of the Nation Dejure of Wyoming
Specially and Privately residing in Exclusive Equity on the
Land of county of Teton, Authorized Representative for
"REBECCA ANN WATSABAUGH", All Rights Reserved

Use of public notary is for signature identification and acknowledgment only and does not imply or grant any jurisdiction or traversal into the public venue; the living woman who has applied her autograph as her living seal hereinabove has done so in her private capacity and not in any way as an adhesion to unrevealed contracts or compelled benefits. Use of Public Notary is strictly by restricted visitation with preservation of all Rights and Equitable Interests within the Maxims of Equity and Exclusive to American/English Jurisprudence.

State of WYOMING              )
                              )              **Jurat**
County of TETON              )

Subscribed and affirmed before me on this 18 day of Feb 2015 by Rebecca Ann Watsabaugh proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Cynthia Ferrell_

Notary Public
My commission expires on 1-22-2019

CYNTHIA FERRELL
Notary Public
Teton County
Wyoming
My Commission Expires 1/22/2019

Exhibit 2: Page 2 of 2

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015   12:12 PM
BK BOOK 42 PAGES 800






## Affidavit of Truth
### Proper Name of "Watsabaugh, rebecca ann"

I, **Watsabaugh, rebecca ann**, *in esse* and *sui juris*, solemnly affirm, depose and declare that I was naturally born on the Twenty-first day of June in the Year of our Lord Nineteen hundred Eighty-three (June 21, 1983). On that day my natural, and legal parents, **Heward, Jeffrey Paul** and **(Remus) Heward, Sylvia Susan**, gave me the name of "**rebecca ann**" and I Inherited the family name of "**Heward**", later joining in Union with the family of "**Watsabaugh.**"

I, **Watsabaugh, rebecca ann** am neither a member of the United States Armed Forces, nor am I a rebel or belligerent publicly residing in an occupied territory under rule of a martial conqueror/commander in chief. Therefore, I am not "**REBECCA ANN WATSABAUGH,**" "**REBECCA A. WATSABAUGH,**" "**Rebecca A. Watsabaugh,**" or any derivation of said name of war/*nom de guerre*.

I am a living woman with the name **rebecca ann, of the house of Watsabaugh**, Watsabaugh, **rebecca ann, AKA rebecca ann.**

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

Rebecca Ann Watsabaugh, By:

_ _ _rebecca ann_ _ _ _ _ _ _
**Watsabaugh, rebecca ann**, Inter Viv
Private American National of the Nation Dejure of Wyoming
Specially and Privately residing in Exclusive Equity on the
Land of county of Teton, Authorized Representative for
"REBECCA ANN WATSABAUGH", All Rights Reserved

Use of public notary is for signature identification and acknowledgment only and does not imply or grant any jurisdiction or traversal into the public venue; the living woman who has applied her autograph as her living seal hereinabove has done so in her private capacity and not in any way as an adhesion to unrevealed contracts or compelled benefits. Use of Public Notary is strictly by restricted visitation with preservation of all Rights and Equitable Interests within the Maxims of Equity and Exclusive to American/English Jurisprudence.

State of ___WYOMING___ )

)                    **Jurat**

County of ___TETON___ )

Subscribed and affirmed before me on this __18__ day of __Feb__ 2015 by Rebecca Ann Watsabaugh, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Cynthia Ferrell_ ___

CYNTHIA FERRELL
Notary Public
Teton County
Wyoming
My Commission Expires 1/22/2019

Notary Public

My commission expires on __1-22-2019__

COPY

---
Exhibit 3 Page 1 of 1





## Affidavit of Truth
### Court Reporter's Transcript of Proceedings

I, **Watsabaugh, rebecca ann**, *in esse* and *sui juris*, solemnly affirm, depose and declare that: The attached eight (**8**) page "**Reporter's Transcript of Proceedings**" as recorded by Official Court Reporter Beverly A. Casares for the United States District Court for the Central District of California, the Honorable John G. Davies presiding, March 21, 1994, Los Angeles, California, is a full, complete, true and correct copy of a certified copy of the original court transcript.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015 AT 12:12 PM
BPA BOOK _____ 42 _____ PAGES ____
DEPUTY CLERK

Rebecca Ann Watsabaugh, By:

_ _ _ *rebecca ann* _ _ _ _ _ _ _ _
**Watsabaugh, rebecca ann, Inter Vi**
Private American National of the Nation Dejure of Wyoming
Specially and Privately residing in Exclusive Equity on the
Land of county of Teton, Authorized Representative for
"REBECCA ANN WATSABAUGH", All Rights Reserved

Use of public notary is for signature identification and acknowledgment only and does not imply or grant any jurisdiction or traversal into the public venue; the living woman who has applied her autograph as her living seal hereinabove has done so in her private capacity and not in any way as an adhesion to unrevealed contracts or compelled benefits. Use of Public Notary is strictly by restricted visitation with preservation of all Rights and Equitable Interests within the Maxims of Equity and Exclusive to American/English Jurisprudence.

State of WYOMING )
 )                                **Jurat**
County of TETON )

Subscribed and affirmed before me on this 18 day of Feb 2015 by Rebecca Ann Watsabaugh proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Cynthia Ferrell

Notary Public
My commission expires on 1-22-2019

CYNTHIA FERRELL
Notary Public
Teton County
Wyoming
My Commission Expires 1/22/2019

COPY

**Exhibit 4**

LA COUNTY Co-Op Acct
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015 AT 12:12 M
BPA BOOK ___42___ PAGES 302
DEPUTY CLERK

NORA M. MANELLA
United States Attorney
MASON C. LEWIS
Assistant United States Attorney
Chief, Tax Division
GREGORY A. ROTH
Assistant United States Attorney
Room 3115, Federal Building
300 North Los Angeles Street
Los Angeles, CA  90012
Telephone:  (213) 894-2576
Facsimile:  (213) 894-0115

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CV 94 ███ |
| | ) |
| Petitioner, | ) [PROPOSED] |
| | ) ORDER TO SHOW CAUSE |
| vs. | ) |
| | ) |
| RANDY L. O█████R, | ) |
| | ) |
| Respondent. | ) |

Upon the Petition and supporting Memorandum of Points and Authorities and Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject summonses.  *See* United States v. Powell, 379 U.S. 48, 58, 85 S.Ct. 248, 13 L.Ed. 2d 112 (1964). *See also* United States v. Samuels, Kramer and Co., 712 F.2d 1342, 1344-45 (9th Cir. 1983) (the Government's *prima facie* case is typically made through the sworn declarations of the I.R.S. agent who issued the summons).

///

///

FILED

FEB 15 1994

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

29

1 of 8



COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015  AT  12:12 P  M
BPA BOOK _____ 42 _____ PAGES 800
DEPUTY CLERK

Therefore, IT IS ORDERED that Respondent appear before this

District Court of the United States for the Central District of

California, in Courtroom No. 990 .

☐   United States Court House
    312 North Spring Street, Los Angeles, California, 90012

☑   Roybal Federal Building
    255 E. Temple Street, Los Angeles, California, 90012

on March 21 _____ , 1994, at 1:30 P.M. , and show cause

why testimony and production of books, records, papers and other

data demanded in the subject Internal Revenue Service summonses

should not be compelled.

    IT IS FURTHER ORDERED that copies of this Order, the

Petition, Memorandum of Points and Authorities, and accompanying

Declaration be served promptly upon Respondent by any employee of

the Internal Revenue Service by personal delivery or by certified

mail.

    IT IS FURTHER ORDERED that within ten (10) days after

service upon the Respondent of the herein described documents,

Respondent shall file and serve a written response, (super juris) supported by

appropriate sworn statements, as well as any desired motions.

If, prior to the return date of this Order, Respondent files a

response with the Court stating that Respondent does not desire

to oppose the relief sought in the Petition, nor wish to make an

appearance, then the appearance of Respondent at any hearing

pursuant to this Order to Show Cause is excused, and Respondent

shall be deemed to have complied with the requirements of this

Order.

///

///

2 of 8

30

☐ COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 1 9 2015 AT 12:12 P M
BPA BOOK _____ 42 _____ PAGES 804
_____
DEPUTY CLERK

1    IT IS FURTHER ORDERED that all motions and issues raised by

2  the pleadings will be considered on the return date of this

3  Order.   Only those issues raised by motion or brought into

4  controversy by the responsive pleadings and supported by sworn

5  statements filed within ten (10) days after service of the herein

6  described documents will be considered by the Court.   All

7  allegations in the Petition not contested by such responsive

8  pleadings or by sworn statements will be deemed admitted.

9

10  DATED:  This __15th__ day of __FEBRUARY_____, 1994.

11

12                          _____

13                          UNITED STATES DISTRICT JUDGE

14  Presented By:

15  NORA M. MANELLA
   United States Attorney
16  MASON C. LEWIS
   Assistant United States Attorney
17  Chief, Tax Division

18  _____

19  GREGORY A. ROTH
   Assistant United States Attorney

20
   Attorneys for Petitioner,
21  United States of America

22

23

24

25

26

27

28

3

*3 of 8*

*31*

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015  AT  12:12 P M
BPA BOOK    42    PAGES 805
DEPUTY CLERK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

HONORABLE JOHN G. DAVIES, JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA )
                         )
         Plaintiff(s)    )
                         )
         vs.             ) NO. CV-94 ███ -JGD
                         )
RANDY L. O██████████R    )
         Defendant(s)    )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Monday, March 21, 1994

BEVERLY A. CASARES  CSR# 8630
Official Court Reporter
312 North Spring Street
Room 440
Los Angeles, California 90012
(213) 617-2305

32

BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

4 of 9

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 1 9 2015 AT 12:12 P M
BPA BOOK ___42___ PAGES ___
DEPUTY CLERK

```
 1    APPEARANCES:

 2

 3    FOR PLAINTIFF(S)          GREGORY A. ROTH
                                312 N. Spring Street
                                Los Angeles, California 90012
 4                              (213) 894-2410

 5

 6    FOR DEFENDANT(S)          RANDY L. O██████████R

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

33

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015 AT 12:12 PM
BPA BOOK ____42____ PAGES 801
DEPUTY CLERK

1       LOS ANGELES, CALIFORNIA: MONDAY, MARCH 21, 1994

2                         1:30 P.M.

3           THE CLERK:  Item number 6, case number CV-94____,

4    United States of America versus Randy L. O_____r.

5           MR. ROTH:  Good afternoon, your Honor, Assistant

6    U.S. Attorney Gregory Roth appearing on behalf of the

7    United States, and its agency the Internal Revenue

8    Service.

9           THE COURT:  Is there any opposition?

10          MR. O_____R:  For the record.

11          THE COURT:  Yes.

12          MR. O_____R:  My Christian name is Randy Lee and

13   my family name is O_____r.

14          THE COURT:  All right.

15          MR. O_____R:  That is spelled capital R, lower

16   case, a-n-d-y, capital L, lower case e-e, capital O, lower

17   case _____-r.

18          I have responded to this petition, because it was

19   found on the door of the place where I take up

20   housekeeping, and attempts to create a colorable persona

21   under colorable law by the name of capital R-A-N-D-Y L

22   period, O-_____-R.  The artifice being used

23   here to deceive this Honorable Court must be abated as a

24   Public Nuisance.

25          For the record Randy Lee and Jesus the Christ

     BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

                         6 of 8                        34

                                              COPY

CLARK COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015 AT 12:12 PM
BPA BOOK _____ 42 _____ PAGES _____
_____
DEPUTY CLERK

1    Advocate and Wonderful Counselor are using the Right of

2    Visitation to exercise the Ministerial Powers to be heard

3    on this matter.

4         I, Randy Lee an a native Californian and a Man on

5    the Land in Los Angeles County, not a resident in the

6    Federal Judicial District in the Central District of

7    California.

8         My Colors and Authority is the California Bear Flag

9    with the Gold Star.  My Law is My Family Bible.  And my

10   Status is shown by the Seal of the People.

11        I am who I say I am, not who the U.S. Attorney says

12   I am.  Further I sayeth not and I stand mute.

13        THE COURT:  All right.  Please take your things off

14   of the podium and sit down at your table.  Mr. Roth, do

15   you have any response to this alleged case of mistaken

16   identity.

17        MR. ROTH:  Well, your Honor, Mr. O_____r seems

18   to think tha' if you spell your name in upper and lower

19   case, it relieves him of compliance.

20        THE COURT:  Thank you, Mr. Roth.  Please call the

21   next case Clerk.

22             (Proceedings concluded.)

23

24

25

     BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

                           35

                    □ COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015 AT 12:12 P M
BPA BOOK _____ 42 _____ PAGES 809
DEPUTY CLERK

```
 1              C E R T I F I C A T E

 2

 3

 4          I hereby certify that the foregoing

 5   matter entitled UNITED STATES OF AMERICA versus RANDY L.

 6   O████████R No. CV-94████-JGD is transcribed from the

 7   stenographic notes taken by me and is a true and accurate

 8   transcription of the same.

 9

10

11

12

13   _____        ___3/25/94___
     BEVERLY A. CASARES CSR# 8630       DATED:
14   Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25                                              36

     BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORT
                          B & A
```



COPY





## Notice of Private Trust Arrangement

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERKS OFFICE
FEB 19 2015 AT 12:21 PM
BPA BOOK _____ 42 ____ PAGES 510
DEPUTY CLERK

This is Actual and Constructive Notice
Of a Special and Private Trust Arrangement
Established by A Private American National of the Dejure United of states,
**Watsabaugh, rebecca ann**, Grantor/Settlor,
The Indenture Governing the Special use of Private Business Trust
"REBECCA ANN WATSABAUGH"
is Special, Private and Proprietary.

This arrangement is to be governed by the Maxims of Equity uniquely cognizable
exclusively in a Federal District Court of Exclusive Equity in Special Term.

*Maxim: "Equity regards as done that which ought to have been done."*

Done under my hand and seal with intent, special purpose, freewill act and deed.

Rebecca Ann Watsabaugh, By:

_____ rebecca ann _____
**Watsabaugh, rebecca ann**, Inter V
Private American National of the Nation Dejure of Wyoming
Specially and Privately residing in Exclusive Equity on the
Land of county of Teton, Authorized Representative for
"REBECCA ANN WATSABAUGH", All Rights Reserved

---

Use of public notary is for signature identification and acknowledgment only and does not imply or grant any jurisdiction or traversal into the public venue; the living woman who has applied her autograph as her living seal hereinabove has done so in her private capacity and not in any way as an adhesion to unrevealed contracts or compelled benefits. Use of Public Notary is strictly by restricted visitation with preservation of all Rights and Equitable Interests within the Maxims of Equity and Exclusive to American/English Jurisprudence.

State of WYOMING                    )
                                    )                    **Jurat**
County of 1-22-2019                 )

Subscribed and affirmed before me on this 18 day of Feb 2015 by Rebecca Ann Watsabaugh proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Cynthia Ferrell
Notary Public
My commission expires on 1-22-2019

CYNTHIA FERRELL
Notary Public
Teton County
Wyoming
My Commission Expires 1-22-2019

**Exhibit 5; Page 1 of 1**

COPY

  

## Affidavit of Exemption From Withholding
### Concerning Non-Taxpayer "REBECCA ANN WATSABAUGH"
### *Nunc Pro Tunc Ab Initio*

Accordingly, I, **Watsabaugh, rebecca ann,** (henceforth "Affiant") *in esse* and *sui juris*, being duly sworn, depose and declare that the following facts are true, correct, complete and certain to the best of my direct, first-hand knowledge and belief, being of majority age, of sound mind and body and competent to so declare do hereby state the following:

1. Affiant was naturally born in geographic state of the Union, The United States of America, in the state of Michigan, on a location within the city of Petoskey, on the Twenty First day of June, in the year Nineteen Hundred Eighty-three (June 21, 1983); and

2. Affiant, a natural person, became a *de jure,* natural born **Private American National** on the day of her natural birth June 21, 1983; and therefore,

3. Affiant, a natural person, became a *de jure*, natural born **Private American National of the Nation Dejure of Michigan** on the day of her natural birth, said National Status having been conferred by her bona fide, **Private Residency** in Exclusive Equity within the county of Emmet; and

4. Affiant, by operation of law, was pledged as **Property** for, wedded to and made **Surety** for, a *de facto,* artificial person, state-created, quasi-business trust, statutory **Public United States person/citizen** by means of a registration of Vital Record "Certificate of Live Birth" filed with the COUNTY OF EMMET, in the STATE OF MICHIGAN, on June 29, 1983; and

5. Affiant, by operation of law, was restored to her former status of being a Private American National upon the public filing of a "**Release Without Consideration—***Nunc Pro Tunc Ab Initio*" with the Clerk of Court, Lamar County, Georgia; and

6. Affiant has eliminated any presumption of fact that Affiant is Property of, Surety for, and/or wedded to said statutory Public United States person/citizen by Affiant's public filing of a "**Rescission of Signatures of Suretyship—***Nunc Pro Tunc Ab Initio*" with the Clerk of Court, Lamar County, Georgia; Affiant makes her home in county of Teton, Nation Dejure of Wyoming, in which county Affiant privately resides on the land under special equitable interests by nature and does not publicly reside in TETON COUNTY WYOMING according to statute, federal or state; and

7. Affiant, by virtue of her constitutionally protected status of being a Private American National, is as foreign to the present *de facto,* Emergency War Powers, Roman Civil Law-based, martial due process of the courts of the United States and the courts of the

Exhibit 6: Page 1 of 3



Corporate States, the former *de jure,* Constitutional, Common Law-based, civilian due process of the United States (guaranteed to all Private American Nationals by the Fifth Amendment) and the Common Law-based, civilian due process of the several states (guaranteed to all Private American Nationals by the Constitution and relevant amendments thereto) having been altered and/or modified into the present *de facto,* Emergency War Powers, Civil Law-based, martial due process of the United States and the martial due process of the Corporate States by a congressionally-amended, World War I statute ("Trading With the Enemy Act") called "The Emergency Banking Relief Act" (12 USC 95a) and two subsequent presidential proclamations (2039 & 2040) transpiring on March 6, 1933 and March 9, 1933 respectively; and

## THEREFORE LET IT BE KNOWN THAT:

8. Affiant is not a statutory public "United States citizen;"

9. Affiant is not a statutory public "resident" of the United States;

10. Affiant is not a statutory public "United States person;"

11. Affiant is not a statutory public "non-citizen national;"

12. Affiant is not a statutory public "citizen" of the State of Wyoming;

13. Affiant is not a statutory public "resident" of the State of Wyoming;

14. Affiant is not a statutory public "resident alien;"

15. Affiant is not a statutory public "non-resident alien;"

16. Affiant is not a statutory public "taxpayer;"

17. Affiant is not a statutory public "non-taxpayer;"

18. Affiant does not have a statutory public "tax home within or without the United States" presently under military occupation via the "Trading with the Enemy Act" (1917) amended by the "Emergency Banking Relief Act" (1933);

19. Affiant, in holding **Private American National status**, specially and privately residing in equity in the Nation Dejure Wyoming, is not subject to the Internal Revenue Code as it applies only to a "person" defined under the "Emergency Banking and Relief Act" of March 9, 1933;

20. Affiant, as a matter of public record, is the Non-Surety Authorized Representative for unincorporated, non-statutory Private Business Trust and *de facto* Private Citizen "REBECCA ANN WATSABAUGH" created by Grantor/Settlor **Watsabaugh, rebecca ann**. Private Business Trust "REBECCA ANN WATSABAUGH," as a matter of public record, is presently under a special and private trust arrangement governed by the Maxims of Equity, where, by the Judicature Act of 1873 in operation today, "when the rules of common law and the rules of equity conflict over the same subject matter the rules of equity shall prevail" (Pomeroy, Eq. Jur. §124, §219, §279, §354, §357);

21. Affiant declares that Private Business Trust "REBECCA ANN WATSABAUGH" is a vessel in domestic and world commerce for the benefit of a special and private Sole Beneficiary holding the status of **Private American National** (protected by the Constitution for the United States of America and relevant amendments thereto), all

Exhibit 6: Page 2 of 3

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
IN BOOK _____ 42 _____ PAGES 513
DEPUTY CLERK

"income" received by Private Business Trust "REBECCA ANN WATSABAUGH" being the special and private equitable property by nature of Sole Beneficiary;

22. Affiant, based upon the above, declares Private Business Trust "REBECCA ANN WATSABAUGH" is a Non-taxpayer, having no "income," all "income" being the special and private equitable property by nature of Sole Beneficiary;

23. Affiant declares that Non-Taxpayer Private Business Trust "REBECCA ANN WATSABAUGH" has never received, nor shall ever receive, any beneficial income, including profit and/or gain from any "source;" income derived from trade or business within the United States, wages, tips, salaries, etc., whatsoever; has never had a past or present tax liability, and is therefore exempt from any form of backup withholding by any business, public or private, and exempt from withholding by any employer, public or private; affiant further declaring that all income taxes previously paid to the *de facto* military government of the United States to be a gift;

24. Affiant declares this Affidavit of Exemption from Withholding Concerning Non-Taxpayer "REBECCA ANN WATSABAUGH"—*Nunc Pro Tunc Ab Initio*, renders null and void any previous Affidavit of Exemption from Withholding filed with any public office and any signature applied to any public, United States Treasury or Internal Revenue forms.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

Rebecca Ann Watsabaugh, By:

_rebecca ann_

**Watsabaugh, rebecca ann**, Inter Vivos
Private American National of the Nation Dejure of Wyoming
Specially and Privately residing in Exclusive Equity on the
Land of county of Teton, Authorized Representative for
"REBECCA ANN WATSABAUGH", All Rights Reserved

Use of public notary is for signature identification and acknowledgment only and does not imply or grant any jurisdiction or traversal into the public venue; the living woman who has applied her autograph as her living seal hereinabove has done so in her private capacity and not in any way as an adhesion to unrevealed contracts or compelled benefits. Use of Public Notary is strictly by restricted visitation with preservation of all Rights and Equitable Interests within the Maxims of Equity and Exclusive to American/English Jurisprudence.

State of ___WYOMING___   )
                          )   **Jurat**
County of ___TETON___     )

Subscribed and affirmed before me on this 18 day of Feb 2015 by Rebecca Ann Watsabaugh proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Cynthia Ferrell

Notary Public
My commission expires on ___1-22-2019___

CYNTHIA FERRELL
Notary Public
Teton County
Wyoming
My Commission Expires 1-22-2019

Exhibit 6: Page 3 of 3

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED AND RECORDED IN CLERKS OFFICE

BPA BOOK _____ 42 _____ PAGES 874

FEB 19 2015 AT 12:12 P M

DEPUTY CLERK

# Exhibit 7.A, Paramount Claim of DNA



Exhibit 7.A

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED in Clerk's office idtl.
FEB 19 2015 AT 12:12 P M
BPA BOOK _____ 42 _____ PAGES _____
DEPUTY CLERK



# Notice of Paramount Claim upon the Φ Divine Nature Φ Divine Proportion Φ Manifest Essence Φ of i Φ

*Let it herewith be known that as an eternal being, i Φ, standing within and as the eternal presence of i Φ, here and present Φ, one and equal as Being Φ, one and equal Here as Truth Φ, do put forth such presents manifested as this authentic writing as notice of the paramount claim of i Φ, a Woman, rebecca ann, upon an absolute stability and equilibrium within All Life Φ, beginning with the physical embodiment as the unalienable and eternal standing of Self and Being as i Φ, as Life Φ, standing on all land, substance, soil, physical manifestation and property infused with, by, and through the Divine Nature Φ Divine Proportion Φ Manifest Essence Φ of i Φ; Divine Now Φ, Was Φ, and ever will Be Φ; The Divine Proportion Φ, expressing as the perfect equipoise and eternal presence, that has been known throughout the Ages as a "relation" - in perfect proportion - of the whole to its parts, the microcosm and the macrocosm as perfected relation, balance, material manifestation and eternal expression; it is a relationship so perfect that its parts are to each other as the whole is to its parts, one and equal as one complete whole expression and manifestation of life in juxtaposition with that of the larger whole of expression and manifestation of all Life Φ; This "Divine Fractal" describes the course and perfection of Nature and the Natural Order of all things, as a "whole" and is known worldwide by the Greek symbol Φ (phi);*

*It is the intent of i Φ, through this Notice of Paramount Claim upon the Divine Nature Φ Divine Proportion Φ Manifest Essence Φ of i Φ, to reveal to all the world the "One" true living owner of the true landed estate of the beingness of i Φ, here in the expressed manifest form of the physical life form of i Φ, life force and breath of Life of i Φ, claiming such along with all land and property marked by the Divine Nature Φ Divine Proportion Φ Manifest Essence Φ of i Φ, passed on from conception through the Will and Testament of both the Father Φ and Mother Φ of i Φ, and carrying the sum total and totality of the first moment of crystallization into form and substance, combining the substance of life with the breath and essence thereof of i Φ, from the beginning of the living repository of the eternal genetic code of i Φ, and all passage through time of the genetic, ancestral and lineal estate that is here manifest as i Φ, claiming irrevocably, uncontestably and absolute all Those Φ before Them Φ from the Beginning of All Φ That Φ Is Φ; The Divine Nature Φ Divine Proportion Φ Manifest Essence Φ of i Φ - evidenced by the physical arrival/"state" (1) of i Φ, entire afterbirth/residue/remains (Φ-1/.666), and "breath of life" vitality "χ" - constitutes the totality of all i am Φ α ω χ Now, a Was Φ, and ever will ω Be Φ, from the beginning stated as Here Am i Φ;*

|---------------------- Φ *Divine Proportion* Φ ----------------------|

**Child** *(1/rational)* + **Afterbirth** *(Φ-1/irrational)*



**Man/Life/Light     =     Beast/Death/Dark**

*Standing as resolution in perfect equipoise and Stability Here Am i Φ,*
*That the Light and Dark stands as balance in i Φ,*
*That the illusion of Life and Death is Here dissolved,*
*That the polarity of separation is forever resolved*

|---------------------- Φ *Divine Proportion* Φ ----------------------|

*"Man, know thyself in true proportion"*

Oracle of Delphi



COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED IN OFFICE & RECORDED IN CLERK'S OFFICE.
FEB 1 9 2015   AT   12:12 PM
BPA BOOK _____ 42 _____ PAGES 816
DEPUTY CLERK

*Φ Father - The term sperm refers to the male reproductive cells and is derived from the Greek word (σπέρμα) sperma (meaning "seed"); In the types of sexual reproduction known as asanisogamy and oogamy, there is a marked difference in the size of the gametes with the smaller one being termed the "male" or sperm cell; A uniflagellar sperm cell that is motile is referred to as a spermatozoon, whereas a non-motile sperm cell is referred to as a spermatium; Sperm cells cannot divide and have a limited life span, but after fusion with egg cells during fertilization, **a new organism** begins developing, starting as a totipotent zygote; The human sperm cell is haploid, so that its 23 chromosomes can join the 23 chromosomes of the female egg to form a diploid cell; In mammals, sperm develops in the testicles and is released from the penis;*

*Φ Mother - The ova are developed from the primitive germ cells which are imbedded in the substance of the ovaries; Each primitive germ cell gives rise, by repeated divisions, to a number of smaller cells termed oögonia, from which the ova or primary oöcytes are developed; Human ova are extremely minute, measuring about zero point 2 mm in diameter, and are enclosed within the egg follicles of the ovaries; as a rule each follicle contains a single ovum, but sometimes two or more are present; By the enlargement and subsequent rupture of a follicle at the surface of the ovary, an ovum is liberated and conveyed by the uterine tube to the cavity of the uterus; Unless it is fertilized it undergoes no further development and is discharged from the uterus, but if fertilization takes place it is retained within the uterus and is developed into **a new being**;*

*Φ The "First" of i, this One - A zygote (from Greek ζυγωτός zygōtos "joined" or "yoked," from ζυγοῦν zygoun "to join" or "to yoke",) is the initial cell formed when two gamete cells are joined by means of sexual reproduction; In multicellular organisms, it is the earliest developmental stage of the embryo; A zygote is always synthesized from the union of two gametes, and constitutes the first stage in a unique organism's development; Zygotes are effected by a fertilization event between two haploid cells - an ovum (female gamete) and a sperm cell (male gamete) - which combine to form the single diploid cell; Such **zygotes contain DNA derived from both parents, and this provides all the genetic information necessary to form a new being**;*

$$\Phi = \text{Divine Proportion/Golden Ratio} = \frac{(1+\sqrt{5})}{2} = 1.6180339887498948482045868340...$$



*1 = α ω χ Essence (DNA) of Father = Sperm/Seed*

*1 = α ω χ Essence (DNA) of Mother = Ovum/Egg*

*2 = Combination of Father and Mother/Analog = Zygote*

*3 = Pre-emergent point, place, or period/"state" of Emergence*

*5 = Arrival of the "One"/Rational/Self-evident/"state" of being Man*



*χ (Chi) = Breath of Life/Vital Energy/"Living Being"*

*Φ + χ = The Living One/Man χ*

**As the Divine Φ Sovereign Φ Authority with Absolute Φ Dominion over all that i am Φ α ω χ Now, ever a Was Φ, and ever will ω Be Φ - let it be exceptionally clear to all the world that it is the here stated Expressed Will of i Φ, to keep the Divine Nature Φ Divine Proportion Φ Manifest Essence Φ of i Φ, free of all man-made Religious, Political, Financial, or "constructive" contamination - forever;**

**Let the will of i Φ, be done here and now through the word, hand, breath, and deed of the peaceful One - Woman χ/rebecca ann - for i am Φ α ω χ the eldest legitimate Daughter of Father Φ/ jeffrey paul χ and Mother Φ/ sylvia susan χ (Remus Φ) of the House of Heward Φ; THEREFORE, let no man nor woman ever act in, for or on behalf of i Φ, without the absolute expressed authorization of i Φ, or ever deny Woman χ / rebecca ann the Divine Φ Authority and Absolute Φ Dominion of i Φ, over the Testament of the Kingdom within i Φ, or claim that i am Φ α ω χ incapacitated, missing, or dead - for in fact and Truth i am Φ α ω χ - Absolute - Omnipresent - Fully Alive χ Here**



COPY

LAMAR COUNTY, GA. SUPERIOR COURT
Case 15-20026   Doc 24-2   Filed 03/12/15   Entered 03/12/15 16:14 N CLERK'S OFFICE
Attachments   Page 27 of   FEB 19 2015   12:21 M
BPA BOOK   42   PAGES 517

DEPUTY CLERK

# Constructive Notice

*To all to whom these Presents shall come, i, this One, send greetings; be it hereby known that the use of the first and middle given names of i, as used herein by i, or in any other document heretofore (or hereafter), in no way purports or allows any attachment to any baptismal bond to the Roman Catholic Church or extensions thereof, nor does any use or reference to a surname by i purport or allow any attachment to the Napoleonic (Roman) Civil code, or any adhesions thereto, and that i, rebecca ann, a Woman, the living and legitimate firstborn daughter of lawful couple Father jeffrey paul and Mother sylvia susan within the family/clan/house Heward, now claim and demand the immediate return of all the literary/intellectual property (name/title) and biological/essential material marked by the DNA/entire afterbirth, of i, accidentally lost, misplaced, forgotten, or mistakenly left behind after the physical arrival of i, from the womb of the natural mother Sylvia Susan Remus or natural father Jeffrey Paul Heward of i, upon the soil of Michigan or premises of Northern Michigan Hospital within Petoskey, Emmet County, State of Michigan, United States, United States of America, District of Columbia, or Crown, on or near June 21, 1983\* (\*Does not imply a claim upon any particular religious, political or financial timeframe) and erroneously proclaimed to be abandoned property or land subject to salvage, treasure trove, eminent domain, etc; Anyone - beyond i - having a "right" to the name/title\*\* (\*\*And no misapplied presumption of construction in the farcical twist of words by legalese and artifice shall presume attachment if or when use of any orthographic variants such as I, Rebecca, Rebecca Ann, Rebecca Ann Heward, Rebecca Ann Watsabaugh are used, and shall not be accepted, consented to or apply) or unique manifest essence/DNA of i, constitutes a claim upon the persona (subject) or Res (matter) of the existence of i - which is the very definition of slavery;*

*You have received this constructive notice if by mistake, fraud, error, legal construction, or fortuitous event, you or your particular church, sect, denomination, school, organization, institution, enterprise, government, corporation, municipality, metropolitan, archdiocese, ecclesiastical body or commercial franchise has ever handled or been the receiver of the unique manifest essence/DNA of i, or testament of the will (Res) of i, without the knowledge or true full-disclosure consent of i; Global profiteers have for decades colluded in a conspiracy to acquire custody of forgotten literary property or the equitable "salvage" of presumably discarded essential/DNA material (entire afterbirth) unbeknownst to the true owner in order to control all subject-matter pertaining to a legal cause-of-action;  This illicit forensic "slave-trade" is administrated by so-called Courts of Justice using information upon a "certificate of birth" (deed of interment) relative to a decedent "child" (entire afterbirth) regarded as prima facie evidence establishing original jurisdiction;  And by such acts or artifice and misanthrope contrivance have placed the presumed life of i into a "vessel" floating on the See, Sea, C of Commerce, and entrained, entrapped and entwined such life essence of i, to which was mistakenly consented to by ignorance of i, and for which it has been forgiven fully and absolute by i, and to release any and all claims of salvage of the living essence of i being presumed dead in the ghost ship created by such artifice, and now from such a state of ignorance i, this One, have returned, have been absolved of the sins of the father and the missing of the Mark, and now return all the living essence as herein so proclaimed to i;*

*Northern Michigan Hospital, one of the many profiteers in this unlawful slavery scheme, is located within the boundary of Michigan making the Michigan Secretary of State the responsible party in the genuine effort of i, to recover the entire afterbirth (remainder) of the unique essence/DNA of i, and clear the name/title of i, once-and-for-all of all erroneous claims, causes, or trusts, including, but not limited to, canonical, ecclesiastical, commercial, criminal, charitable, religious, statutory, codified, public, educational, cestui que vie, et al; It was through the collusive efforts of Northern Michigan Hospital and State of Michigan that a second "child" was created using the unique essence/DNA or entire afterbirth of i, amounting to the "birth" of a forbidden and wholly unsanctioned partnership between i (DNA) and a person having an interest in any similar new "issue", article, cause, act or performance, by the referenced artifice of turning the emergence at birth of i into the berthing of the said ghost vessel, to be claimed by the priest of the temple/medical facility as the "doc" upon which said vessel did moor; The unique essence/DNA of i, is now used as a model or conduit (slave) through which debts, rents, mortgages, licenses, liens, taxes, statutes, suretyships, etc. can be and have been and are now being created, claimed, collected, charged, guaranteed, or extracted, using the information upon its birth/berth certificate (bill of lading) carrying the life essence of i as cargo in the hull of said phantom vessel, as a neatly packaged legal fact - signed, sealed, and delivered - for use as "subject-matter" in forensic courts without full disclosure, the knowledge, will, or consent of i; It is self-evident to any reasonable man, woman or being that a claim upon such subject-matter (matter as material substance of life) or issue is a claim upon the life of i - which again - is the very definition of slavery - no matter how convoluted or twisted the mirrored logic of presumptions of consent and voluntary indenture may be in the phantom sea of commerce and public civitus, containment fields of the minds of men who profit therefrom;*

*Black's Law 5th Edition -*

> *Slave:  A person who is wholly subject to the will of another; one who has no freedom of action, but whose person and services are wholly under the control of another; One who is under the power of a master, and who belongs to him; so that the master may sell and dispose of his person, of his industry, and of his labor, without his being able to do anything, have anything, or acquire anything, but what must belong to his master;*

> *Slavery:  The condition of a slave; that civil relation in which one man has absolute power over the life, fortune, and liberty of another;*

*What unique "essential" is the true mark of One's spiritual manifestation in both time and space; DNA, the crystallization in living matter of the very essence of the entirety of the familial, ancestral journey through time since the beginning of manifestation which is now embodied as a living repository of i;*

> *Wikipedia - Deoxyribonucleic acid (DNA) is a molecule that encodes the genetic instructions used in the development and functioning of all known living organisms and many viruses; DNA is a nucleic acid; alongside proteins and carbohydrates, nucleic acids compose the three major macromolecules essential for all known forms of life; Most DNA molecules are double-stranded helices, consisting of two long biopolymers made of simpler units called nucleotides—each nucleotide is composed of a nucleobase (guanine,*





adenine, thymine, and cytosine), recorded using the letters G, A, T, and C, as well as a backbone made of alternating sugars (deoxyribose) and phosphate groups (related to phosphoric acid), with the nucleobases (G, A, T, C) attached to the sugars; DNA is well-suited for biological information storage, since the DNA backbone is resistant to cleavage and the double-stranded structure provides the molecule with a built-in duplicate of the encoded information;

The two strands of DNA run in opposite directions to each other and are therefore anti-parallel, one backbone being 3' (three prime) and the other 5' (five prime); This refers to the direction the 3rd and 5th carbon on the sugar molecule is facing; Attached to each sugar is one of four types of molecules called nucleobases (informally, bases); It is the sequence of these four nucleobases along the backbone that encodes genetic information; This information is read using the genetic code, which specifies the sequence of the amino acids within proteins; The code is read by copying stretches of DNA into the related nucleic acid RNA in a process called transcription;

Within cells, DNA is organized into long structures called chromosomes; During cell division these chromosomes are duplicated in the process of DNA replication, providing each cell its own complete set of chromosomes; Eukaryotic organisms (animals, plants, fungi, and protists) store most of their DNA inside the cell nucleus and some of their DNA in organelles, such as mitochondria or chloroplasts; In contrast, prokaryotes (bacteria and archaea) store their DNA only in the cytoplasm; Within the chromosomes, chromatin proteins such as histones compact and organize DNA; These compact structures guide the interactions between DNA and other proteins, helping control which parts of the DNA are transcribed;

Why absolute dominion over one's own unique manifest essence (DNA) is important;

Wikipedia - Forensic*** (***belonging to the courts of justice - Black's Law 5th Edition) scientists can use DNA in blood, semen, skin, saliva or hair found at a crime scene to identify a matching DNA of an individual, such as a perpetrator; This process is formally termed DNA profiling, but may also be called 'genetic fingerprinting'; In DNA profiling, the lengths of variable sections of repetitive DNA, such as short tandem repeats and minisatellites, are compared between people; This method is usually an extremely reliable technique for identifying a matching DNA; However, identification can be complicated if the scene is contaminated with DNA from several people; DNA profiling was developed in 1984 by British geneticist Sir Alec Jeffreys and first used in forensic science to convict Colin Pitchfork in the 1988 Enderby murders;

The development of forensic science, and the ability to now obtain genetic matching on minute samples of blood, skin, saliva or hair has led to a re-examination of a number of cases; Evidence can now be uncovered that was not scientifically possible at the time of the original examination; Combined with the removal of the double jeopardy law in some places, this can allow cases to be reopened where previous trials have failed to produce sufficient evidence to convince a jury; People charged with serious crimes may be required to provide a sample of DNA for matching purposes; The most obvious defense to DNA matches obtained forensically is to claim that cross-contamination of evidence has taken place; This has resulted in meticulous strict handling procedures with new cases of serious crime; DNA profiling is also used to identify victims of mass casualty incidents; As well as positively identifying bodies or body parts in serious accidents, DNA profiling is being successfully used to identify individual victims in mass war graves - matching to family members;

The vast amount of information provided in the few paragraphs above would lead any prudent man or woman to conclude beyond a reasonable doubt that actual forensic control of a man's or woman's name/title, "mark," or unique manifest essence/DNA by any other - beyond himself or herself - is to determine slavery legally acceptable, for no man or woman would ever willingly agree to submit to such a complete deprivation of rights (slavery) or loss-of-life (death) if he or she were indeed given full disclosure of the legal ramifications of the equitable "salvage" - for such "sacrifice" is clearly an act of self-destruction and suicidal in its very nature; i, this One, am no proponent of suicide;

Black's Law 5th Edition:

Suicide: Self-destruction; the deliberate termination of one's existence; Attempted suicide is a crime in some jurisdictions, not in others; Some jurisdictions hold an attempted suicide, which kills an innocent bystander or would-be rescuer to be murder, other's manslaughter, other's no crime; Some jurisdictions hold it to be murder for one person to persuade or aid another to commit suicide; some (by statute) make it manslaughter or a separate crime;

i, this One, hold that if a man or woman were to be coerced into representing a decedent "child" instead of his or her actual living "state of being" thus forcing him or her to trade or stake his or her or unique manifest essence/DNA - his or her Life - upon a dead or fictitious entity, all those who knowingly and willfully participated in such a heinous criminal act - such as public officials, doctors, nurses, administrators, judges, attorneys, clerks, reporters, bailiffs, etc; - should be charged as "assistants" to a suicide and imposed with the maximum sentence allowable or perhaps charged with criminal homicide or premeditated murder;

To be clear, this authentic writing is the lawful claim, statement, and evidence of i, of the unalienable birthright and absolute dominion of i, over the private "not for hire" unique manifest essence/DNA of i, and accompanying literary/intellectual property and "body of work" known as - Rebecca Ann Heward Watsabaugh; Because of the lawful claim of i, of absolute dominion over the name/title, land and living estate, Res, and unique manifest essence/DNA (including entire afterbirth) of i, any of the land or property of i, held in trust, custody, or otherwise, in any form, style, location, or timeframe, for any purpose whatsoever, by any man, woman or person - beyond i - is contrary to the true will and testament of i, as formally expressed in the accompanying International Will and Authentic Declaration of Inter Vivos Trust of i, and must be returned to i directly within ten business days delivery of this constructive notice or all those who having received this notice having ever handled, or who henceforth continue in willful




COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015 AT 12:21 M
EPA BOOK 42 PAGES 819
DEPUTY CLERK

*malfeasance to handle, or have been in the past the receiver of the name/title, estate, Res, or unique manifest essence/DNA of i - including entire afterbirth - must therefore, now and forever, relinquish such claim, hold, presumption or surety attachment to public bonds and civitus containments, or such men, women, beings, persons, corporate constructions and all such agents, representatives and officers thereof, be formally declared trespassers, thieves, and/or usurpers of the unique manifest essence/DNA of the Life of i, and charged with inducement to slavery, slavery and land piracy;*

*In truth, i, this One, have never had any religious, political, social, or financial conviction(s), held any self-destructive beliefs, or ever knowingly volunteered or consented to the taking, registration, or deposit of the literary/intellectual property or unique manifest essence/DNA of i, to be communicated, syndicated, commissioned, publically shared or held in trust for any personal benefits or security purposes, or as an oath, covenant, declaration, duty, promise or "pledge" of allegiance or service to any particular doctrine, government, school, charity, church, sect, denomination, organization, institution, enterprise, commercial franchise, belief system, admiralty flag, joint stock corporate charter, king or queen, priest or pope, or for any other absurd purpose; i, rebecca ann, a Woman, the one true authority over the name/title (story/book) and essence/DNA (land/allodium) of **the private life of** i, now and forever declare all such conduct regarding or upon the property of i, to be acts without the authority or consent of i, and contrary to the true will and testament of i - from the beginning (ab initio);*

*In closing, let the herein manifest expression of beingness of that i am, shining in the bright light of Truth revealed within this constructive notice be the final claim of i, stand, and judgment of absolute presence in Life, one and equal with all beings, all life and all eternal manifestation inspired as the Breath of Life - now and forever - over the name/title, ancestral/genetic/lineal estate, Res, and unique manifest essence/DNA/living substance of the physical expression of i, and the ab initio claim of the entire afterbirth of i is by decree hereby done, and now all separation is resolved and this Will and Absolute Claim of i is entered into the Book of Life - now and forever;*

*In Truth, It Is Done,*

**Witness** *the Hand and Seal of i Φ, and this claim of Divine Nature Φ Divine Proportion Φ Manifest Essence Φ DNA Φ entire afterbirth of i Φ, entered into the Record of the Court:*



rebecca ann, Autograph + Seal

**Witnesses**

**(2 Cor. 13:1) By the mouth of two or three witnesses shall every word be established**

**(Deuteronomy 19:15) On the evidence of two or three witnesses a matter shall be confirmed**

_____

Witness One, Autograph and Seal

_____

Witness One, Given Name

_____

Witness Two, Autograph and Seal

_____

Witness Two, Given Name

_____

Witness Three, Autograph and Seal

_____

Witness Three, Given Name

and;





COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015 AT 12:24 PM
BFA BOOK ___42___ PAGES 828
DEPUTY CLERK

### Acceptance and Acknowledgment of the Court

The PanTerra D'Oro Court of the Ekklesia hereby accepts and acknowledges this Notice of Paramount Claim upon the Divine Nature, Divine Proportion, Manifest Essence, and Constructive Notice of rebecca ann, House of Watsabaugh and by such Acceptance and Acknowledgment affirms this Living Being's entry into the permanent and eternal Book of Life.

FOR THE RECORD OF THE COURT
Entered into the Record of the Court on this
Eighth Day of the Ninth Month in the Year Two Thousand Fourteen

With Court Record Number: PT.COTE.IVT.0254.0024.DNA

By and For the PanTerra D'Oro Court of the Ekklesia:

_____     Date
By:
Title:

_____   $\Phi$
Justice Number One, Autograph and Seal

_____   $\Phi$
Justice Number Two, Autograph and Seal

_____   $\Phi$
Justice Number Three, Autograph and Seal

  
COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015    AT    12:12    P    M
BPA BOOK ____42____    PAGES 821
DEPUTY CLERK

## Exhibit 7.B, Pronuntio Restitutum

 COPY

Exhibit 7.B

# PRONUNTIO RESTITUTUM / DEED OF RESTITUTION

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

**Whoever has eyes, let them see! Whoever has ears let them hear! Let all those present and future be Witness to the following memorial and record of event of My public pronouncement of restitution.**

**FIRST:** LET IT BE KNOWN TO ALL, that upon this Twenty-Second Day of the Fifth Month in the year Two Thousand Fourteen, that I am the Flesh, Blood, Bone and DNA Living Woman of the Clan/House/Family of Watsabaugh, known as rebecca ann, as claimed, declared and confirmed via My Inter Vivos Trust, with said record entered into the Rolls of the PanTerra D'Oro Court of the Ekklesia of the PanTerra D'Oro Society and Private Contract Association, Court Record Number IVT.0254.0024, and I do hereby declare that I am the Living Being standing manifest in Life and a competent Living Woman. I have reached majority age and standing on the Land known as North America of original organic jurisdiction and have by My free will and volitional act stepped into the enclosure and proclaimed Ecclesiastical Sovereignty and Jurisdiction of the PanTerra D'Oro Society and Private Contract Association and PanTerra D'Oro Court of the Ekklesia and not to be construed to be in a body politic such as the "State of Michigan" or "STATE OF MICHIGAN" or "United States" or "UNITED STATES" or any other fictional body politic or corporate fiction or subdivision thereof, and

**SECOND:** LET IT BE KNOWN TO ALL, that I am a manifest expression of and from Divine Providence, and in the PanTerra D'Oro Court of the Ekklesia in the Living Embrace of My Peers, such has absolved Me and washed Me of all trespasses, debts and transgressions of any and all nature and thing, and thus I am forgiven of any ignorance and prodigal behavior I may have done, and

**THIRD:** By My Inter Vivos Trust I have claimed and proven My Life and expressed My Will, and whereas I was previously declared and presumed dead and lost at sea, I am not now and never have been lost; therefore those that have believed otherwise have been mistaken and are hereby corrected, *nunc pro tunc*, and

> Whereas I may have been considered abandoned, Hear ye one and all that you are officially notified that I am present, alive and accounted for, and
> Whereas before I was a minor, I am now the age of majority in Mind, Being and Body, and
> Whereas I once was considered incompetent, I am now fully competent to administer My own affairs of estate; I am Sui Juris, a Free Woman on the Land with Standing, Status and Capacity, and
> I have appointed the Executor for the Decedent Estate known as REBECCA ANN WATSABAUGH, I have placed said estate in the REBECCA ANN WATSABAUGH TRUST, and I have established the Inter Vivos Trust as Grantor and Benefactor, to hold and administer the redeemed *res* of said estate in all form and substance, and

**FOURTH:** I am not dead and am now standing in Life; therefore no office or officer possesses any legal claim or My consent to continue as administrators on My behalf, except where specifically appointed to do so. Therefore, those who have acted through an office of custodian, protector, steward, keeper, guardian, attorney-in-fact or any other title, I do hereby nullify such administrative offices and/or positions, which are now null and void, from the time I was mistakenly assumed to be lost, dead, abandoned, minor and incompetent, and

**FIFTH:** As for any assumed filial claims of any States/states or any entities or person of any type, form or substance, having acted as such before, to you I do say, "LET IT BE KNOWN TO ALL that I hereby disavow those States/states or entities of any origin, to having any filial rights over THAT WHICH I AM, here and now. Furthermore, I disavow all claims for the second time; and I disavow any States/states or any entities, having any filial rights over THAT WHICH I AM before Divine Providence and all Heaven and Earth for the third and final time." By this Pronuntio Restitutum (Deed of Restitution) therefore, I command that all be brought into wholeness and all claims satisfied, and that I am now restored to Life.

WITNESS MY HAND AND SEAL:

My Living Hand: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ My Living Seal:

## Acceptance and Acknowledgment by the Court of the Ekklesia

The PanTerra D'Oro Court of the Ekklesia hereby accepts and acknowledges this Deed of Restitution into the Record of the Court, Court Record Number: IVT.0254.0024.PR

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
**Justice Number One, Autograph and Seal**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
**Justice Number Two, Autograph and Seal**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
**Justice Number Three, Autograph and Seal**



v.2



LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE.
FEB 1 9 2013   AT   12:12   P M
BPA BOOK _____ 42 _____ PAGES B23
DEPUTY CLERK

## Exhibit 7.C, Writ of Habeas Corpus

 COPY

Exhibit 7.C

FEB 19 2015   AT   12:12 PM
FILED & RECORDED IN CLERK'S OFFICE
BPA BOOK _____ 42 _____ PAGES 823
DEPUTY CLERK

# SACRED WRIT OF HABEAS CORPUS

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

## Bring the Body to Our Court of the Ekklesia[1]

**Whoever has eyes, let them see! Whoever has ears let them hear!**
**Let all those present and future be witness to the following:**

**Sacred Absolute Writ of Habeas Corpus by Decree of the Court:**

Bring all bodies of Living Men and Women, who by free will choice and moral conscience adhere to this Ecclesiastical Body within the protections and immunities of the PanTerra D'Oro Court of the Ekklesia (excepting only those bodies that have committed intentional physical harm/injury or intentional theft of property or material damages) not withstanding any suit, civil or criminal, attached by color of law and commercial bond via the construction of corporate criminal persons, people and bodies held as legal prisoners, to be removed from the jurisdiction of all foreign and inferior corporate UNITED STATES (and all corporate sub-divisions thereof) District, Civil, Federal, State, Judicial and/or Administrative Tribunal courts, and returned to the private ecclesiastical venue and under authority of Our PanTerra D'Oro Court of the Ekklesia (a court of competent jurisdiction) for adjudication, settlement, discharge and closure of all outstanding liabilities attached thereto by presumption of suretyship under color of law and public policy of said UNITED STATES, a known bankrupt debtor-in-possession, with allegiances to powers foreign to the People of original organic jurisdiction and of this private ecclesiastical society. All such presumption of attachment and suretyship thereof are hereby declared null and void *ab initio/nunc pro tunc.*

**FIRST:** **LET IT BE KNOWN TO ALL**, that upon this Twenty-Second Day of the Fifth Month in the year Two Thousand Fourteen, the Living Flesh, Blood, Bone and DNA Woman of the Clan/House/Family of Watsabaugh known as rebecca ann (henceforth "rebecca ann"), did present to the PanTerra D'Oro Court of the Ekklesia Her Authentic Declaration Inter Vivos Trust, along with Her Living Will and Testament and Acceptance and Acknowledgment of the Landed Estate Deed (Birth Certificate), all of which were properly accepted and acknowledged by the Court and entered into the permanent Record of the Court under record number IVT.0254.0024.

**SECOND:** **LET IT BE KNOWN TO ALL**, that upon such acceptance and acknowledgment of said Inter Vivos Trust and accompanying documents, the Living Body (Flesh, Blood, Bone and DNA) of rebecca ann, was released and forever separated from the surety guarantee of any and all commercial attachments, claims and/or liabilities attendant upon the public utility known as REBECCA ANN WATSABAUGH within the public liability bankruptcy of said UNITED STATES. Further, Let it Be Known that this Society, all its Members, and this Court, have pledged their honor and their word as bond for the proper settlement in honor of any and all such claims to said public utility, and therefore this Court provides such pledge and shall stand for such liabilities and assure the settlement and closure of such by any or all available means and methods as required. Any attempt by public actors, agents, agencies or otherwise operating within the limited liability of UNITED STATES and its corporate sub-divisions to prevent this Lawful Sacred Writ from being honored shall be documented as having breached the public trust and having engaged in the act of willful obstruction of bankruptcy and shall be held liable for all such acts with all rights and remedies reserved for the deliberation and settlement of all injury and harm caused thereby.

**THIS SACRED WRIT OF HABEAS CORPUS** has been entered into the Record of the PanTerra D'Oro Court of the Ekklesia on this day as herein set forth above. Entered and Sealed by the following Ordained Justices of the Court:

_____
Justice Number One, Autograph and Seal

_____
Justice Number Two, Autograph and Seal

_____
Justice Number Three, Autograph and Seal

**Accepted into the Court Record by:**

_____
Clerk of the Court, Autograph and Seal



**Court Record Number: IVT.0254.0024.HC**

---

[1] For further information about the PanTerra D'Oro Society and Court of the Ekklesia: http://www.panterrapco.org/

v.2

LAMAR COUNTY, GA. SUPERIOR COURT
RECORDED IN CLERK'S OFFICE
FEB 04 2015   AT   12:12  M
BPA BOOK _____ 42 _____ PAGES 825
DEPUTY CLERK

## Exhibit 7.D, Annulment of Baptismal Attachment



Exhibit 7.D

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
THIS 12 PM
BOOK    42    PAGES
DEPUTY CLERK






# Notice and Declaration of Singularity, Salvage and Claim of Living Substance

Absolute Rescission, Annulment and Severance of Any Type of
Baptismal Bond/Certificate Pledge/Dedication and Attachment Written and or Assumed
Renunciation of the Papal Bull *Unam Sanctam* (1302) and
All Other Papal Bulls Thence Forward

This document is established under the personal seal of i, under the international flag of peace,
For i, this-One, am neutral in the public, non-combatant, non-belligerent and
At peace with the Holy See, the Crown, the City and all other sub-divisions thereof;

There is a resonance/eternal substance that underlies all of creation; It goes by many names, and is intuitively felt by cultures the world over; It is the Ineffable Essence of creation and continuing creation, within and as all levels of existence, All Φ That Φ Is Φ, through multidimensional time/space/vibration; It is not for any man, being, group or groups to presume they may control or own it, for it is found within all of existence and not the property of any man, being, group or groups; In the English Language terminology, it is known by many as "God", but many other names and designations are used, such as Great Spirit, Prime Source, Universe, Infinite One, Creator, All and Everything (henceforth herein "Great Spirit" or "Prime Source" or "God"), and many choose not to refer to it at all by name. Ultimately it is up to each living being to choose and define his or her relationship to the source and substance of Life.

This is the Will of i, that i, this-One, wholly and completely rescind, revoke, cancel and terminate any and all documentary and or assumed attachment to the Roman Catholic Church, or any form of religious structure thereof, first established by the registration of a Certificate of Live Birth, in which a living being is converted to a vessel in commerce and as such all are baptized within and under the waters of commerce, turned into juristic, commercial, corporate identity, as a national "resident" that is ultimately channeled up the hierarchy of world bondage to the last presumed claimant, i.e., the Roman Catholic Church, and/or Certificate of Baptism referenced herein, and/or to any other document, bond, bonding, presumption of attachment, presumption of consent or any other methodology that has attached to the flesh of i, the genetics of i, the DNA of i, the soul of i, the being of i, the eternal essence of i, and all is voided as nullities *ab initio* and *nunc pro tunc*, and this is the memorialization of the personal as well as historical reasons why i, this-One, now take this stand, for stand i, this-One, now do, here, in the presence and embrace of all that is good and holy, of all that is one and equal with the basis of what is best for all Life; The basis of this rescission and revocation are presented herewith as the eternal truth of i:

The said Roman Catholic Church is bound by its Christian Holy Scripture wherein it is stated as Eternal Truth:

"In the beginning was the Word, and the Word was with God, and the Word was God;" – John 1:1

The Word: A maximal expression of resonance and vibration; an utterance of formless extension, profound and beyond human comprehension in beauty and Omniscience, which created all of life AS ITSELF AND IN ITS OWN IMAGE Φ, eternally held in Oneness and Equality Φ, Equipoise and Equilibrium Φ. The Word is before and beyond time; without opposite and singular unto Itself, it is Eternally Stable and Whole; further said scriptures state:

"In that day ye shall know that I am in My Father, and you in Me, and I in you;" – John 14:20

This statement reveals to those who have ears to hear, that the eternal essence as Prime Source, in limited human language symbolism, is the Creator-Author of all life; an Omnipotent quantum wholeness creating as Itself, in Its image and uncontained, and that one particle emerged there from as a living spark of that Eternal Life, stands here in life, always one and equal with that Eternal Essence, and shall not be extinguished, contained or constrained by man made institutions, statutes or codes; All particles emanate from and stand with the Creator-Author, and thereby contain the wholeness and perfection of the Creator; the being stating these words, known by some as Jeshua, Jesus, the Christ, the Anointed One, as to whom these words are attributed, came to claim our living substance expressed through the Living Word, as the flesh of the body and the substance of beingness as our souls, and thusly there is in no way found lacking anything in the entire substance of the Author and i, this-One, as one and equal with Cause;



LAMAR COUNTY, GA. SUPERIOR COURT
CLERK OF COURTS IN CLERKS OFFICE
OFFICIAL RECORD BOOK ____ 42 ____ PAGES 527
DEPUTY CLERK

There is no other author or authority for the creations of God as Great Spirit and Prime Source; God is Cause, whose creations are manifest expressions that stand one and equal within and as Life itself, as God is eternal Life and the Teacher is his living expression to which we return in unity and embrace;

> "Thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy strength, and with all thy mind; and thy neighbor as thyself;" – Mark 12:31

All particles of manifest creation reflect back to the Creator-Author exactly as It is and reflect upon "other" particles likewise, with no discrimination, nor preference, nor comparison, nor hierarchy, nor authority for dominance or subjugation given to any other;

This divine spark of eternal life, given free will to create as the Creator-Author, willingly constructed this dense form physicality in which to reflect and rejoice in the living resonance of Life $\Phi$, for Life is Sound as the Living Word, and together in such rejoice with other particles within the density of this three dimensional reality in which we live, we stand and we manifest our being;

Applying the brilliance of the Creator-Author, a unique structure of DNA was expressed to manifest the form that i, this living being, hold and embodies; It is the living word, the historical record of the ancestral lineage of i back to source, and it is the possession of i and i, this-One, alone; The strings of the DNA, empowered by the divine spark of eternal life (a.k.a. the soul as eternal being), comprise a unique signature frequency vibration, which strives to harmonize with all other frequencies, to the delight of the source of all Life; This divine symphony of communication is continuous and entirely unimpeded by any apparent individuation of personality or expression, as beingness always strives to integrate with Itself;

Therefore, the $\Phi$ particles manifested in form are complete unto themselves and are awakened to the fullness of $\Phi$ (eternal) life by being in the world; They harmonize eternally, regardless of awareness of this fact; They need not be told how to do this; There is no need for hierarchical, dogmatic guidance, nor is there a need to bond into slavery, to commerce, laws or punishments, as some presupposed illusion of pathway to salvation; Any presumption to consent to such by i, is herewith wholly and absolutely denied, and any previous appearance of consent that occurred without full disclosure of the nature of the bondage perpetuated thereby is thus rescinded and revoked *ab initio* and *nunc pro tunc*;

It is with this experiential foundation of knowledge (following the precept Know Thyself) that the following declarations and decrees are expressed by i; It is with this experiential foundation of knowledge that the Roman Catholic Church, her body politic, staff, members and related offices or officers, both foreign and domestic, through contract, express trust, implication, commercial instrumentalities, assumption and legal manipulations, all within and under the presumed authority of the Roman Curia, are ordered and admonished to release the form density i, this-One, making this appeal from all covenants, contracts, and commercial instruments of bondage, expressed or implied, that may have been entered into willing (but without full disclosure of all related material and spiritual facts) by the form density i, this-One, and before the time of knowledge, or that were entered into for and on the behalf of i, by the genetic donors to i, and throughout all of time;

Further, i, this-One, hereby declare and solemnly avow that i, this-One, commonly known as rebecca ann, of the House of Watsabaugh, am under no laws but God's - The Great Spirit;

> "O LORD, our God, other lords beside Thee have had dominion over us; But by Thee only will we make mention of Thy name;" – Isaiah 26:13

### The Certificate of Baptism, Exhibit A (attached)

Registered Juristic Person's Name at Baptism: Rebecca Ann Heward

As God as the witness of (i), The Certificate of Baptism is returned to you with this notice, and this notice serves as denial of the document by i, nullification of its attachments and effects by i, and the absolute termination of the contents of the document and all that it implies overtly and covertly; Likewise, any subsequent acts or expressions sequential from the time of said document are equally rescinded and revoked by i;

The Roman Catholic Church is therefore, hereby released from the assumptive role of witnessing to this Woman/being, rebecca ann, House of Watsabaugh in any regard; including but not limited to the dignity, vocation or the communion of i, this-One;

The Certificate of Baptism is denied any power and/or authority over the living being and along with the estate holdings, intellectual and personal or real property of the being known as rebecca ann, House of Watsabaugh, inclusive of any and all ancestral and lineal estate, reversionary interests thereof, and applicable immediately to any and all lesser administrative, corporate, and legalistic constructions within any and all civil, commercial or municipal configurations under the authority and control of the Roman Catholic Church, the Holy See and any lesser ecclesiastical body that presumes attachment to this One - i; The Roman Catholic Church may not presume consent and may not assume the power or the authority to judge this document or this living being as "contrary to reason" as expressed in The Catechism of the Catholic Church, Article 7, the Seventh Commandment:

> **Item 2408:** "The seventh commandment forbids theft, that is, usurping another's property against the reasonable will of the owner; There is no theft if consent can be presumed or if



refusal is contrary to reason and the universal destination of goods; This is the case in obvious and urgent necessity when the only way to provide for immediate, essential needs (food, shelter, clothing . . .) is to put at one's disposal and use the property of others;"

The Catholic church, et al, is denied permission to redefine the word "theft" to suit its purposes, as blatantly stated in above Item 2408; The Church is denied by i, this-One, the presumed authority to promote thievery to suit its purposes of the whims of "universal destination".

Further, the Certificate of Live Birth and subsequent Birth Certificate that created said juristic person, was issued for the birth/berth of a vessel in commerce on June 21, 1983, then registered on June 29, 1983 via the clandestine office of the Jesuit Priest/County Registrar identified therein, which through a chain of title allows the Catholic Church to hold as an indenture trust, placing the flesh and soul of the living being that is i, as surety against bonded chattel paper, is hereby nullified of any and all implied possession of or right to property, real or ethereal, or attachment, bondage or possession of the living substance of the flesh/blood/bone/DNA of i, or attachment, bondage or possession of the eternal essence of the being and soul of i, by the Church or any other lesser entity within the political, canonical, ecclesiastical, or commercial control of the Church, that is not the pure, Φ (eternal) expression of God;

> **Item 2458:** "The Church makes a judgment about economic and social matters when the fundamental rights of the person or the salvation of souls requires it; She is concerned with the temporal common good of men because they are ordered to the sovereign Good, their ultimate end;"

The Certificate of Baptism is denied any power and/or authority over the flesh, soul, substance and beingness of the living being known as rebecca ann, House of Watsabaugh; The presumed authority of the Church to judge the status of what the soul of this particular (particle) living being needs or how i, this-One, shall be directed, is hereby quashed and declared to be futile and ineffectual by this statement of rescission, revocation, denial and intent of rebecca ann, House of Watsabaugh;

In further explication of this, all are referred herewith to the following within the historical record of the Church:

*Unam Sanctum*, Papal Bull promulgated by Pope Boniface VIII on 18 November 1302, asserted:

> "...it is a law of the divinity that the lowest things reach the highest place by intermediaries..."

Yet, there is no such "divine law" that asserts or holds any such thing, and certainly Jahushua came in the flesh as the living word to show all that it is only through Him that we reach the highest place by returning to the living and eternal embrace of the eternal essence of creation, not through the Church or its intermediary priests, and most certainly not through its secular extensions in civil and commercial administrative bodies throughout our world, which may be superficially denied but are nonetheless abundantly clear in and of the historical records of this world as being the case, and most certainly not through license of war and violence and perpetual slavery for use and profit, as enumerated below;

Further, by artifice and twists of language, the Roman Pontiff deems it his authority to declare:

> "...we declare, we proclaim, we define that it is absolutely necessary for salvation that every human creature be subject to the Roman Pontiff."

Yet, again, the historical record since that proclamation contains everything wholly antithetical to the true desire of God and Christian principles that seven centuries of war, destruction, slavery, planetary ecocide and ethnic and cultural genocide have wholly negated such proclaimed authority or presumed necessities; If one must speak of divine law, it certainly is a priori to such that one does not murder and destroy in order to save; The historical record has established the complete moral bankruptcy of the Church and stands as this being's foundation for the herein renunciation and expiation of bondage and subjugation to said Church;

And finally,

> "Both, therefore, are in the power of the Church, that is to say, the spiritual and the material sword, but the former is to be administered for the Church but the latter by the Church; the former in the hands of the priest; the latter by the hands of kings and soldiers, but at the will and sufferance of the priest;"

This becomes the foundation of the historical record of self-evident confession that the Church has engaged in a centuries long campaign to control both sides of the equation, to control the souls at the tip of a "spiritual" sword, and to bind the flesh at the edge of a material sword, to do its bidding by the dictates and sufferance of priests who control and bind the flesh with the ligatures of codes, statutes, legalistic entrapment, and if that all fails, through the sword, the pistol, the cannon and the armaments of war through the vehicles and vessels of the kings and the soldiers that do their bidding from behind closed doors and wrapped in the vestments of presumptive holy authority;

Further, and continuing the historical record, the ensuing Papal Bulls Romanex Pontifex, Aeterni Regis, and Convocation, continued the assertion of absoluteness of the Papacy over all land, all flesh and all souls, as if they are the Church's and its alone, through Kings and Princes



and Priests, to plant, to cultivate and then to harvest in the most unholy of enterprises as the said historical record clearly demonstrates, as follows;

***Dum Diversas*** [English: 'Until different'] is a Papal Bull promulgated on 18 June 1452 by Pope Nicholas V that asserted:

> "We grant you [Kings of Spain and Portugal] by these present documents, with our Apostolic Authority, full and free permission to invade, search out, capture, and subjugate the Saracens and pagans and any other unbelievers and enemies of Christ wherever they may be, as well as their kingdoms, duchies, counties, principalities, and other property [...] and to reduce their persons into perpetual servitude;"

***Romanus Pontifex***, Latin for 'The Roman Bishop', is a Papal Bull promulgated 8 January 1455 by Pope Nicholas V to King Afonso V of Portugal, as a follow-up to the ***Dum Diversas*** and asserts:

> "The Roman pontiff, successor of the key-bearer of the heavenly kingdom and vicar of Jesus Christ, contemplating with a father's mind all the several climes of the world and the characteristics of all the nations dwelling in them and seeking and desiring the salvation of all, wholesomely ordains and disposes upon careful deliberation those things which he sees will be agreeable to the Divine Majesty and by which he may bring the sheep entrusted to him by God into the single divine fold, and may acquire for them the reward of eternal felicity, and obtain pardon for their souls; This we believe will more certainly come to pass, through the aid of the Lord, if we bestow suitable favors and special graces on those Catholic kings and princes, who, like athletes and intrepid champions of the Christian faith, as we know by the evidence of facts, not only restrain the savage excesses of the Saracens and of other infidels, enemies of the Christian name, but also for the defense and increase of the faith vanquish them and their kingdoms and habitations, though situated in the remotest parts unknown to us, and subject them to their own temporal dominion, sparing no labor and expense, in order that those kings and princes, relieved of all obstacles, may be the more animated to the prosecution of so salutary and laudable a work. ...to conserve their right and possession, [the said king and infante] under certain most severe penalties then expressed, have prohibited and in general have ordained that none, unless with their sailors and ships and on payment of a certain tribute and with an express license previously obtained from the said king or infante, should presume to sail to the said provinces or to trade in their ports or to fish in the sea, ...since we had formerly by other letters of ours granted among other things free and ample faculty to the aforesaid King Affonso -- to invade, search out, capture, vanquish, and subdue all Saracens and pagans whatsoever, and other enemies of Christ wheresoever placed, and the kingdoms, dukedoms, principalities, dominions, possessions, and all movable and immovable goods whatsoever held and possessed by them and to reduce their persons to perpetual slavery, and to apply and appropriate to himself and his successors the kingdoms, dukedoms, counties, principalities, dominions, possessions, and goods, and to convert them to his and their use and profit -- by having secured the said faculty, the said King Affonso, or, by his authority, the aforesaid infante, justly and lawfully has acquired and possessed, and doth possess, these islands, lands, harbors, and seas, and they do of right belong and pertain to the said King Affonso and his successors, nor without special license from King Affonso and his successors themselves has any other even of the faithful of Christ been entitled hitherto, nor is he by any means now entitled lawfully to meddle therewith;"

In aggregate, the preceding samples of text from Papal Bulls beginning in 1302 and through the mid-1400s, has come to be known as the "Doctrine of Discovery", which unilaterally asserted the right of the Roman Church to claim, via its Kings and Princes, all the land of the Earth, and then to begin the process of "civilizing" those peoples found on such lands and bringing them into the fold of the testamentary trusts and the intent to reduce all flesh to the enslavement of the Church and the reduction to absolute slavery; The history since 1492 abundantly demonstrates that this intent was put into full implementation to the detriment and death of hundreds of millions of quite civilized peoples and the destruction of their cultures and societies; A few brief web pages discuss this context, as follows;

- http://www.danielnpaul.com/DoctrineOfDiscovery.html
- nativeamericanhistory.about.com/od/Law/a/What-Is-The-Doctrine-Of-Christian-Discovery.htm
- http://www.doctrineofdiscovery.org/

And as further evidenced in and by such quoted statements in the ***Aeternis Regis*** (Eternal King) Papal Bull of Pope Sixtus IV, promulgated 12 June 1481, referring to the absolute presumed possessions of the Kings and Princes of Spain and Portugal, as follows:

> "...their kingdoms in the status of possession or quasi-possession which they hold over all...or over any other islands, shores, sea coasts, or lands, discovered or to be discovered, found or to be found..."

> "...over the islands already discovered, nor over whatever islands shall be found or acquired from beyond the Canaries..."

> "...or the said lands, shores or coasts, discovered or to be discovered, in the name or under the authority of the said lords, king and prince of Portugal, or of their successors..."

These, of course, are only brief segments, but a complete reading of these dictates makes it abundantly clear that the Apostolic See considers its authority absolute to grant such kings and princes these domains as absolute and do with the land, the flesh and the souls whatsoever is necessary to one aim alone, that of absolute control for use and profit of the select few of the entirety of this world under the presumption of divine authority, always ending by calling upon the wrath of God to fall upon any and all who might presume to counter such claims; Unless and

LAMAR COUNTY, GA. SUPERIOR COURT
FILED IN OFFICE
FEB 18 2015 AT 12:12 M
RPA BOOK _____ PAGES _____
DEPUTY CLERK

until the Church can validate and substantiate that the words of our Lord specifically instructed said church to take complete and absolute control of all of this world, all of its lands, flesh and souls, for the exclusive use and profit of a select few so that the rest could be placed into perpetual and abject slavery, then any declaration of "divine authority" is wholly voided as being an absolute nullity, and all such profits and plunder gained from and by such stated authority is nothing but the spoils of war without any moral authority or spiritual capacity therein and whatsoever;

For a last and final reference point, we are directed to have a look at the Papal Bull known as **Convocation**, promulgated by Pope Paul III on May 22, 1537, to "summons an ecumenical council" known as the Council of Trent, in which it was stated that such council was for the purposes of:

"...the elimination of heresy and heretics"

Inclusive of which included the following:

- The Jesuit Order was founded to assist in the identification, translation and elimination of any and all knowledge that threatened Church doctrine;
- The Roman (Spanish) Inquisition was initiated to extend torture and barbarity to cities/groups showing signs of embracing humanistic and non-church values;

This was then followed by the **Requierimiento** (Requirement) of 1514, which ended with:

"If you do not do this, however, or resort maliciously to delay, we warn you that, with the aid of God, we will **enter your land against you with force** and will make war in every place and by every means we can and are able, and we will then subject you to the yoke and authority of the Church and Their Highnesses; We will take you and your wives and children and **make them slaves**, and as such we will sell them, and will dispose of you and them as Their Highnesses order; And we will take your property and **will do to you all the harm and evil we can**, as is done to vassals who will not obey their lord or who do not wish to accept him, or who resist and defy him; We avow that **the deaths and harm which you will receive thereby will be your own blame, and not that of Their Highnesses, nor ours, nor of the gentlemen who come with us;**"

And this you conceive of and continue to operate with as if such is the "Will of God", the one that Jeshua came to speak of: of love, mercy, compassion, forbearance and justice, and thus justify the rape and pillage of many peoples and the theft of all lands of this world, to your own self-serving profits, and those of so-called Kings and Princes of high places, and refer to such as Christian destiny and probity, and project blame onto the innocents that you then slaughtered without mercy, and stole their lands and made of them your slaves, and absolve yourselves thereby;

Thus began a centuries long campaign of war, mayhem, barbarity, death and violence to assert, impose and solidify the Roman Church as the complete and absolute controlling institution of our world and to eradicate any and all choice as expressed by any individual, such choice being the true and eternal gift of our creator source, for it is a well-known fact that the word "heresy" is derived from the Greek αἵρεσις, which originally meant "choice" or "thing chosen"[1], thus demonstrating that the purpose of the Council of Trent and the ensuing five centuries of violence and death was to achieve one thing and one thing only, that is the complete annihilation of the free will and moral agency of any human being to choose his or her pathway to God, and to only be bound and bonded to the eternal control and dominance of the Roman Catholic Church, and thusly indenturing their very existence to the whims and dictates of fallible men steeped in the absolute greed of the centuries and the impetus to control the world of their own design; This, we find, is wholly repugnant to the Holy Spirit that is the eternal God within which we stand, live and have our being;

Upon complete and exhaustive research and review of the historical record, including the content and spirit of the Holy Scriptures to which the Church is perpetually bound, there is no authority issued or provided by such to the Church to use murder, death, destruction, violence, license of use and profit, conscription of Kings and Princes, Armies and Soldiers, to place any living being, which is by sum and substance an inextricable part of the living God of this creation, to perpetual slavery for the perpetual use and profit of far off kingdoms and principalities; All such is abhorrent to the spirit of i, this-One, as the living image of such a God with whom this being stands here in life; Perpetual slavery and perpetual servitude, as repeatedly mentioned in the above Papal Bulls, is not an element of being acceptable to rebecca ann, House of Watsabaugh. In this abstract, i, this-One, deny the assumed right, authority and self-proclaimed privilege of the Roman Catholic Church, to hold any part of this living woman to the edicts of dominion as so claimed.

We find this modus operandi throughout all of Christendom history to be utterly repugnant in the "eyes" of God, although we refresh our experiential knowledge with this claim, to include forbearance to the wisdom that God does not know of these matters, rather It knows, through Φ divine emission, only of the divine blueprint of perfection Φ; In that wisdom we declare that the Roman Catholic church has willingly ascribed human characteristics to the Creator-Author of all

---

[1] Cross, F.L.; Livingstone, E.A., eds. (1974). "Heresy". The Oxford Dictionary of the Christian Church (2 ed.). Oxford: Oxford University Press.

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015 AT 12:12 PM
IN BOOK 46 PAGE 83
DEPUTY CLERK

living things, making It an unpredictable and insane being of whimsical vengeance and punishment; a being unreachable, unreasonable and something to be feared, rather than loved;

This false construct and reduction of God, to a fallible humanistic being, has served only as an attempt to subdue and to subvert the Φ resonant reflection of perfect love, which is our natural inheritance as well as our primary function both in and out of the time construct; This false construct, created by the Roman Catholic Church, has not served the monadic soul group, and in so doing has placed the care of the soul outside of the reach of the Roman Catholic Church; The inevitable result therefore finds the Church in poor standing in Her declaration of being caretakers of souls, and in fact, truth be told, in full spiritual, moral and worldly bankruptcy and therefore forfeit of any previously claimed rights and authorities, for it is a well known and established maxim of Law, that when the trustee is guilty of breach of trust, it is provided thereby that the beneficiary may collapse the trust whereby the trustee and beneficiary, as holders of separate legal and equitable title, may command the collapse of the trust and merge such titles into her own absolute hold and claim of title thereby; Which, in turn, leads to the absolute requirement in this being to rescind, revoke, renounce and wholly repudiate any previous attachment, bond, indenture, encapsulation or encasement within the bosom of the Roman Catholic Church which has demonstrated it is not capable to enclose or embrace this soul, flesh, substance and being, and by such rescission does this being as a living reflection in the image of God return to such wholeness within and as the embrace of the love of God and for the love and salvation of all beings as equal in life and oneness to that original sound that is the eternal essence of the Divine Φ, and there with has the previous claim of testamentary trust of the lands, titles, rights, interests, ancestral and lineal estates and the living flesh and soul of the being of i, is hereby proclaimed as collapsed into the Living Singularity as i, and thus i, this-One, return to the embrace to stand and be one and equal with the Living Eternal Essence and eschew forever any lesser institution from any claim to the landed estate, flesh, genetic ancestral lineage and soul that constitutes the totality of the Being of i;

Now, by the right of free will gifted by the Creator/Author/Cause for the use and employment of the effect, commonly known as rebecca ann, House of Watsabaugh, is the following expressed thusly:

The Papal Bull **Unam Sanctam**, issued in 1302, and all subsequent Papal Bulls, are absolutely denied any power or authority over, upon, through, by or within, the right use of the Divine Will as individually expressed by and through the living being, rebecca ann, House of Watsabaugh;

The said **Unam Sanctam**, as all other Papal Bulls, is a representative work of the subjective and limited minds of men; they represent the attempt to usurp the power of God, they are held in the light of day as unholy documents designed to diminish the spiritual beings of all humanity by placing them under the false authority of the hierarchy of the Roman Catholic Church and further serve to entrap, enslave and subject, and is therefore inapplicable to the being, rebecca ann, House of Watsabaugh; All consent of i, is withdrawn, now and forever, to be so bound;



LAMAR COUNTY, GA, SUPERIOR COURT.
FILED IN THIS OFFICE.
FEB 19 2015  AT  12:12 PM
BPA BOOK   42   PAGES 832
DEPUTY CLERK

# *Conclusions and Final Declarations*

i, rebecca ann, House of Watsabaugh, have one authority and it has never been held within the office of any man made institution, church, organization or any one individual; The Source, Salvation and Destination of i, is the Author and Primary Source of all Life and Existence, it is the eternal living substance of all Life, that which can never be contained or constrained within the limited minds of men, that dwells within and as I AM, within the heart, the soul and the being of i. As the Source and the Creator of i, i, this-One, am forever the living effect and serve only the eternal source in this lifetime and into all of eternity, i, this-One, stand within and as this eternal creation with all due respect, gratitude reverence and humility, and i, this-One, move fearlessly in that embrace, for there is no such thing as fear in the creation i, this-One, live within, and within which i, this-One, have the being of i; i, this-One, take every breath in the knowingness that i, this-One, will the being that is i to discover the fullness of what it means to abide in the Kingdom of Heaven and fulfill the function that God has assigned to i, this-One, to manifest and bring forth;

i, the living Woman, rebecca ann, House of Watsabaugh, previously held in chattel bondage and bailment, through the unwitting acceptance, allowance and acquiescence of the binding assignment of the eternal soul of i to the Catholic Church, by purposeful lack of full disclosure on the part of the Roman Catholic Church (demonstrated by one of the listed five effects of Confirmation that states: "one of those is it renders our bond with the Church more perfect"), whether I was actually baptized within the Catholic tradition or any other Christian denomination, it is a known fact that "all roads lead to Rome", therefore do i hereby lay claim to the substance of i, the being of i, the flesh and soul of i, and the eternal essence of i, and surrender the entire Self to the service and care of the Creator God, and thereby rescind, withdraw, revoke and disavow any and all purported claims, rights, title, tithing, dues, bonds and attachments previously conveyed to or held by the Roman Catholic Church or through the assumed power of said Church and any of its lesser "swords" (Christian denomination churches) throughout the world system, presumptively through and to other entities as stated in the various Papal Bulls quoted herein, including but not limited to: "...the kings of Castile and Leon, their heirs and successors, forever, together with all their dominions, cities, caps, places and villages", or any Prince Elector, Arch Treasurer or other office of the so-called Holy Roman Empire, including its subsidiary charters, joint stock companies, corporations or metropolitan offices; Furthermore, i, this-One, disavow all claims for the second time; and i, this-One, disavow the Roman Catholic Church or any of its lesser "swords" throughout the world system, as having any claims over THAT WHICH I AM before Divine Providence and all Heaven and Earth for the third and final time;

By the Word of i, in conjoint union with the Living Word, as it is stated herein, So It Is Done,

**Witness** the Hand and Seal of i; 

_____

**(2 Cor. 13:1) By the mouth of two or three witnesses shall every word be established**
**(Deuteronomy 19:15) On the evidence of two or three witnesses a matter shall be**
**confirmed**

_____ 
Witness One, Autograph and Seal

_____
Witness One, Given Name

_____
Witness Two, Autograph and Seal

_____
Witness Two, Given Name
and;



LAMAR COUNTY, GA. SUPERIOR COURT
THESE ARE COPIES IN THE CLERKS OFFICE.
FEB 19 2015 AT 12:12 P M
BPA BOOK ___ 46 ___ PAGES 833
DEPUTY CLERK

### Acceptance and Acknowledgment of the Court

The PanTerra D'Oro Court of the Ekklesia hereby accepts and acknowledges this Absolute Rescission and Severance of Baptismal Bond and Attachment of rebecca ann, House of Watsabaugh and by such Acceptance and Acknowledgment affirms this Living Being's entry into the permanent and eternal Book of Life.

FOR THE RECORD OF THE COURT
Entered into the Record of the Court on this
Eighth Day of the Ninth Month in the Year Two Thousand Fourteen

With Court Record Number: PT.COTE.IVT.0254.0024.BCR
By and For the PanTerra D'Oro Court of the Ekklesia:



_____          _____
By:                                        Date
Title:

_____
Justice Number One, Autograph and Seal

_____
Justice Number Two, Autograph and Seal

_____
Justice Number Three, Autograph and Seal

**NOTE:** All terms as used herein are defined by the common usage of the American English language. Dating system as used herein does not imply an accepted attached to or allowance or consent to any claims or presumed bondage by and through, or to any particular religious, political or financial construction, or any acceptance or attachment thereto by this document to the living woman.





LAMAR COUNTY GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 19 2015 AT 12:12 PM
BPA BOOK ___42___ PAGES 834
DEPUTY CLERK

# Certificate of Baptism

### This certifies that

_____ Rebecca Ann Heward _____

child of _____ Jeffrey Heward _____

and his wife _____ Sylvia Heward _____

Born __June 21,__ 196_ __at__ _____ Petoskey, Michigan _____

was Baptized in the name of the Father

and the Son and the Holy Ghost

on the _____ day of * * * __August__ _____

in the Year of our Lord _____ 196_ _____

SPONSORS __Barbara Remus__      __Michael Remus__

_(signatures)_

PASTOR _____

CHURCH __Zion Lutheran Church__      __Petoskey, Michigan__

Your heavenly Father willed that you not remain
dead in trespasses and sin but come to new life in
Him. In obedience to our Lord's command you have
received Holy Baptism, so that by the power of the
Holy Spirit through water and the Word you might
obtain the forgiveness of all your sin, deliverance from
spiritual death and the devil, and the gift of eternal
salvation. By Baptism God has made you a member
of the holy Christian church, and His church, in
turn, has acknowledged its responsibility for your
further growth in Christian faith and knowledge and
for your continued spiritual welfare.

VOID

Due to Mistake, Fraud,
Unilateral Alteration of Contract and
Non-Disclosure of Material Facts,
Rescinded, Revoked, Terminated
Ab Initio, Nunc Pro Tunc



COPY